Stephen G. Opperwall (SBN 100057)
LAW OFFICES OF STEPHEN G. OPPERWALL
4900 Hopyard Road, Suite 100
Pleasanton, California 94588
Telephone: (925) 417-0300
Facsimile: (925) 417-0301
E-mail: steve.opperwall@comcast.net

Attorneys for Creditor
Professional Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>Evander Frank Kane,<br><br>    Debtor, | No. 21-50028 SLJ 7<br><br>Chapter 7<br><br>Request for Special Notice,<br>Notice of Appearance,<br>and Request for Inclusion<br>in Master Mailing List |

TO THE COURT, DEBTOR, TRUSTEE, COUNSEL, AND ALL OTHER PARTIES:

    PLEASE TAKE NOTICE THAT the undersigned counsel for Creditor Professional Bank regarding the above captioned debtor hereby files this Notice of Appearance pursuant to Federal Rules of Bankruptcy Procedure Rule 9010(b).

    PLEASE TAKE FURTHER NOTICE THAT the undersigned counsel for

1

Creditor Professional Bank hereby requests special notice of all matters that are to be noticed to creditors, to any creditors' committee, to the trustee, to the debtor, and/or to other parties in interest. This request is made pursuant to all applicable provisions, including, but not limited to the following: Federal Rules of Bankruptcy Procedure Rules 2002, 3017, 4001, 9007, and 9010(b).

The undersigned requests that all such papers be mailed, sent, or served as follows:

Stephen G. Opperwall
LAW OFFICES OF STEPHEN G. OPPERWALL
4900 Hopyard Road, Suite 100
Pleasanton, California 94588
Telephone: (925) 417-0300
Facsimile: (925) 417-0301
E-mail: steve.opperwall@comcast.net

This Request For Special Notice includes all types of notices as set forth in the Bankruptcy Code and Bankruptcy Rules and it includes, without limitation, the following: all notices and papers referred to in Federal Rules of Bankruptcy Procedure Rules 2002, 3017, 4001, 9007, and 9010(b); notices; pleadings; applications; motions; declarations; schedules; petitions; disclosure statements; requests (formal or informal); dismissals; plans of reorganization; pleadings; complaints; orders; and any other document brought before the court or filed with the U.S. Trustee in this case.

/
/
/

Dated: January 12, 2021         LAW OFFICES OF
                                STEPHEN G. OPPERWALL

                                /s/ Stephen G. Opperwall
                                _____
                                STEPHEN G. OPPERWALL
                                Attorneys for Creditor
                                Professional Bank

rfsn.doc.wpd

3
Request for Special Notice, Notice of Appearance, and Request for Inclusion in Master Mailing List

Case: 21-50028   Doc# 5   Filed: 01/12/21   Entered: 01/12/21 16:29:34   Page 3 of 3