| | |
|---|---|
| 1 | Michael Gerard Fletcher, (State Bar No. 070849) |
| | mfletcher@frandzel.com |
| 2 | Reed S. Waddell, (State Bar No. 106644) |
| | rwaddell@frandzel.com |
| 3 | Gerrick M. Warrington (State Bar No. 294890) |
| | gwarrington@frandzel.com |
| 4 | FRANDZEL ROBINS BLOOM & CSATO, L.C. |
| | 1000 Wilshire Boulevard, Nineteenth Floor |
| 5 | Los Angeles, California 90017-2427 |
| | Telephone: (323) 852-1000 |
| 6 | Facsimile: (323) 651-2577 |

Attorneys for Creditor ZIONS BANCORPORATION, N.A., a national banking association dba California Bank & Trust

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| In re | Case No. 21-50028 |
| EVANDER FRANK KANE, | Chapter 7 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR COURTESY NOTICE OF ELECTRONIC FILING (NEF)** |

**TO: THE CLERK OF THE BANKRUPTCY COURT, THE DEBTOR, ALL CREDITORS, AND ALL OTHER PARTIES IN INTEREST.**

**PLEASE TAKE NOTICE** that Frandzel Robins Bloom & Csato, L.C., on behalf of Creditor ZIONS BANCORPORATION, N.A., a national banking association dba California Bank & Trust, (the "Bank") in the above-captioned case, hereby files a Notice of Appearance and Request For Special Notice. Pursuant to Bankruptcy Rules 2002, 4001, 9007, and 9010, the Bank hereby requests that special notice of all matters which may come before the Court be given as follows:

FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>
Attn: Gerrick M. Warrington, Esq.<br>
1000 Wilshire Boulevard, 19TH Floor<br>
Los Angeles, California 90017-2427<br>
Telephone: (323) 852-1000<br>
Fax: (323) 651-2577<br>
Email: gwarringtom@frandzel.com

The foregoing request includes the notices and papers referred to in Bankruptcy Rules 2002, 4001, and 9007, and also includes without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, plans, disclosure statements, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

This Request for Special Notice and to be added to the Court's Master Mailing List is without prejudice to the Bank's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of the Bank's rights (1) to have final orders in non-core matters entered only after de novo review by a district court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which the Bank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Bank expressly reserves.

DATED: January 13, 2021　　　　　FRANDZEL ROBINS BLOOM & CSATO, L.C.
　　　　　　　　　　　　　　　　GERRICK M. WARRINGTON

By:　/s/ Gerrington M. Warrington
　　　GERRICK M. WARRINGTON
　　　Attorneys for Creditor, ZIONS
　　　BANCORPORATION, N.A., a national banking
　　　association dba California Bank & Trust.