In re:             Case No. 21-50028-SLJ

Evander Frank Kane             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-5      User: kandersen      Page 1 of 3
Date Rcvd: Jan 11, 2021      Form ID: 309A      Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evander Frank Kane, 2301 Richland Ave., San Jose, CA 95125-3644 |
| 15255231 | | 1000568 B.C. Ltd., 5900 NO. 3 Road, Suite 300, Richmond, BC V6X3P7, CANADA |
| 15255232 | #+ | American Arbitration Association, Attn: Rebecca Storrow, 100 SE 2nd St, Suite 2300, Miami, FL 33131-2151 |
| 15255234 | + | American Express - Wells Fargo, Card Services, P.O. Box 51193, Los Angeles, CA 90051-5493 |
| 15255235 | | Arthur Yallen, 84 Avenue Rd, 3rd Floor, Toronto, Ontario M5R2H2, CANADA |
| 15255236 | + | Barry Smith, Buchalter, 1000 Wilshire Blvd., Ste. 1500, Los Angeles, CA 90017-1730 |
| 15255237 | + | Brandon Dixon, Dixon Law Firm, 304 Enterprise Dr., Oxford, MS 38655-2762 |
| 15255238 | + | Bruce Poltrock, Frandzel Robins et al., 1000 Wilshire Blvd, Suite 1900, Los Angeles, CA 90017-2427 |
| 15255240 | + | Corporation Service Company, 801 Adlai Stevenson Dr., Springfield, IL 62703-4261 |
| 15255241 | | Daniel A. Parino, Greenberg Glusker, 2046 Century Park East, Ste. 2600, Los Angeles, CA 90067 |
| 15255242 | + | Darren Heitner, 215 Hendricks Isle, Fort Lauderdale, FL 33301-3706 |
| 15255243 | | Davis Sanchez, 138 Woodbine Ave., Toronto, Ontario M412A2, CANADA |
| 15255244 | + | Deanna Kane, 2301 Richland Ave., San Jose, CA 95125-3644 |
| 15255245 | + | Deanna S. J. Kane, 2301 Richland Ave., San Jose, CA 95125-3644 |
| 15255247 | + | Erika L. Mansky, 11845 W. Olympic Blvd., Suite 1000, Los Angeles, CA 90064-1149 |
| 15255249 | | Hebron Shyng, 179 Davie St., Vancouver, BC V6Z241, CANADA |
| 15255250 | + | Hope Parker, c/o Jonathan J. Lewis, 3985 University Ave. Fl. 2, Riverside, CA 92501-3256 |
| 15255252 | + | James Scime, 42 Delaware Ave., Suite 120, Buffalo, NY 14202-3924 |
| 15255253 | + | John A. Anthony, Anthony & Partners, LLC, 100 South Ashley Dr., Ste. 1600, Tampa, FL 33602-5318 |
| 15255254 | + | John Fiero, Pachulski Stang et al., 150 California St., 15th Floor, San Francisco, CA 94111-4500 |
| 15255255 | + | Lone Shark Holdings, LLC, Attn: Andrew B. Adams, 128-A Courthouse Square, Oxford, MS 38655-4008 |
| 15255256 | + | Mark S. Hoffman, 11845 W. Olympic Blvd., Suite 1000, Los Angeles, CA 90064-5046 |
| 15255257 | + | Mercedes Benz of Oakland, 2915 Broadway, Oakland, CA 94611-5710 |
| 15255259 | + | Mike Lispti, 2301 Richland Ave, San Jose, CA 95125-3644 |
| 15255260 | | Newport Sports Management, Inc., 201 City Centre Dr., Suite 400, Mississauga, Ontario L5B 2T4, CANADA |
| 15255261 | + | Nina Greene, Genoves Joblove & Battista, 100 Southeast Second St., 44th Floor, Miami, FL 33131-2100 |
| 15255262 | + | Pacific Private Money, 1555 Grant Ave, Novato, CA 94945-3120 |
| 15255263 | + | Paul Cambria, 42 Delaware Ave, Buffalo, NY 14202-3901 |
| 15255264 | + | Pete Gianakas, 2301 Richland Ave., San Jose, CA 95125-3644 |
| 15255265 | + | Professional Bank, 396 Alhambra Circle, Ste. 255, Miami, FL 33134-5022 |
| 15255266 | + | Rachel Kuechle, c/o Samuel Capizzi, 267 North St., Buffalo, NY 14201-1306 |
| 15255267 | | Raj Banghu, 3082 13th Ave. West, Vancouver, BC V6 2V2, CANADA |
| 15255268 | + | Rosenberg Pelino LLC, Attn: Brian C. Rosenberg, 6031 University Blvd., Suite 300, Ellicott City, MD 21043-6151 |
| 15255269 | + | San Jose Sharks, Attn: Doug Wilson, 525 W. Santa Clara St., San Jose, CA 95113-1500 |
| 15255270 | | Scotia Bank, 8377 Granville St., Vancouver, BC V6P4Z8, CANADA |
| 15255271 | | Sheri Kane, 3457 35th Avenue, Vancouver, BC V6N2N3, CANADA |
| 15255272 | + | South River Capital LLC, 1 Park Place, Suite 540, Annapolis, MD 21401-3450 |
| 15255273 | + | South River Capital LLC, 2661 Riva Road, Bldg 1000, Suite 1020, Annapolis, MD 21401-7166 |
| 15255274 | + | Sure Sports LLC, Attention: Leon McKenzie, 2116 Hollywood Blvd., #116, Hollywood, FL 33020-6701 |
| 15255275 | + | Tony Chiricosta, Pro Management Resources, Inc., 8012 Wiles Rd., Coral Springs, FL 33067-2072 |
| 15255276 | + | Tony Veltri, 2301 Richland Ave., San Jose, CA 95125-3644 |
| 15255277 | + | Zions Bancorporation, 1900 Avenue of the Stars, Suite 2350, Los Angeles, CA 90067-4510 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: sfinestone@fhlawllp.com | Jan 12 2021 03:23:00 | Stephen D. Finestone, Finestone Hayes LLP, 456 Montgomery St. 20th Fl., San Francisco, CA 94104 |
| tr | + EDI: BFHJELMESET.COM | Jan 12 2021 06:23:00 | Fred Hjelmeset, P.O.Box 4188, Mountain View, CA 94040-0188 |
| smg | EDI: EDD.COM | Jan 12 2021 06:23:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Jan 12 2021 06:23:00 | CA Franchise Tax Board, Attn: Special Procedures, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | EDI: CALTAXFEE | Jan 12 2021 06:23:00 | State Board of Equalization, Attn: Special Procedures Section, MIC:55, P.O. Box 942879, Sacramento, CA 94279 |
| smg | EDI: IRS.COM | Jan 12 2021 06:23:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| ust | Email/Text: ustpregion17.sj.ecf@usdoj.gov | Jan 12 2021 03:23:00 | Office of the U.S. Trustee / SJ, U.S. Federal Bldg., 280 S 1st St. #268, San Jose, CA 95113-3004 |
| 15255233 | + EDI: AMEREXPR.COM | Jan 12 2021 06:23:00 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 15255239 | Email/Text: Bankruptcy@my100bank.com | Jan 12 2021 03:24:00 | Centennial Bank, P.O. Box 966, Conway, AR 72033 |
| 15255248 | + EDI: CALTAX.COM | Jan 12 2021 06:23:00 | Franchise Tax Board, State of California, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 15255258 | + Email/Text: MarcsBankruptcyUnit@michigan.gov | Jan 12 2021 03:24:00 | Michigan Department of Treasury, PO Box 30199, Lansing, MI 48909-7699 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15255246 | *+ | Deanna S.J. Kane, 2301 Richland Ave., San Jose, CA 95125-3644 |
| 15255251 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 13, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Fred Hjelmeset | fhtrustee@gmail.com  CA90@ecfcbis.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| Stephen D. Finestone | on behalf of Debtor Evander Frank Kane sfinestone@fhlawllp.com |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Evander Frank Kane<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7617<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____<br>EIN __–_____ |
| United States Bankruptcy Court | California Northern Bankruptcy Court | Date case filed for chapter  7   1/9/21 |
| Case number: | 21–50028 SLJ 7 | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Evander Frank Kane | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 2301 Richland Ave.<br>San Jose, CA 95125 | |
| 4. | Debtor's attorney<br>Name and address | Stephen D. Finestone<br>Finestone Hayes LLP<br>456 Montgomery St. 20th Fl.<br>San Francisco, CA 94104 | Contact phone (415) 421–2624 |
| 5. | Bankruptcy trustee<br>Name and address | Fred Hjelmeset<br>P.O.Box 4188<br>Mountain View, CA 94040 | Contact phone (650)386–5634<br>Email:  fhtrustee@gmail.com |
| 6. | Bankruptcy clerk's office<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case online at www.pacer.gov. | **Mailing Address:**<br>U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113 | Hours open: Monday – Friday 9:00 am to 4:30 pm<br><br>Contact phone: (888) 821–7606<br><br>Date: 1/11/21 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 3, 2021 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Via Tele/Videoconference**<br><br>Trustee: Fred Hjelmeset<br>Call in number/URL: 1–877–921–5909<br>Passcode: 9477074 |
| | **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors. If a debtor fails to appear, your case may be dismissed without further notice. | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/5/21** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

Case: 21-50028    Doc# 7    Filed: 01/13/21    Entered: 01/13/21 21:17:18    Page 5 of 5