# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: admin | Date Created: 01/15/2021 |
| Case: 21–50028 | Form ID: NPD | Total: 63 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
reqntc     Professional Bank

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| tr | Fred Hjelmeset | fhtrustee@gmail.com |
| aty | Gerrick Warrington | gwarrington@frandzel.com |
| aty | Gregg S. Kleiner | gkleiner@rinconlawllp.com |
| aty | Michael Gerard Fletcher | mfletcher@frandzel.com |
| aty | Reed S. Waddell | rwaddell@frandzel.com |
| aty | Stephen D. Finestone | sfinestone@fhlawllp.com |
| aty | Stephen G. Opperwall | steve.opperwall@comcast.net |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Evander Frank Kane | 2301 Richland Ave. San Jose, CA 95125 |
| reqntc | Professional Bank | c/o Stephen G. Opperwall 4900 Hopyard Road, Suite 100 Pleasanton, CA 94588 |
| reqntc | Zions Bancorporation, N.A. | c/o Frandzel Robins Bloom & Csato, L.C. 1000 Wilshire Boulevard, 19th Floor Los Angeles, CA 90017–2427 |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55 P.O. Box 942879 Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures P.O. Box 2952 Sacramento, CA 95812–2952 |
| smg | IRS | P.O. Box 7346 Philadelphia, PA 19101–7346 |
| 15255231 | 1000568 B.C. Ltd. | 5900 NO. 3 Road, Suite 300 Richmond, BC V6X3P7 CANADA |
| 15255232 | American Arbitration Association | Attn: Rebecca Storrow 100 SE 2nd St, Suite 2300 Miami, FL 33131 |
| 15255233 | American Express | P.O. Box 650448 Dallas, TX 75261 |
| 15255234 | American Express – Wells Fargo | Card Services P.O. Box 51193 Los Angeles, CA 90051 |
| 15255235 | Arthur Yallen | 84 Avenue Rd, 3rd Floor Toronto, Ontario M5R2H2 CANADA |
| 15255236 | Barry Smith | Buchalter 1000 Wilshire Blvd., Ste. 1500 Los Angeles, CA 90017 |
| 15255237 | Brandon Dixon | Dixon Law Firm 304 Enterprise Dr. Oxford, MS 38655 |
| 15255238 | Bruce Poltrock | Frandzel Robins et al. 1000 Wilshire Blvd, Suite 1900 Los Angeles, CA 90017 |
| 15255239 | Centennial Bank | P.O. Box 966 Conway, AR 72033 |
| 15255240 | Corporation Service Company | 801 Adlai Stevenson Dr. Springfield, IL 62703 |
| 15255241 | Daniel A. Parino | Greenberg Glusker 2046 Century Park East, Ste. 2600 Los Angeles, CA 90067 |
| 15255242 | Darren Heitner | 215 Hendricks Isle Fort Lauderdale, FL 33301 |
| 15255243 | Davis Sanchez | 138 Woodbine Ave. Toronto, Ontario M412A2 CANADA |
| 15255244 | Deanna Kane | 2301 Richland Ave. San Jose, CA 95125 |
| 15255245 | Deanna S. J. Kane | 2301 Richland Ave. San Jose, CA 95125 |
| 15255246 | Deanna S.J. Kane | 2301 Richland Ave. San Jose, CA 95125 |
| 15255247 | Erika L. Mansky | 11845 W. Olympic Blvd. Suite 1000 Los Angeles, CA 90064 |
| 15255248 | Franchise Tax Board | State of California P.O. Box 2952 Sacramento, CA 95812–5000 |
| 15255249 | Hebron Shyng | 179 Davie St. Vancouver, BC V6Z241 CANADA |
| 15255250 | Hope Parker | c/o Jonathan J. Lewis 3985 University Ave. Fl. 2 Riverside, CA 92501 |
| 15255251 | Internal Revenue Service | P.O. Box 7346 Philadelphia, PA 19101–7316 |
| 15255252 | James Scime | 42 Delaware Ave. Suite 120 Buffalo, NY 14202 |
| 15255253 | John A. Anthony | Anthony & Partners, LLC 100 South Ashley Dr., Ste. 1600 Tampa, FL 33602 |
| 15255254 | John Fiero | Pachulski Stang et al. 150 California St., 15th Floor San Francisco, CA 94111 |
| 15255255 | Lone Shark Holdings, LLC | Attn: Andrew B. Adams 128–A Courthouse Square Oxford, MS 38655 |
| 15255256 | Mark S. Hoffman | 11845 W. Olympic Blvd. Suite 1000 Los Angeles, CA 90064 |
| 15255257 | Mercedes Benz of Oakland | 2915 Broadway Oakland, CA 94611 |
| 15255258 | Michigan Department of Treasury | PO Box 30199 Lansing, MI 48909 |
| 15255259 | Mike Lispti | 2301 Richland Ave San Jose, CA 95125 |
| 15255260 | Newport Sports Management, Inc. | 201 City Centre Dr., Suite 400 Mississauga, Ontario L5B 2T4 CANADA |
| 15255261 | Nina Greene | Genoves Joblove & Battista 100 Southeast Second St., 44th Floor Miami, FL 33131 |
| 15255262 | Pacific Private Money | 1555 Grant Ave Novato, CA 94945 |
| 15255263 | Paul Cambria | 42 Delaware Ave Buffalo, NY 14202 |
| 15255264 | Pete Gianakas | 2301 Richland Ave San Jose, CA 95125 |
| 15255265 | Professional Bank | 396 Alhambra Circle, Ste. 255 Miami, FL 33134 |

| | | | | |
|---|---|---|---|---|
| 15255266 | Rachel Kuechle | c/o Samuel Capizzi | 267 North St. | Buffalo, NY 14201 |
| 15255267 | Raj Banghu | 3082 13th Ave. West | Vancouver, BC V6 2V2 | CANADA |
| 15255268 | Rosenberg Pelino LLC | Attn: Brian C. Rosenberg | 6031 University Blvd., Suite 300 | Ellicott City, MD 21043 |
| 15255269 | San Jose Sharks | Attn: Doug Wilson | 525 W. Santa Clara St. | San Jose, CA 95113 |
| 15255270 | Scotia Bank | 8377 Granville St. | Vancouver, BC V6P4Z8 | CANADA |
| 15255271 | Sheri Kane | 3457 35th Avenue | Vancouver, BC V6N2N3 | CANADA |
| 15255272 | South River Capital LLC | 1 Park Place | Suite 540 | Annapolis, MD 21401 |
| 15255273 | South River Capital LLC | 2661 Riva Road, Bldg 1000 | Suite 1020 | Annapolis, MD 21403 |
| 15255274 | Sure Sports LLC | Attention: Leon McKenzie | 2116 Hollywood Blvd., #116 | Hollywood, FL 33020 |
| 15255275 | Tony Chiricosta | Pro Management Resources, Inc. | 8012 Wiles Rd. | Coral Springs, FL 33067 |
| 15255276 | Tony Veltri | 2301 Richland Ave | San Jose, CA 95125 | |
| 15255277 | Zions Bancorporation | 1900 Avenue of the Stars | Suite 2350 | Los Angeles, CA 90067 |

TOTAL: 54