

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-672-5991
Fax. 415-680-1712
gkleiner@rinconlawllp.com

Proposed Counsel for
FRED HJELMESET,
Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: January 20, 2021

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In re

EVANDER FRANK KANE,

Debtor.

Case No. 21-50028 SLJ
Chapter 7
Hon. Stephen L. Johnson

**ORDER AUTHORIZING EMPLOYMENT OF COUNSEL**
**(Rincon Law LLP)**

Upon the Application of Fred Hjelmeset, Trustee in Bankruptcy of the estate of the above-named Debtor; and it appearing that Rincon Law LLP is qualified to represent the Trustee in these proceedings, that employment of counsel will be in the best interests of the estate, that counsel represents no interest adverse to the estate and that notice and a hearing are not necessary in connection with the Application; it is hereby

ORDERED that Fred Hjelmeset, Trustee in Bankruptcy, is authorized, pursuant to 11 U.S.C. Section 327, to employ Rincon Law LLP as Trustee's counsel to assist in all matters arising in or related to this Chapter 7 proceeding, with such employment effective as of January 14, 2021.

FURTHER ORDERED that no compensation shall be allowed or paid except pursuant to further Court order.

FURTHER ORDERED that the 21-day waiting period for employment of professionals in in Rule 6003(a) is waived.

**\*\*END OF ORDER\*\***

**\*\*COURT SERVICE LIST\*\***

**NO MAIL SERVICE REQUIRED**