United States Bankruptcy Court

Northern District of California

In re:  
Evander Frank Kane  
    Debtor

Case No. 21-50028-SLJ  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0971-5      User: admin      Page 1 of 3  
Date Rcvd: Jan 19, 2021      Form ID: NPD      Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evander Frank Kane, 2301 Richland Ave., San Jose, CA 95125-3644 |
| reqntc | + | Professional Bank, c/o Stephen G. Opperwall, 4900 Hopyard Road, Suite 100, Pleasanton, CA 94588-7101 |
| reqntc | + | Zions Bancorporation, N.A., c/o Frandzel Robins Bloom & Csato, L.C., 1000 Wilshire Boulevard, 19th Floor, Los Angeles, CA 90017-2457 |
| 15255231 | | 1000568 B.C. Ltd., 5900 NO. 3 Road, Suite 300, Richmond, BC V6X3P7, CANADA |
| 15255232 | #+ | American Arbitration Association, Attn: Rebecca Storrow, 100 SE 2nd St, Suite 2300, Miami, FL 33131-2151 |
| 15255234 | + | American Express - Wells Fargo, Card Services, P.O. Box 51193, Los Angeles, CA 90051-5493 |
| 15255235 | | Arthur Yallen, 84 Avenue Rd, 3rd Floor, Toronto, Ontario M5R2H2, CANADA |
| 15255236 | + | Barry Smith, Buchalter, 1000 Wilshire Blvd., Ste. 1500, Los Angeles, CA 90017-1730 |
| 15255237 | + | Brandon Dixon, Dixon Law Firm, 304 Enterprise Dr., Oxford, MS 38655-2762 |
| 15255238 | + | Bruce Poltrock, Frandzel Robins et al., 1000 Wilshire Blvd, Suite 1900, Los Angeles, CA 90017-2427 |
| 15255240 | + | Corporation Service Company, 801 Adlai Stevenson Dr., Springfield, IL 62703-4261 |
| 15255241 | | Daniel A. Parino, Greenberg Glusker, 2046 Century Park East, Ste. 2600, Los Angeles, CA 90067 |
| 15255242 | + | Darren Heitner, 215 Hendricks Isle, Fort Lauderdale, FL 33301-3706 |
| 15255243 | | Davis Sanchez, 138 Woodbine Ave., Toronto, Ontario M412A2, CANADA |
| 15255244 | + | Deanna Kane, 2301 Richland Ave., San Jose, CA 95125-3644 |
| 15255245 | + | Deanna S. J. Kane, 2301 Richland Ave., San Jose, CA 95125-3644 |
| 15255247 | + | Erika L. Mansky, 11845 W. Olympic Blvd., Suite 1000, Los Angeles, CA 90064-1149 |
| 15255249 | | Hebron Shyng, 179 Davie St., Vancouver, BC V6Z241, CANADA |
| 15255250 | + | Hope Parker, c/o Jonathan J. Lewis, 3985 University Ave. Fl. 2, Riverside, CA 92501-3256 |
| 15255252 | + | James Scime, 42 Delaware Ave., Suite 120, Buffalo, NY 14202-3924 |
| 15255253 | + | John A. Anthony, Anthony & Partners, LLC, 100 South Ashley Dr., Ste. 1600, Tampa, FL 33602-5318 |
| 15255254 | + | John Fiero, Pachulski Stang et al., 150 California St., 15th Floor, San Francisco, CA 94111-4500 |
| 15255255 | + | Lone Shark Holdings, LLC, Attn: Andrew B. Adams, 128-A Courthouse Square, Oxford, MS 38655-4008 |
| 15255256 | + | Mark S. Hoffman, 11845 W. Olympic Blvd., Suite 1000, Los Angeles, CA 90064-5046 |
| 15255257 | + | Mercedes Benz of Oakland, 2915 Broadway, Oakland, CA 94611-5710 |
| 15255259 | + | Mike Lispti, 2301 Richland Ave, San Jose, CA 95125-3644 |
| 15255260 | | Newport Sports Management, Inc., 201 City Centre Dr., Suite 400, Mississauga, Ontario L5B 2T4, CANADA |
| 15255261 | + | Nina Greene, Genoves Joblove & Battista, 100 Southeast Second St., 44th Floor, Miami, FL 33131-2100 |
| 15255262 | + | Pacific Private Money, 1555 Grant Ave, Novato, CA 94945-3120 |
| 15255263 | + | Paul Cambria, 42 Delaware Ave, Buffalo, NY 14202-3901 |
| 15255264 | + | Pete Gianakas, 2301 Richland Ave, San Jose, CA 95125-3644 |
| 15255265 | + | Professional Bank, 396 Alhambra Circle, Ste. 255, Miami, FL 33134-5022 |
| 15255266 | + | Rachel Kuechle, c/o Samuel Capizzi, 267 North St., Buffalo, NY 14201-1306 |
| 15255267 | | Raj Banghu, 3082 13th Ave. West, Vancouver, BC V6 2V2, CANADA |
| 15255268 | + | Rosenberg Pelino LLC, Attn: Brian C. Rosenberg, 6031 University Blvd., Suite 300, Ellicott City, MD 21043-6151 |
| 15255269 | + | San Jose Sharks, Attn: Doug Wilson, 525 W. Santa Clara St., San Jose, CA 95113-1500 |
| 15255270 | | Scotia Bank, 8377 Granville St., Vancouver, BC V6P4Z8, CANADA |
| 15255271 | | Sheri Kane, 3457 35th Avenue, Vancouver, BC V6N2N3, CANADA |
| 15255272 | + | South River Capital LLC, 1 Park Place, Suite 540, Annapolis, MD 21401-3450 |
| 15255273 | + | South River Capital LLC, 2661 Riva Road, Bldg 1000, Suite 1020, Annapolis, MD 21401-7166 |
| 15255274 | + | Sure Sports LLC, Attention: Leon McKenzie, 2116 Hollywood Blvd., #116, Hollywood, FL 33020-6701 |
| 15255275 | + | Tony Chiricosta, Pro Management Resources, Inc., 8012 Wiles Rd., Coral Springs, FL 33067-2072 |
| 15255276 | + | Tony Veltri, 2301 Richland Ave, San Jose, CA 95125-3644 |
| 15255277 | + | Zions Bancorporation, 1900 Avenue of the Stars, Suite 2350, Los Angeles, CA 90067-4510 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Jan 20 2021 11:03:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Jan 20 2021 11:03:00 | CA Franchise Tax Board, Attn: Special Procedures, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | EDI: CALTAXFEE | Jan 20 2021 11:03:00 | State Board of Equalization, Attn: Special Procedures Section, MIC:55, P.O. Box 942879, Sacramento, CA 94279 |
| smg | EDI: IRS.COM | Jan 20 2021 11:03:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15255233 | + EDI: AMEREXPR.COM | Jan 20 2021 11:03:00 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 15255239 | Email/Text: Bankruptcy@my100bank.com | Jan 20 2021 06:14:00 | Centennial Bank, P.O. Box 966, Conway, AR 72033 |
| 15255248 | + EDI: CALTAX.COM | Jan 20 2021 11:03:00 | Franchise Tax Board, State of California, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 15255258 | + Email/Text: MarcsBankruptcyUnit@michigan.gov | Jan 20 2021 06:14:00 | Michigan Department of Treasury, PO Box 30199, Lansing, MI 48909-7699 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| reqntc | | Professional Bank |
| 15255246 | *+ | Deanna S.J. Kane, 2301 Richland Ave., San Jose, CA 95125-3644 |
| 15255251 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Fred Hjelmeset | |

　　　　　　　　　　　　　　fhtrustee@gmail.com CA90@ecfcbis.com

Gerrick Warrington

　　　　on behalf of Requestor Zions Bancorporation N.A. gwarrington@frandzel.com, sking@frandzel.com

Gregg S. Kleiner

　　　　on behalf of Trustee Fred Hjelmeset gkleiner@rinconlawllp.com aworthing@rinconlawllp.com

Michael Gerard Fletcher

　　　　on behalf of Requestor Zions Bancorporation N.A. mfletcher@frandzel.com, sking@frandzel.com

Office of the U.S. Trustee / SJ

　　　　USTPRegion17.SJ.ECF@usdoj.gov

Reed S. Waddell

　　　　on behalf of Requestor Zions Bancorporation N.A. rwaddell@frandzel.com, sking@frandzel.com

Stephen D. Finestone

　　　　on behalf of Debtor Evander Frank Kane sfinestone@fhlawllp.com

Stephen G. Opperwall

　　　　on behalf of Requestor Professional Bank steve.opperwall@comcast.net

TOTAL: 8

Form NPD

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Evander Frank Kane | Case No.: 21−50028 SLJ 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

## NOTICE OF POSSIBLE DIVIDEND

TO THE DEBTOR AND ALL INTERESTED PARTIES:

Notice is given that the notice of meeting of creditors advised you that there were no assets in this case. It now appears that a payment of a dividend may be possible.

**Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), creditors may file proofs of claim on or before 4/15/21.**

A proof of claim form, in blank with instructions for completion, is available from the Court at the address listed below, or online at: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx .

In order to receive a copy of your proof of claim you must:

1. Enclose with your proof of claim one (1) original and one (1) copy of your proof of claim.

2. You must also enclose a self−addressed, postage paid envelope large enough to accommodate your conformed copy of the claim.

3. Please sign and print or type your name clearly underneath your signature.

Unless all of the above steps are completed, no return conformed copy of your claim will be sent out.

NO FEE FOR FILING CLAIMS

MAIL CLAIMS TO:

U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Dated: 1/15/21

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 13