Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Attorneys for Debtor
Evander F. Kane

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE<br><br>Debtor. | Case No. 21-50028<br><br>Chapter 7<br><br>**DECLARATION REGARDING AMENDED SCHEDULES** |

I, Evander F. Kane, declare as follows:

I am the debtor in this bankruptcy proceeding. Attached hereto are amended Schedules D, E and F. I believe these amended schedules are true and correct. Also attached is a list of creditors that have been added to the creditor list or whose address has been corrected.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 28, 2021 in Denver, Colorado

                                              /s/ Evander F. Kane
                                              Evander F. Kane

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Evander Frank Kane** <br> First Name  Middle Name  Last Name | |
| Debtor 2 <br> (Spouse if, filing) | First Name  Middle Name  Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | |
| Case number <br> (if known) | 21-50028 | ☐ Check if this is an amended filing |

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A <br> Amount of claim <br> Do not deduct the value of collateral. | Column B <br> Value of collateral that supports this claim | Column C <br> Unsecured portion <br> If any |
|---|---|---|---|---|
| 2.1 | **1000568 B.C. Ltd.** <br> Creditor's Name <br><br> **5900 NO. 3 Road, Suite 300** <br> **Richmond, BC V6X3P7** <br> **CANADA** <br> Number, Street, City, State & Zip Code <br><br> **Who owes the debt?** Check one. <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☒ At least one of the debtors and another <br> ☐ Check if this claim relates to a community debt <br><br> Date debt was incurred **August 2020** | **Describe the property that secures the claim:** <br> **3457 W. 35th Ave. Vancouver, BC** <br> **2,078 square foot single family residence** <br> **Debt is cross-collateralized on 8447 Isabel Pl, Vancouver, BC V6N2N3** <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Nature of lien.** Check all that apply. <br> ☐ An agreement you made (such as mortgage or secured car loan) <br> ☐ Statutory lien (such as tax lien, mechanic's lien) <br> ☐ Judgment lien from a lawsuit <br> ☒ Other (including a right to offset)  **Second Mortgage** <br><br> Last 4 digits of account number **1368** | $600,000.00 | $2,860,000.00 | $70,000.00 |

| Debtor 1 | Evander | Frank | Kane | Case number (if known) | 21-50028 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.2 | **1000568 B.C. Ltd.** | Describe the property that secures the claim: | $600,000.00 | $2,400,000.00 | $100,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

> 8447 Isabel Place Vancouver, BC Canada
> 2,800 square foot home. Debt is cross-collateralized on 3457 West 35th Ave., Vancouver, BC
> 5 bedroom, 3.5 bath
> Value is in USD based upon exchange of .77 to 1 USD

**5900 NO. 3 Road, Suite 300**
**Richmond, BC V6X3P7**
**CANADA**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Second Mortgage**

Date debt was incurred  **August 2020**  Last 4 digits of account number  **1368**

---

| 2.3 | **Centennial Bank** | Describe the property that secures the claim: | $8,360,000.00 | Unknown | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

> Various collateral, including an alleged interest in future wages

**P.O. Box 966**
**Conway, AR 72033**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **UCC-1**

Date debt was incurred  **2018-2019**  Last 4 digits of account number

| Debtor 1 | Evander Frank Kane | | Case number (if known) | 21-50028 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

| 2.4 | **Lone Shark Holdings, LLC** | **Describe the property that secures the claim:** | **$750,000.00** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|
| | Creditor's Name | **Loan Agreement asserts security interest in tax refunds** | | | |
| | **Attn: Andrew B. Adams** | | | | |
| | **128-A Courthouse Square** | | | | |
| | **Oxford, MS 38655** | **As of the date you file, the claim is:** Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☐ Debtor 1 only | ■ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☐ Debtor 2 only | | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ■ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| | ☐ **Check if this claim relates to a community debt** | ☐ Other (including a right to offset) _____ | | | |
| | **Date debt was incurred** Dec 2020 | **Last 4 digits of account number** _____ | | | |

| 2.5 | **Lone Shark Holdings, LLC** | **Describe the property that secures the claim:** | **$0.00** | **$1,800,000.00** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | **Federal: Estimated return from purchase of tax conservation easement if allowed by IRS Debtor does not know if potential creditor lien is perfected** | | | |
| | **Attn: Andrew B. Adams** | | | | |
| | **128-A Courthouse Square** | | | | |
| | **Oxford, MS 38655** | **As of the date you file, the claim is:** Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ■ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☐ Debtor 2 only | | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| | ☐ **Check if this claim relates to a community debt** | ☐ Other (including a right to offset) _____ | | | |
| | **Date debt was incurred** _____ | **Last 4 digits of account number** _____ | | | |

| 2.6 | **Pacific Private Money** | **Describe the property that secures the claim:** | **$2,320,000.00** | **$3,000,000.00** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | **2301 Richland Ave. San Jose, CA 95125 Santa Clara County** | | | |
| | **1555 Grant Ave** | | | | |
| | **Novato, CA 94945** | **As of the date you file, the claim is:** Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☐ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☐ Debtor 2 only | | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ■ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| | ☐ **Check if this claim relates to a community debt** | ■ Other (including a right to offset) **First Mortgage** | | | |
| | **Date debt was incurred** 08/12/2020 | **Last 4 digits of account number** _____ | | | |

| 2.7 | **Professional Bank** | Describe the property that secures the claim: | $1,354,000.00 | Unknown | Unknown |

Creditor's Name

c/o Stephen Opperwall
4900 Hopyard Rd., Ste. 100
Pleasanton, CA 94588

Number, Street, City, State & Zip Code

**Various collateral including an alleged security interest in future wages**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **UCC-1**

Date debt was incurred  **March 2019**   Last 4 digits of account number _____

---

| 2.8 | **Scotia Bank** | Describe the property that secures the claim: | $2,330,000.00 | $2,860,000.00 | $0.00 |

Creditor's Name

8377 Granville St.
Vancouver, BC V6P4Z8
CANADA

Number, Street, City, State & Zip Code

**3457 W. 35th Ave. Vancouver, BC Canada County
2,078 square foot single family residence
5 bedroom, 1.5 bath
Value shown and debt is 100% even though debtor holds 50%**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **First Mortgage**

Date debt was incurred _____   Last 4 digits of account number _____

| Debtor 1 | Evander Frank Kane | | Case number (if known) | 21-50028 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| 2.9 | **Scotia Bank** | Describe the property that secures the claim: | $1,900,000.00 | $2,400,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

8447 Isabel Place Vancouver, BC
Canada County
2,800 square foot home
5 bedroom, 3.5 bath
Value is in USD based upon exchange of .77 to 1 USD

**8377 Granville St.**
**Vancouver, BC V6P4Z8**
**CANADA**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.10 | **South River Capital LLC** | Describe the property that secures the claim: | $1,074,494.87 | Unknown | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

Loan

**1 Park Place**
**Suite 540**
**Annapolis, MD 21401**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **security interest in collateral as defined in loan agreement**

Date debt was incurred **May 2019**    Last 4 digits of account number **Business Loan**

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Case: 21-50028   Doc# 18   Filed: 01/31/21   Entered: 01/31/21 17:04:36   Page 6 of 19

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Evander Frank Kane | | Case number (if known) | 21-50028 |
| | First Name  Middle Name  Last Name | | | |

| 2.11 | **Zions Bancorporation** | Describe the property that secures the claim: | $4,250,000.00 | Unknown | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | **Business loan - a security interest to Lender in any and all deposit accounts (checking, savings, money market or time) of Borrower at Lender** | | | |
| | **1900 Avenue of the Stars Suite 2350 Los Angeles, CA 90067** | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | | | | |

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **amount shown is principal amount. Debtor is uncertain of current amount owing**

Date debt was incurred  **August 2018**      Last 4 digits of account number  **2799**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $23,538,494.87 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $23,538,494.87 |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
**Barry Smith**
**Buchalter**
**1000 Wilshire Blvd., Ste. 1500**
**Los Angeles, CA 90017**

On which line in Part 1 did you enter the creditor?  **2.3**
Last 4 digits of account number  ___

[ ]   Name, Number, Street, City, State & Zip Code
**Brandon Dixon**
**Dixon Law Firm**
**304 Enterprise Dr.**
**Oxford, MS 38655**

On which line in Part 1 did you enter the creditor?  **2.4**
Last 4 digits of account number  ___

[ ]   Name, Number, Street, City, State & Zip Code
**Bruce Poltrock**
**Frandzel Robins et al.**
**1000 Wilshire Blvd, Suite 1900**
**Los Angeles, CA 90017**

On which line in Part 1 did you enter the creditor?  **2.11**
Last 4 digits of account number  ___

[ ]   Name, Number, Street, City, State & Zip Code
**John A. Anthony**
**Anthony & Partners, LLC**
**100 South Ashley Dr., Ste. 1600**
**Tampa, FL 33602**

On which line in Part 1 did you enter the creditor?  **2.3**
Last 4 digits of account number  ___

| | | |
|---|---|---|
| [ ] | Name, Number, Street, City, State & Zip Code<br>**Professional Bank**<br>**396 Alhambra Circle, Ste. 255**<br>**Miami, FL 33134** | On which line in Part 1 did you enter the creditor? **2.11**<br><br>Last 4 digits of account number ___ |
| [ ] | Name, Number, Street, City, State & Zip Code<br>**Rosenberg Pelino LLC**<br>**Attn: Brian C. Rosenberg**<br>**6031 University Blvd., Suite 300**<br>**Ellicott City, MD 21043** | On which line in Part 1 did you enter the creditor? **2.10**<br><br>Last 4 digits of account number ___ |
| [ ] | Name, Number, Street, City, State & Zip Code<br>**South River Capital LLC**<br>**2661 Riva Road, Bldg 1000**<br>**Suite 1020**<br>**Annapolis, MD 21403** | On which line in Part 1 did you enter the creditor? **2.10**<br><br>Last 4 digits of account number ___ |

Fill in this information to identify your case:

Debtor 1: **Evander Frank Kane**
First Name / Middle Name / Last Name

Debtor 2: 
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known): **21-50028**

☐ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **Franchise Tax Board** <br> Priority Creditor's Name <br> **State of California** <br> **P.O. Box 2952** <br> **Sacramento, CA 95812-5000** <br> Number Street City State Zip Code <br> **Who incurred the debt?** Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim is for a community debt <br> **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes | Last 4 digits of account number _____ <br> **When was the debt incurred?** _____ <br><br> **As of the date you file, the claim is:** Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Type of PRIORITY unsecured claim:** <br> ☐ Domestic support obligations <br> ■ Taxes and certain other debts you owe the government <br> ☐ Claims for death or personal injury while you were intoxicated <br> ☐ Other. Specify _____ | Unknown | Unknown | Unknown |

| Debtor 1 | Evander Frank Kane | | Case number (if known) | 21-50028 |

### 2.2 Internal Revenue Service
**Priority Creditor's Name**
P.O. Box 7346
Philadelphia, PA 19101-7316
*Number Street City State Zip Code*

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____    $242,000.00    $242,000.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

estimate of claim

---

### 2.3 Michigan Department of Treasury
**Priority Creditor's Name**
PO Box 30199
Lansing, MI 48909
*Number Street City State Zip Code*

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____    $14,320.13    $14,320.13    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

---

### Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ■ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| Debtor 1 | Evander Frank Kane | | Case number (if known) | 21-50028 |
|---|---|---|---|---|

**4.1** **American Arbitration Association**
Nonpriority Creditor's Name
Attn: Rebecca Storrow
100 SE 2nd St, Suite 2300
Miami, FL 33131
Number Street City State Zip Code

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

**4.2** **American Express**
Nonpriority Creditor's Name
P.O. Box 650448
Dallas, TX 75261
Number Street City State Zip Code

Last 4 digits of account number  **4004**    **$79,393.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit card charges**

---

**4.3** **American Express - Wells Fargo**
Nonpriority Creditor's Name
Card Services
P.O. Box 51193
Los Angeles, CA 90051
Number Street City State Zip Code

Last 4 digits of account number  **2528**    **$9,200.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit card charges**

Debtor 1 **Evander Frank Kane**  Case number (if known) **21-50028**

---

| 4.4 | **Corporation Service Company** | Last 4 digits of account number _____ | $0.00 |

**Corporation Service Company**
Nonpriority Creditor's Name
**801 Adlai Stevenson Dr.**
**Springfield, IL 62703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice only**

---

| 4.5 | **Davis Sanchez** | Last 4 digits of account number _____ | $150,000.00 |

**Davis Sanchez**
Nonpriority Creditor's Name
**138 Woodbine Ave.**
**Toronto, Ontario  M412A2**
**CANADA**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Loan**

---

| 4.6 | **Erika L. Mansky** | Last 4 digits of account number _____ | $0.00 |

**Erika L. Mansky**
Nonpriority Creditor's Name
**11845 W. Olympic Blvd.**
**Suite 1000**
**Los Angeles, CA 90064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice only**

---

| Debtor 1 | Evander Frank Kane | Case number (if known) | 21-50028 |

| 4.7 | **Hebron Shyng** | Last 4 digits of account number _____ | $430,000.00 |

Nonpriority Creditor's Name
**179 Davie St.**
**Vancouver, BC V6Z241**
**CANADA**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Loan**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

| 4.8 | **Hope Parker** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**c/o Jonathan J. Lewis**
**3985 University Ave. Fl. 2**
**Riverside, CA 92501**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice only**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

| 4.9 | **James Scime** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**42 Delaware Ave.**
**Suite 120**
**Buffalo, NY 14202**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

| Debtor 1 | Evander Frank Kane | Case number (if known) | 21-50028 |

| 4.10 | **John Fiero** | Last 4 digits of account number | $100,000.00 |

Nonpriority Creditor's Name
**Pachulski Stang et al.**
**150 California St., 15th Floor**
**San Francisco, CA 94111**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Legal fees**

---

| 4.11 | **Mark S. Hoffman** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**11845 W. Olympic Blvd.**
**Suite 1000**
**Los Angeles, CA 90064**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice only**

---

| 4.12 | **Mike Lispti** | Last 4 digits of account number | $750,000.00 |

Nonpriority Creditor's Name
**2301 Richland Ave**
**San Jose, CA 95125**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Loan**
  **Debtor is uncertain of creditor's address and will amend when determined**

---

| Debtor 1 | Evander Frank Kane | Case number (if known) | 21-50028 |

| | | | |
|---|---|---|---|
| 4.13 | **Newport Sports Management, Inc.**<br>Nonpriority Creditor's Name<br>**201 City Centre Dr., Suite 400**<br>**Mississauga, Ontario L5B 2T4**<br>**CANADA**<br>Number Street City State Zip Code | Last 4 digits of account number _____<br>When was the debt incurred? **2020** | **$528,730.00** |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Agent Fee**

| | | | |
|---|---|---|---|
| 4.14 | **Nina Greene**<br>Nonpriority Creditor's Name<br>**Genoves Joblove & Battista**<br>**100 Southeast Second St., 44th Floor**<br>**Miami, FL 33131**<br>Number Street City State Zip Code | Last 4 digits of account number _____<br>When was the debt incurred? _____ | **$6,900.00** |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Legal Fees**

| | | | |
|---|---|---|---|
| 4.15 | **Paul Cambria**<br>Nonpriority Creditor's Name<br>**42 Delaware Ave**<br>**Buffalo, NY 14202**<br>Number Street City State Zip Code | Last 4 digits of account number _____<br>When was the debt incurred? _____ | **$70,000.00** |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Legal Fees**

### 4.16 Pete Gianakas

**Nonpriority Creditor's Name**
2301 Richland Ave
San Jose, CA 95125
*Number Street City State Zip Code*

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____  $400,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Loan  Debtor is uncertain of creditor's address and will amend when determined

---

### 4.17 Rachel Kuechle

**Nonpriority Creditor's Name**
c/o Samuel Capizzi
267 North St.
Buffalo, NY 14201
*Number Street City State Zip Code*

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____  Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Litigation claim

---

### 4.18 Raj Banghu

**Nonpriority Creditor's Name**
3082 13th Ave. West
Vancouver, BC V6 2V2
CANADA
*Number Street City State Zip Code*

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____  $100,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Loan

### 4.19 Sure Sports LLC — $1,282,302.00

**Nonpriority Creditor's Name**
Attention: Leon McKenzie
2116 Hollywood Blvd., #116
Hollywood, FL 33020
*Number Street City State Zip Code*

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Claim for fees**

---

### 4.20 Tony Chiricosta — $170,000.00

**Nonpriority Creditor's Name**
Pro Management Resources, Inc.
8012 Wiles Rd.
Coral Springs, FL 33067
*Number Street City State Zip Code*

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Accounting Fees**

---

### 4.21 Tony Veltri — $320,000.00

**Nonpriority Creditor's Name**
16487 25th Ave.
Surrey, British Columbia V3Z 0S2
CANADA
*Number Street City State Zip Code*

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Loan**

---

**Part 3:** List Others to Be Notified About a Debt That You Already Listed

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you

| Debtor 1 | Evander Frank Kane | Case number (if known) | 21-50028 |
|---|---|---|---|

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Arthur Yallen**<br>**84 Avenue Rd, 3rd Floor**<br>**Toronto, Ontario M5R2H2**<br>**CANADA** | Line **4.13** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Daniel A. Parino**<br>**Greenberg Glusker**<br>**2046 Century Park East, Ste. 2600**<br>**Los Angeles, CA 90067** | Line **4.13** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Darren Heitner**<br>**215 Hendricks Isle**<br>**Fort Lauderdale, FL 33301** | Line **4.19** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 256,320.13 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **256,320.13** |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 4,396,525.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **4,396,525.00** |

Official Form 106 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 10 of 10

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 21-50028    Doc# 18    Filed: 01/31/21    Entered: 01/31/21 17:04:36    Page 18 of 19

**Additions or amendments to Creditors List**

Professional Bank
c/o Stephen Opperwall
4900 Hopyard Rd., Ste. 100
Pleasanton, CA 94588

Tony Veltri
16487 25th Ave.
Surrey, BC V3Z 0S2
Canada