HEINZ BINDER, #87908
DAVID B. RAO, #103147
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: heinz@bindermalter.com
Email: david@bindermalter.com

Attorneys for South River Capital, LLC.,
Creditor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| In re: | Case No. 21-50028 SLJ |
|---|---|
| EVANDER FRANK KANE, | Chapter 7 |
| Debtor. | |

## REQUEST FOR SPECIAL NOTICE

TO: The Clerk of the above-entitled Court, the Debtor, Evander F. Kane, the Debtor's attorney, Stephen D. Finestone of Finestone Hayes LLP, Fred Hjelmeset, the Chapter 7 Trustee, and the United States Trustee.

PLEASE TAKE NOTICE that the Creditor, South River Capital, LLC., is represented by the law firm of Binder & Malter, LLP. Pursuant to Fed. R. Bankr. P. 2002, 9007 and 9010, the local rules of this Court and Bankruptcy Code §§ 102(1), 342 and 1109(b), all notices given or required to be given in this case and all papers served or required to be served shall be given and served upon this firm at the addresses indicated.

PLEASE TAKE FURTHER NOTICE that the foregoing request for notice includes not only notices and papers referred to in the Rules and Sections specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand which affects or seeks to affect, in any way, any rights or

interest of Evander F. Kane.

    PLEASE TAKE FURTHER NOTICE that David B. Rao requests that all notices be sent to the following address:

Heinz Binder, Esq.<br>
David B. Rao, Esq.<br>
BINDER & MALTER, LLP<br>
2775 Park Avenue<br>
Santa Clara, CA 95050<br>
Telephone: (408) 295-1700<br>
Facsimile: (408) 295-1531<br>
heinz@bindermalter.com<br>
david@bindermalter.com

Dated: February 2, 2021                BINDER & MALTER, LLP

                                            By: /s/ David B. Rao
                                                  DAVID B. RAO
                                                  Attorneys for South River Capital, LLC.,
                                                  Creditor