UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

Evander Frank Kane,

Debtor(s).

Case No. 21-50028
Chapter 7

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Andrew J. Ghekas, Esquire, an active member in good standing of the bar of Florida, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing creditor, Centennial Bank, N.A. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Peter C. Califano, Esquire, Cooper, White & Cooper LLP, 201 California St., 17th Floor, San Francisco, CA 94111 (415) 765-0363

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 3, 2021

ANDREW J. GHEKAS, ESQUIRE



# UNITED STATES DISTRICT COURT
for the
**Middle District of Florida**

**CERTIFICATE OF GOOD STANDING**

I, **Elizabeth M. Warren**, Clerk of this Court, do hereby certify that **Andrew James Ghekas**, Florida Bar # **0119169**, was duly admitted to practice in this Court on **January 08, 2016**, and is in good standing as a member of the Bar of this Court.

Dated at: **Orlando, Florida** on January 15, 2021.



Elizabeth M. Warren
*Clerk of Court*