**Entered on Docket
February 08, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



John A. Anthony (SBN 0731013)
Anthony & Partners, LLC
100 S. Ashley Dr., Suite 1600
Tampa, Florida 33602
Telephone: 813-273-5616
Facsimile: 813-221-4113
janthony@anthonyandpartners.com

Attorneys for Creditor, Centennial Bank

The following constitutes the order of the Court.
Signed: February 8, 2021


_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

_____ Debtor(s).

Case No.

Chapter

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

_____, whose business address and telephone number is

_____

and who is an active member in good standing of the bar of   Florida

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing   creditor, Centennial Bank, N.A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party.  All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**