Certificate Number: 06531-CAN-DE-035401664

Bankruptcy Case Number: 21-50028


06531-CAN-DE-035401664

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on February 25, 2021, at 2:12 o'clock PM CST, Evander Kane completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: February 25, 2021

By: /s/Connie Krosch

Name: Connie Krosch

Title: Certified Credit Counselor