Michael Gerard Fletcher, (State Bar No. 070849)
  mfletcher@frandzel.com
Reed S. Waddell, (State Bar No. 106644)
  rwaddell@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for creditor ZIONS BANCORPORATION, N.A., dba California Bank & Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028-SLJ<br><br>Chapter 7<br><br>Hon. Stephen L. Johnson<br><br>**CERTIFICATE OF SERVICE RE EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON ZIONS BANCORPORATION, N.A.'S MOTION TO CONVERT CASE TO CHAPTER 11 AND TO APPOINT CHAPTER 11 TRUSTEE** |

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On February 26, 2021, I served true copy(ies) of the following to the party(ies) on the attached service list:

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON ZIONS BANCORPORATION, N.A.'S MOTION TO CONVERT CASE TO CHAPTER 11 AND TO APPOINT CHAPTER 11 TRUSTEE**

**DECLARATION OF MICHAEL GERARD FLETCHER IN SUPPORT OF ZIONS BANK'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON ZIONS BANCORPORATION'S MOTION TO CONVERT THE CASE TO CHAPTER 11 AND APPOINT A CHAPTER 11 TRUSTEE**

**MOTION BY CREDITOR ZIONS BANCORPORATION, N.A., TO CONVERT CASE TO CHAPTER 11 AND APPOINT CHAPTER 11 TRUSTEE; MEMORANDUM OF POINTS AND AUTHORITIES**

**DECLARATION OF MICHAEL TOAL IN SUPPORT OF ZIONS BANK'S MOTION TO CONVERT THE CASE TO CHAPTER 11 AND APPOINT A CHAPTER 11 TRUSTEE**

**DECLARATION OF GERRICK M. WARRINGTON IN SUPPORT OF ZIONS BANK'S MOTION TO CONVERT THE CASE TO CHAPTER 11 AND APPOINT A CHAPTER 11 TRUSTEE**

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I placed the envelope for collection and mailing at Los Angeles, California. The envelope was mailed with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 26, 2021, at Los Angeles, California.

                                              /s/ Sandra Young King
                                              Sandra Young-King

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

**SERVICE LIST**

| | |
|---|---|
| Stephen D. Finestone<br>Finestone Hayes LLP<br>456 Montgomery St. 20th Fl.<br>San Francisco, CA 94104 | Attorney for Debtor |
| Gregg S. Kleiner<br>Rincon Law LLP<br>268 Bush St. #3335<br>San Francisco, CA 94104 | Attorney for Chapter 7 Trustee |
| Fred Hjelmeset<br>P.O. Box 4188<br>Mountain View, CA 94040 | Chapter 7 Trustee |
| U.S. Trustee<br>Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | U.S. Trustee |
| Kokjer Pierotti Maiocco and Duck<br>Attn: Officer or Agent<br>333 Pine St., 5th Fl.<br>San Francisco, CA 94104-3319 | Creditor |
| Professional Bank<br>c/o Stephen G. Opperwall<br>4900 Hopyard Road, Suite 100<br>Pleasanton, CA 94588-7101 | Creditor |
| South River Capital LLC<br>c/o Binder & Malter, LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050-6004 | Creditor |
| 1000568 B.C. Ltd.<br>Attn: Officer or Agent<br>5900 NO. 3 Road, Suite 300<br>Richmond, BC V6X3P7<br>CANADA | Creditor |
| American Arbitration Association<br>Attn: Rebecca Storrow<br>100 SE 2nd St, Suite 2300<br>Miami, FL 33131-2151 | Creditor |
| American Express<br>Attn: Officer or Agent<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | Creditor |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

| | | |
|---|---|---|
| 1 | American Express - Wells Fargo Card Services | Creditor |
| 2 | Attn: Officer or Agent P.O. Box 51193 | |
| 3 | Los Angeles, CA 90051-5493 | |
| 4 | Arthur Yallen | Creditor |
| | 84 Avenue Rd, 3rd Floor | |
| 5 | Toronto, Ontario M5R2H2 CANADA | |
| 6 | | |
| | Barry Smith | Creditor |
| 7 | Buchalter 1000 Wilshire Blvd., Ste. 1500 | |
| 8 | Los Angeles, CA 90017-1730 | |
| 9 | | |
| | Brandon Dixon | Creditor |
| 10 | Dixon Law Firm 304 Enterprise Dr. | |
| 11 | Oxford, MS 38655-2762 | |
| 12 | Centennial Bank | Creditor |
| | Attn: Special Assets (Officer or Agent) | |
| 13 | P O Box 1028 Cabot, AR 72023-1028 | |
| 14 | | |
| | Corporation Service Company | Creditor |
| 15 | Attn: Officer or Agent 801 Adlai Stevenson Dr. | |
| 16 | Springfield, IL 62703-4261 | |
| 17 | Daniel A. Parino | Creditor |
| | Greenberg Glusker | |
| 18 | 2046 Century Park East, Ste. 2600 Los Angeles, CA 90067 | |
| 19 | | |
| 20 | Darren Heitner | Creditor |
| | 215 Hendricks Isle | |
| 21 | Fort Lauderdale, FL 33301-3706 | |
| 22 | Davis Sanchez | Creditor |
| | 138 Woodbine Ave. | |
| 23 | Toronto, Ontario M412A2 CANADA | |
| 24 | | |
| 25 | Deanna Kane | Creditor |
| | 2301 Richland Ave. | |
| 26 | San Jose, CA 95125-3644 | |
| 27 | | |
| 28 | | |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

| | | |
|---|---|---|
| 1 | Erika L. Mansky | Creditor |
| | 11845 W. Olympic Blvd. | |
| 2 | Suite 1000 | |
| | Los Angeles, CA 90064-1149 | |
| 3 | | |
| 4 | Franchise Tax Board | Creditor |
| | State of California | |
| 5 | P.O. Box 2952 | |
| | Sacramento, CA 95812-2952 | |
| 6 | | |
| 7 | Hebron Shyng | Creditor |
| | 179 Davie St. | |
| 8 | Vancouver, BC V6Z241 | |
| | CANADA | |
| 9 | | |
| 10 | Hope Parker | Creditor |
| | c/o Jonathan J. Lewis | |
| 11 | 3985 University Ave. Fl. 2 | |
| | Riverside, CA 92501-3256 | |
| 12 | | |
| 13 | Internal Revenue Service | Creditor |
| | P.O. Box 7346 | |
| 14 | Philadelphia, PA 19101-7346 | |
| 15 | | |
| | James Scime | Creditor |
| 16 | 42 Delaware Ave. | |
| | Suite 120 | |
| 17 | Buffalo, NY 14202-3924 | |
| 18 | | |
| | John A. Anthony | Creditor |
| 19 | Anthony & Partners, LLC | |
| | 100 South Ashley Dr., Ste. 1600 | |
| 20 | Tampa, FL 33602-5318 | |
| 21 | | |
| | John Fiero | Creditor |
| 22 | Pachulski Stang et al. | |
| | 150 California St., 15th Floor | |
| 23 | San Francisco, CA 94111-4500 | |
| 24 | | |
| | Lone Shark Holdings, LLC | Creditor |
| 25 | Attn: Andrew B. Adams | |
| | 128-A Courthouse Square | |
| 26 | Oxford, MS 38655-4008 | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Mark S. Hoffman<br>11845 W. Olympic Blvd.<br>Suite 1000<br>Los Angeles, CA 90064-5046 | | Creditor |
| Mercedes Benz of Oakland<br>Attn: Officer or Agent<br>2915 Broadway<br>Oakland, CA 94611-5710 | | Creditor |
| Michigan Department of Treasury<br>PO Box 30199<br>Lansing, MI 48909-7699 | | Creditor |
| Mike Lispti<br>2301 Richland Ave<br>San Jose, CA 95125-3644 | | Creditor |
| Newport Sports Management, Inc.<br>Attn: Officer or Agent<br>201 City Centre Dr., Suite 400<br>Mississauga, Ontario L5B 2T4<br>CANADA | | Creditor |
| Nina Greene<br>Genoves Joblove & Battista<br>100 Southeast Second St., 44th Floor<br>Miami, FL 33131-2100 | | Creditor |
| Pacific Private Money<br>Attn: Officer or Agent<br>1555 Grant Ave<br>Novato, CA 94945-3120 | | Creditor |
| Paul Cambria<br>42 Delaware Ave<br>Buffalo, NY 14202-3901 | | Creditor |
| Pete Gianakas<br>2301 Richland Ave<br>San Jose, CA 95125-3644 | | Creditor |

4135613.1 | 031205-0132

7

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
(323) 852-1000

| | | |
|---|---|---|
| 1 | Professional Bank | Creditor |
| 2 | Attn: Officer or Agent<br>396 Alhambra Circle, Ste. 255<br>Miami, FL 33134-5022 | |
| 3 | | |
| 4 | Professional Bank | Creditor |
| 5 | c/o Stephen G. Opperwall, Esq<br>4900 Hopyard Road, Suite 100<br>Pleasanton, CA 94588-7101 | |
| 6 | | |
| 7 | Rachel Kuechle<br>c/o Samuel Capizzi<br>267 North St. | Creditor |
| 8 | Buffalo, NY 14201-1306 | |
| 9 | | |
| 10 | Raj Banghu<br>3082 13th Ave. West | Creditor |
| 11 | Vancouver, BC V6 2V2<br>CANADA | |
| 12 | Rosenberg Pelino LLC | Creditor |
| 13 | Attn: Brian C. Rosenberg<br>6031 University Blvd., Suite 300<br>Ellicott City, MD 21043-6151 | |
| 14 | | |
| 15 | San Jose Sharks | Creditor |
| 16 | Attn: Doug Wilson<br>525 W. Santa Clara St.<br>San Jose, CA 95113-1500 | |
| 17 | | |
| 18 | Scotia Bank | Creditor |
| 19 | Attn: Officer or Agent<br>8377 Granville St.<br>Vancouver, BC V6P4Z8 | |
| 20 | CANADA | |
| 21 | Sheri Kane | Creditor |
| 22 | 3457 35th Avenue<br>Vancouver, BC V6N2N3<br>CANADA | |
| 23 | | |
| 24 | South River Capital LLC | Creditor |
| 25 | Attn: Officer or Agent<br>1 Park Place<br>Suite 540 | |
| 26 | Annapolis, MD 21401-3450 | |
| 27 | | |
| 28 | | |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

| | | |
|---|---|---|
| 1 | South River Capital LLC<br>Attn: Officer or Agent<br>2661 Riva Road, Bldg 1000<br>Suite 1020<br>Annapolis, MD 21401-7166 | Creditor |
| 2 | State of Michigan<br>Michigan Department of Treasury<br>Bankruptcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909-7668 | Creditor |
| 3 | Sure Sports LLC<br>Attention: Leon McKenzie<br>2116 Hollywood Blvd., #116<br>Hollywood, FL 33020-6701 | Creditor |
| 4 | Tony Chiricosta<br>Pro Management Resources, Inc.<br>8012 Wiles Rd.<br>Coral Springs, FL 33067-2072 | Creditor |
| 5 | Tony Veltri<br>16487 25th Ave.<br>Surrey, BC V3Z 0S2<br>CANADA | Creditor |
| 6 | Tony Veltri<br>16487 25th Ave.<br>Surrey, British Columbia V3Z 0S2<br>CANADA | Creditor |