Michael Gerard Fletcher (State Bar No. 070849)
    mfletcher@frandzel.com
Reed S. Waddell (State Bar No. 106644)
    rwaddell@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for creditor ZIONS
BANCORPORATION, N.A., dba
California Bank & Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 21-50028-SLJ |
| EVANDER FRANK KANE, | Chapter 7 |
| Debtor. | **NOTICE OF HEARING ON SHORTENED NOTICE ON MOTION BY CREDITOR ZIONS BANCORPORATION, N.A. TO CONVERT CASE TO CHAPTER 11 AND APPOINT CHAPTER 11 TRUSTEE** |
| | <u>**Hearing on Motion to Convert/Appoint Chapter 11 Trustee:**</u> |
| | Date:    March 30, 2021 |
| | Time:    11:00 a.m. |
| | Place:   Courtroom 9 |
| |           San Jose, California* |
| | <u>***(Pursuant to Fifth Amended General Order 38, The Hearing Will be Held by Zoom as a Video Hearing.)**</u> |

4135343.1

1

**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

**TO ALL PARTIES IN INTEREST AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that in accordance with the Order Granting Motion to Shorten Time ("Order Shortening Time") (Dkt. 36) entered on February 26, 2021, Zions Bancorporation, N.A., dba California Bank & Trust ("Zions") is hereby giving notice that the Court has set a hearing on shortened notice on Zions' motion for an order converting this chapter 11 case of Evander Frank Kane to chapter 7 and appointing a chapter 11 trustee ("Motion") (Dkt. 33). The Motion is based on this Notice of Hearing, the accompanying brief in support of the Motion (Dkt. 33), the declarations of Michael Toal (Dkt. 33-1) and Gerrick M. Warrington (Dkt. 33-2), the files and records of this pending bankruptcy proceeding, and the provisions of 11 U.S.C. §§ 706(b) and 1104, and Fed. R. Bankr. P. 1017, 2002, and 9014.

**PLEASE TAKE FURTHER NOTICE** that, per the Order Shortening Time, a copy of which is attached as **Exhibit 1**, the Court will hold a video hearing on the Motion on **March 30, 2021, at 11:00 a.m. (PST)**.

Oppositions to the Motion are due by **March 18, 2021**.

Replies are due by **March 25, 2021**.

DATED:  February 26, 2021    FRANDZEL ROBINS BLOOM & CSATO, L.C.
MICHAEL GERARD FLETCHER
REED S. WADDELL

By:  ___/s/ Michael Gerard Fletcher___
MICHAEL GERARD FLETCHER
Attorneys for Creditor Zions Bancorporation,
N.A., dba California Bank & Trust

Case: 21-50028    Doc# 38    Filed: 02/26/21    Entered: 02/26/21 14:23    Page 2 of 6

# EXHIBIT 1

**Entered on Docket**
**February 26, 2021**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



The following constitutes the order of the Court.
Signed: February 26, 2021

*Stephen Johnson*

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re **EVANDER FRANK KANE**,

            Debtor.

Case No. 21-50028 SLJ
Chapter 7

### ORDER GRANTING MOTION TO SHORTEN TIME

      On February 26, 2020, Creditor Zions Bancorporation ("Zions") filed a motion to shorten time on the hearing on Creditor's motion to convert this case to Chapter 11 and appoint a Chapter 11 Trustee. ECF 34; *see* ECF 33. Creditor states shortened time is necessary because the earliest date the motion could normally be heard is April 6, 2021, which would mean at least one post-petition salary payment to Debtor would be lost to the estate if I grant Creditor's motion to convert. Creditor and Debtor have stipulated to the motion to shorten time.

      I find the motion satisfies the requirements of Bankruptcy Local Rule 9006-1, and therefore grant it. Accordingly, it is hereby ordered that:

ORDER GRANTING MOTION TO SHORTEN TIME
1/3

1.     The hearing on Creditor's motion to convert this case to Chapter 11 and appoint a Chapter 11 Trustee shall be heard on **March 30, 2021** at **11:00 a.m.** Pursuant to Fifth Amended General Order 38, The hearing will be held by Zoom.[1]

2.     Debtor's opposition to the motion is due by **March 18, 2021**.

3.     Creditor's reply, if any, is due by **March 25, 2021**.

4.     Creditor shall give written notice of this order to the parties in this case on whom Creditor serves the motion to convert within 24 hours of my entering this order.

IT IS SO ORDERED.

<strong>END OF ORDER</strong>

[1] Parties can refer to the Bankruptcy Court's website for rules on accessing Zoom at: https://www.canb.uscourts.gov/procedure/zoom

ORDER GRANTING MOTION TO SHORTEN TIME
2/3

**COURT SERVICE LIST**

[ECF recipients only]

ORDER GRANTING MOTION TO SHORTEN TIME

3/3

6