Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Debtor,
Evander Frank Kane

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re

EVANDER FRANK KANE,

Debtor.

Case No. 21-50028-SLJ
Chapter 7

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters appearance for the debtor, Evander Frank Kane, pursuant to Federal Rule of Bankruptcy Procedure 9010(b).

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests notice of all matters that come before the Court this case, including but not limited to those referred to in Federal Rules of Bankruptcy Procedure 2002, 4001, 9007, and 9010, as follows:

> Finestone Hayes LLP
> c/o Ryan A. Witthans
> 456 Montgomery Street, Floor 20
> San Francisco, CA 94104
> Email: rwitthans@fhlawllp.com
> Tel.:   (415) 481-5481

Dated March 5, 2021

FINESTONE HAYES LLP

*/s/ Ryan A. Witthans*
Ryan A. Witthans
Attorneys for Debtor,
Evander Frank Kane

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE            1