# CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

401 Bosley Avenue, P.O. Box 6754
Towson, MD 21285-6754
Main: 410-887-2601 Fax: 410-887-3062

| | |
|---|---|
| Case Number: | C-03-CV-20-003992 |
| Other Reference Numbers: | |

**SOUTH RIVER CAPITAL, LLC VS. EVANDER KANE**

Date: 1/7/2021

## TRIPLE SEAL CERTIFICATION

STATE OF MARYLAND, BALTIMORE COUNTY:

I HEREBY CERTIFY that the foregoing is a full, true and correct copy of the following document in the above-entitled case: Notice of Confessed Judgment taken and copied from the record of proceedings in the above-referenced Court.

**IN TESTIMONY WHEREOF** I hereto set my hand and affix the seal of the Circuit Court for Baltimore County on this 01/07/2021

_Julie L. Ensor_
Julie L. Ensor
Clerk of the Circuit Court

I, Ruth Ann Jakubowski, Presiding Judge of the Circuit Court for Baltimore County, Maryland, do hereby certify that the foregoing attestation is in due form and by the proper officer.

Given under my hand on this

_Ruth Jakubowski_
Ruth Ann Jakubowski
401 Bosley Avenue, P.O. Box 6754     01/08/2021 11:34:42 AM
Towson, MD 21285-6754

I hereby certify that the Honorable Ruth Ann Jakubowski, whose signature is subscribed to the foregoing certificate, was at the time of signing the same Presiding Judge of the Circuit Court for Baltimore County, Maryland, duly commissioned and qualified.

**IN TESTIMONY WHEREOF** I hereto set my hand and affix the seal of the Circuit Court for Baltimore County on this 01/08/2021

_Julie L. Ensor_
Julie L. Ensor
Clerk of the Circuit Court



CIRCUIT COURT FOR BALTIMORE COUNTY,
MARYLAND
401 Bosley Avenue, P.O. Box 6754
Towson, MD 21285-6754

Main: 410-887-2601
Fax: 410-887-3062

To: Evander Kane
2301 Richland Avenue
San Jose, CA 95125

Case Number: C-03-CV-20-003992

SOUTH RIVER CAPITAL, LLC VS. EVANDER KANE

Date: 11/9/2020

## NOTICE OF CONFESSED JUDGMENT

**I HEREBY CERTIFY** that the following Judgment has been recorded in this Court in the above entitled case.

Judgment against: Evander Kane
2301 Richland Avenue
San Jose       CA 95125

Judgment in favor of: South River Capital, LLC
1 Park Place, Suite 540
Annapolis       MD 21401

| | | | |
|---|---|---|---|
| Judgment ordered on: | 11/09/2020 | Other fee: | $381404.70 |
| Judgment entry date: | 11/09/2020 | Service fee: | $0.00 |
| Amount of judgment: | $571,083.13 | Attorney fee: | $85622.27 |
| Pre judgment interest: | $36,384.77 | | |
| Appearance fee: | $0.00 | Total judgment: | $1,074,494.87 |
| Filing fee: | $0.00 | | |

Comments: plus costs and interest from date of judgment at the contractual rate of 15% per annum

You have 30 days after service of this notice upon you to file a written motion to open, modify or vacate the judgment.

IN TESTIMONY, I hereunto set my hand and affix the seal of this court.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

### Notice

You may receive a Judgment Debtor (Defendant) Information Sheet (CC-DC-CV-114) from the plaintiff or the plaintiff's attorney requesting information under oath about you, your employment, and your assets, liabilities, income, and expenses. You do not have to complete and return that form, but if you fail to do so within the time allowed, you may be summoned to appear or undergo an examination under oath before a judge or examiner regarding those matters. If you fully complete and return the completed Judgment Debtor (Defendant) Information Sheet within the time allowed, you will not be subject to discovery in aid of enforcement for at least one year from the entry of the judgment against you, unless the judgment creditor has been granted leave of court for good cause shown.

Case: 21-50028   Doc# 49-4   Filed: 03/08/21   Entered: 03/08/21 12:27:06   Page 3 of 4

South River Capital, LLC vs. Evander Kane                    Case Number: C-03-CV-20-003992

# SHERIFF'S RETURN
## Notice of Confessed Judgment

Circuit Court for Baltimore County

South River Capital, LLC vs. Evander Kane

To: Evander Kane

Sheriff fee: _____    By: _____

Served: _____

Time: _____    Date: _____

Unserved (Reason): _____

Instructions to Private Process:
1. This summons is effective for service only if served 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly.

CC-CV-034 (Rev. 08/2020)                Page 3 of 3                07/03/2014 12:22 PM

Case: 21-50028    Doc# 49-4    Filed: 03/08/21    Entered: 03/08/21 12:27:06    Page 4 of 4