Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:  (415) 616-0466
Fax:  (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Debtor,
Evander Frank Kane

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re

EVANDER FRANK KANE,

Debtor.

Case No. 21-50028-SLJ
Chapter 7

**STIPULATION TO EXTEND TIME TO ASSUME OR REJECT CONTRACT**

    Debtor Evander Kane ("Kane"), Fred Hjelmeset in his capacity as the Chapter 7 Trustee (the "Trustee") and the San Jose Sharks, LLC (the "SJS" and collectively with Kane and the Trustee, the "Parties") by and through their respective attorneys of record enter into the following Stipulation to Extend Time to Assume or Reject Contract (the "Stipulation"):

    Whereas, the Debtor filed the instant bankruptcy case on January 9, 2021;

    Whereas, the Trustee is the duly appointed trustee in this matter;

    Whereas, SJS was and remains Debtor's employer pursuant to a contract entered into on or about May 18, 2018 (the "Contract");

    Whereas, as part of his bankruptcy filing, Debtor filed Schedule G, which lists executory contracts and unexpired leases, and Debtor included the Contract on Schedule G; and,

    The Parties wish to extend the time to assume or reject the Contract and stipulate as follows:

1. The deadline to assume or reject the Contract is extended for 90 days, to and including June 7, 2021.

2. This Stipulation is not intended as an acknowledgment that the Contract is an executory contract governed by Bankruptcy Code Section 365, nor that an assumption of the Contract is required under the Bankruptcy Code for Kane and SJS to continue to comply with the Contract.

3. This Stipulation is without prejudice to some or all of the parties further extending the time to assume or reject the Contract.

4. The Parties request that the Court enter an order approving this Stipulation.

Dated March 8, 2021                     FINESTONE HAYES LLP

/s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys Evander Kane

Dated: March 8, 2021                    RINCON LAW LLP

/s/ Gregg S. Kleiner
Gregg S. Kleiner
Attorneys for Fred Hjelmeset

Dated: March 8, 2021                    FOLEY & LARDNER LLP

/s/ Michael J. Small
Michael J. Small
Lewis Zirogiannis
Attorneys for San Jose Sharks, LLC