MARTA E. VILLACORTA (NY SBN 4918280)
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
280 South First St., Suite 268
San Jose, CA 95113
Telephone: (408) 535-5525
Facsimile: (408) 535-5532
Email: Marta.Villacorta@usdoj.gov

Attorney for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

In re:

EVANDER FRANK KANE,

　　　　　　　　　　　　Debtor.

Case No. 21-50028 SLJ

Chapter 7

**STIPULATION TO ENLARGE TIME PERIODS FOR UNITED STATES TRUSTEE TO FILE MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(3) AND/OR COMPLAINT TO DENY DISCHARGE UNDER 11 U.S.C. § 727 TO MAY 5, 2021**

Tracy Hope Davis, the United States Trustee for Region 17 ("U.S. Trustee"), by and through her undersigned counsel, and the Debtor Evander Frank Kane ("Debtor"), by and through their undersigned counsel (collectively, the "Parties"), hereby stipulate to the following facts:

1. The Debtor filed a Chapter 7 bankruptcy case on January 9, 2021. ECF No. 1.

2. The 11 U.S.C. § 341 Meeting of Creditors in the Chapter 7 case was initially held on February 3, 2021, and continued and concluded on February 23, 2021. *See* Bankruptcy Docket Generally.

//

//

3. The U.S. Trustee is investigating whether it is appropriate to file a motion to dismiss case for abuse pursuant to 11 U.S.C. § 707(b)(3) (i.e., bad faith and totality of the circumstances abuse) and/or an adversary complaint to deny discharge under 11 U.S.C. § 727.

4. The deadline for the U.S. Trustee to file a motion to dismiss case for abuse pursuant to 11 U.S.C. §§ 707(b)(1) and 707(b)(3) or an adversary complaint to deny discharge under 11 U.S.C. § 727 expires on April 5, 2021. *See* Docket.

6. The Parties hereby stipulate to extend the time for the U.S. Trustee to file a motion to dismiss under 11 U.S.C. §§ 707(b)(1) and 707(b)(3) and an adversary complaint to deny discharge under 11 U.S.C. § 727 to and including May 5, 2021.

Dated: March 12, 2021

EVANDER FRANK KANE
DEBTOR

*/s/ Stephen D. Finestone*
By: Stephen D. Finestone
Attorney for the Debtor

Dated: March 12, 2021

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

*/s/ Marta E. Villacorta*
By: Marta E. Villacorta
Attorney for United States Trustee