1  JEFFER MANGELS BUTLER & MITCHELL LLP
   ROBERT B. KAPLAN (Bar No. 76950)
2  *rbk@jmbm.com*
   Two Embarcadero Center, 5th Floor
3  San Francisco, California 94111-3813
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  THOMAS M. GEHER (Bar No. 130588)
   *tgeher@jmbm.com*
6  1900 Avenue of the Stars, 7th Floor
   Los Angeles, California 90067-4308
7  Telephone:    (310) 203-8080
   Facsimile:    (310) 203-0567

8
   Attorneys for SURE SPORTS, LLC
9

10              UNITED STATES BANKRUPTCY COURT

11        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12

13  In re                                    Case No. 21-50028 SLJ

14  EVANDER FRANK KANE,                      Chapter 7

15              Debtor.                      **JOINDER OF SURE SPORTS, LLC IN
                                             SUPPORT OF MOTION BY CREDITOR
16                                           ZIONS BANCORPORATION, N.A., TO
                                             CONVERT CASE TO CHAPTER 11 AND
17                                           APPOINT CHAPTER 11 TRUSTEE**

18                                           Date:  March 30, 2021
                                             Time:  11:00 a.m.
19                                           Place: Courtroom 9
                                                    San Jose, California
20                                                  [By Zoom]

21

22

23        **TO THE ABOVE ENTITLED COURT, ALL PARTIES AND THEIR COUNSEL**

24  **OF RECORD:**

25        Creditor Sure Sports, LLC hereby joins and supports that *Motion by Creditor Zions*

26  *Bancorporation, N.A., to Convert Case to Chapter 11 and Appoint Chapter 11 Trustee* [docket no.

27  33] (the "Motion") and requests, for the reasons set forth in the Motion, that the Court convert this

28  chapter 7 case to one under chapter 11 and immediately appoint a chapter 11 trustee.

JMBM | Jeffer Mangels Butler & Mitchell LLP

1

2   DATED:  March 16, 2021              JEFFER MANGELS BUTLER & MITCHELL LLP
                                       ROBERT B. KAPLAN
3                                      THOMAS M. GEHER

4

5                                      By:        /s/ Thomas M. Geher
                                                  THOMAS M. GEHER
6                                         Attorneys for Sure Sports, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
Case No. 21-50028
SURE SPORTS, LLC JOINDER TO MOTION TO CONVERT AND APPOINT TRUSTEE