JOHN A. ANTHONY (SBN 0731013)
janthony@anthonyandpartners.com
ANDREW J. GHEKAS, (SBN 0119169)
aghekas@anthonyandpartners.com
ANTHONY & PARTNERS, LLC
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
Telephone: (813) 273-5616
Facsimile: (813) 221-4113

PETER C. CALIFANO (SBN 129043)
pcalifano@cwclaw.com
COOPER, WHITE & COOPER LLP
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for Creditor CENTENNIAL BANK

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISON

| | |
|---|---|
| In re | Case No. 21-50028 SLJ |
| EVANDER FRANK KANE | Chapter 7 |
| Debtor. | |

## STIPULATION TO ENLARGE TIME PERIODS FOR CENTENNIAL TO FILE MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b) AND/OR COMPLAINT TO OBJECT TO DISCHARGE UNDER 11 U.S.C. § 727 TO MAY 5, 2021

Centennial Bank, an Arkansas state chartered bank ("Centennial"), by and through its undersigned counsel, and the Debtor Evander Frank Kane (the "Debtor"), by and through his undersigned counsel, both of whom are together referred to herein as the "Parties," hereby stipulate to the entry of an order extending the April 5, 2021, deadline to seek dismissal of the above-captioned bankruptcy case (this "Bankruptcy") and/or to file a complaint to object to the Debtor's discharge, as previously set by court order, to May 5, 2021 (the "Stipulation").

This Stipulation is based on the following facts:

1.      The Debtor filed his petition for relief under chapter 7 on January 9, 2021.

2.      Centennial is listed as a secured creditor in this Bankruptcy with an asserted claim of approximately $8,360,000.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

3. The first "Meeting of Creditors" in this Bankruptcy was initially held on February 3, 2021, and continued and concluded on February 23, 2021.

4. Centennial is investigating whether it is appropriate to seek dismissal of this Reorganization for abuse under 11 U.S.C. § 707(b) as well as whether it is appropriate to file an adversary proceeding to object to discharge under 11 U.S.C. § 727.

5. The deadline for Centennial to file a motion to dismiss for abuse pursuant to 11 U.S.C. § 707(b) or an adversary complaint to object to discharge under 11 U.S.C. § 727 expires on April 5, 2021.

6. The Parties hereby stipulate to extend the time for Centennial to file a motion to dismiss under 11 U.S.C. § 707(b) and an adversary complaint to object to discharge under 11 U.S.C. § 727 to and including May 5, 2021.

7. The Parties request that this Court enter an order approving this Stipulation.

Dated March 17, 2021          FINESTONE HAYES LLP

                              _/s/ Stephen D. Finestone_____
                              Stephen D. Finestone
                              Attorneys for Debtor
                              EVANDER FRANK KANE

DATED: March 16, 2021         ANTHONY & PARTNERS, LLC

                              /s/ _John A. Anthony_____
                              JOHN A. ANTHONY
                              Attorneys for Creditor CENTENNIAL BANK

1500748.1

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002