Entered on Docket
March 17, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Debtor,
Evander Frank Kane

The following constitutes the order of the Court.
Signed: March 17, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re

EVANDER FRANK KANE,

Debtor.

Case No. 21-50028-SLJ

Chapter 7

**ORDER APPROVING STIPULATION REGARING CENTENNIAL BANK RULE 2004 EXAMINATION**

Debtor, Evander Kane ("Kane") and Centennial Bank, N.A. ("Centennial") having entered into a stipulation (the "Stipulation") with respect to Centennial's taking of Kane's examination pursuant to Bankruptcy Rule 2004 and good cause appearing;

**IT IS ORDERED** that:

1.  The Stipulation is approved.

2.  Centennial shall take an examination of Kane pursuant to Rule 2004 on a date to be agreed to by the Parties, but prior to the hearing on the Motion to Convert.

3.  The examination shall not exceed three hours in length.

4.  Kane will produce to Centennial the documents he previously produced to the Chapter 7 Trustee and United States Trustee no later than 4 days prior to the examination.

5.  This order is without prejudice to Centennial applying for a further examination of Kane and document production at a later date, or Kane objecting to such application.

ORDER RE 2004 EXAMINATION                                                                                                  1

** END OF ORDER **

Approved as to form:

ANTHONY & PARTNERS, LLC

/s/ John A. Anthony
JOHN A. ANTHONY
Attorneys for creditor Centennial Bank, N.A.

ORDER RE 2004 EXAMINATION 2

**Court Service List:**

ECF Participants Only