Michael Gerard Fletcher (State Bar No. 070849)
mfletcher@frandzel.com
Reed S. Waddell (State Bar No. 106644)
rwaddell@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

The following constitutes the order of the Court.
Signed: March 19, 2021

*Stephen Johnson* (signature)

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

Attorneys for ZIONS BANCORPORATION,
N.A., dba CALIFORNIA BANK & TRUST

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>Evander Frank Kane,<br><br>Debtor. | Case No. 21-50028-SLJ<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION FOR ORDER EXTENDING APRIL 5, 2021 DEADLINE UNDER BANKRUPTCY RULES 4004(a) AND 4007(c) TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT AND/OR TO OBJECT TO DISCHARGE**<br><br>[No hearing required]<br><br>Hon. Stephen L. Johnson |

4162088.1 | 031205-0132

The Court has reviewed and considered the Stipulation for Order Extending April 5, 2021 Deadline Under Bankruptcy Rules 4004(a) And 4007(c) to File Complaint to Determine Dischargeability of Debt and/or to Object to Discharge ("Stipulation") (Dkt. *pending*) entered into by and between Zions Bancorporation, N.A. ("Zions") and Evander Frank Kane ("Kane"). This matter being does not require a hearing, and good cause exists to approve the Stipulation.

**IT IS THEREFORE ORDERED** that:

1. The Stipulation is APPROVED.

2. The deadline for Zions to file a complaint to determine the dischargeability of debt and/or to object to Kane's discharge pursuant to Bankruptcy Rules 4004(a) and 4007(c) is hereby extended to and including May 5, 2021.

**Approved as to Form:** Dated:

March 17, 2021

By: *Stephen D. Finestone*
Stephen D. Finestone
Attorney for the Debtor

***END OF ORDER***

4162088.1 | 031205-0132

## Court Service List

All ECF Participants.

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
(323) 852-1000

4162088.1 | 031205-0132