Stephen G. Opperwall (SBN 100057)
LAW OFFICES OF STEPHEN G. OPPERWALL
4900 Hopyard Road, Suite 100
Pleasanton, California 94588
Telephone: (925) 417-0300
Facsimile: (925) 417-0301
E-mail: steve.opperwall@comcast.net

Attorneys for Creditor
Professional Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In Re:                              )   No. 21-50028 SLJ 7
                                    )
Evander Frank Kane,                 )   Chapter 7
                                    )
                                    )
    Debtor,                         )
                                    )
_____)

Stipulation for, and Request for, Order Extending April 5, 2021 Deadline under Bankruptcy Rules 4004(a) and 4007(c) to File Complaint to Determine Dischargeability of Debt and to Deny Discharge

Debtor Evander Frank Kane, and Creditor Professional Bank, through their counsel of record, stipulate for, and request the entry of, an order extending to May 5, 2021 the previously set April 5, 2021 deadline to file a complaint to determine the dischargeability of debt and to deny the Debtor's discharge.

1

Stipulation for, and Request for, Order Extending April 5, 2021 Deadline under Bankruptcy Rules 4004(a) and 4007(c) to File Complaint to Determine Dischargeability of Debt and to Deny Discharge

Case: 21-50028    Doc# 67    Filed: 03/20/21    Entered: 03/20/21 15:42:38    Page 1 of 3

## RECITALS

This stipulation is based on the following facts:

1. The Debtor filed his petition for relief under chapter 7 on January 9, 2021.

2. April 5, 2021 is currently fixed as the last day for creditors to file a complaint to determine the dischargeability of debt and/or to object to the debtor's discharge pursuant to Bankruptcy Rules 4004(a) and 4007(c) (the "Bar Date").

3. Professional Bank is listed as a secured creditor in this Bankruptcy with an asserted claim of approximately $1,354,000 as of bankruptcy filing date.

4. Professional Bank is investigating whether it is appropriate to file an adversary proceeding to deny discharge under 11 U.S.C. Section 727 and/or an adversary proceeding to determine nondischargeability of debt under 11 U.S.C. Section 523.

## STIPULATION

WHEREFORE, the subject parties through their counsel of record stipulate to and request the entry of an order extending the Bar Date from April 5, 2021 to and including May 5, 2021.

/
/
/
/
/
/
/
/

2

Stipulation for, and Request for, Order Extending April 5, 2021 Deadline under Bankruptcy Rules 4004(a) and 4007(c) to File Complaint to Determine Dischargeability of Debt and to Deny Discharge

Case: 21-50028   Doc# 67   Filed: 03/20/21   Entered: 03/20/21 15:42:38   Page 2 of 3

IT IS SO STIPULATED AND REQUESTED.

Dated: March 19, 2021                FINESTONE HAYES LLP

                                     /s/ Stephen D. Finestone
                                     _____
                                     STEPHEN D. FINESTONE
                                     Attorneys for Debtor
                                     Evander Frank Kane

Dated: March 19, 2021                LAW OFFICES OF
                                     STEPHEN G. OPPERWALL

                                     /s/ Stephen G. Opperwall
                                     _____
                                     STEPHEN G. OPPERWALL
                                     Attorneys for Creditor
                                     Professional Bank

stipulation for order extending 2021 0405 deadlines.doc.wpd

3

Stipulation for, and Request for, Order Extending April 5, 2021 Deadline
under Bankruptcy Rules 4004(a) and 4007(c) to File Complaint to Determine
Dischargeability of Debt and to Deny Discharge

Case: 21-50028   Doc# 67   Filed: 03/20/21   Entered: 03/20/21 15:42:38   Page 3 of 3