Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for FRED HJELMESET,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

EVANDER FRANK KANE,

Debtor.

Case No. 21-50028 SLJ
Chapter 7
Hon. Stephen L. Johnson

**STIPULATION TO ENTRY OF ORDER EXTENDING DATE FOR FILING COMPLAINT
(11 U.S.C. SECTION 727)**

[No Hearing Requested]

This stipulation is entered into by and between Evander Frank Kane ("Debtor") and Fred Hjelmeset, Trustee in Bankruptcy of the Debtor's estate ("Trustee"), through their respective counsel.

**RECITALS**

A.   On January 9, 2021, the Debtor filed a Voluntary Chapter 7 Petition.

B.   On January 11, 2021, the Bankruptcy Court issued its "Notice of Chapter 7 Bankruptcy Case," Docket 4 ("Notice").

C.   The Notice provides that the deadline for filing complaints against the Debtor for non-dischargeability or denial of discharge is April 5, 2021.

**STIPULATION**

NOW, THEREFORE, the parties agree as follows:

1. With regard to any complaints that would have to be filed by the Trustee in conformity with Bankruptcy Code Section 727 (11 U.S.C. § 727) and Rule 4004 of the Federal Rules of Bankruptcy Procedure (i.e., discharge of debt) shall be extended for approximately 30 days from the current deadline of April 5, 2021 through and including May 5, 2021.

2. The parties further agree that the new deadline, May 5, 2021, may be further extended by stipulation of the parties.

3. The parties agree to entry of an order in the form annexed hereto as **Exhibit A**.

DATED: March 22, 2021        RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for FRED HJELMESET,
Trustee in Bankruptcy

DATED: March 22, 2021        FINESTONE HAYES LLP

By: *Stephen D. Finestone*
STEPHEN D. FINESTONE
Counsel for Debtor, EVANDER FRANK KANE

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel.  415-672-5991
Fax. 415-680-1712
gkleiner@rinconlawllp.com

Counsel for FRED HJELMESET,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028 SLJ<br>Chapter 7<br>Hon. Stephen L. Johnson<br><br>**ORDER EXTENDING DATE FOR FILING COMPLAINT OBJECTING TO DISCHARGE**<br>**(11 U.S.C. SECTION 727)** |

Based on the Stipulation to Entry of Order Extending Date for Filing Complaint (11 U.S.C. Section 727) (the "Stipulation") entered into by and between Fred Hjelmeset, Trustee in Bankruptcy of the Debtor's estate and Debtor Evander Frank Kane, through their respective counsel, electronically filed on March 22, 2021, as Docket No. _____,

IT IS HEREBY ORDERED, as follows:

1. The Stipulation is approved.

2. With regard to the Trustee, the current deadline established by Rule 4004 of the Federal Rules of Bankruptcy Procedure to object to the Debtor's discharge is hereby extended through and including May 5, 2021.

*** END OF ORDER ***

**EXHIBIT A**

***COURT SERVICE LIST***

No Court service required.

**EXHIBIT A**