```
1  Stephen G. Opperwall (SBN 100057)
   LAW OFFICES OF STEPHEN G. OPPERWALL
2  4900 Hopyard Road, Suite 100
   Pleasanton, California 94588
3  Telephone: (925) 417-0300
   Facsimile: (925) 417-0301
4  E-mail: steve.opperwall@comc

5

6  Attorneys for Creditor
   Professional Bank
7
```

The following constitutes the order of the Court.
Signed: March 22, 2021

_Stephen Johnson_ (signature)
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re: ) | No. 21-50028 SLJ 7 |
| Evander Frank Kane, ) | Chapter 7 |
| Debtor, ) | |

Order Approving Stipulation for, and Request for, Order Extending the April 5, 2021 Deadline under Bankruptcy Rules 4004(a) and 4007(c) to File Complaint to Determine Dischargeability of Debt and to Deny Discharge to May 5, 2021

The Court having reviewed the Stipulation for, and Request for, Order Extending the April 5, 2021 Deadline under Bankruptcy Rules 4004(a) and 4007(c) to File Complaint to Determine

1

Order Approving Stipulation for, and Request for, Order Extending the April 5, 2021 Deadline under Bankruptcy Rules 4004(a) and 4007(c) to File Complaint to Determine Dischargeability of Debt and to Deny Discharge to May 5, 2021

Case: 21-50028    Doc# 69    Filed: 03/22/21    Entered: 03/22/21 14:27:37    Page 1 of 3

Dischargeability of Debt and to Deny Discharge between Debtor Evander Frank Kane and Creditor Professional Bank to extend that deadline to May 5, 2021, and good cause appearing, it is hereby ordered as follows:

1. The subject Stipulation is approved.

2. The subject earlier April 5, 2021 Deadline is hereby extended to May 5, 2021 to file an adversary proceeding to deny discharge under 11 U.S.C. Section 727 and/or an adversary proceeding to determine nondischargeability of debt under 11 U.S.C. Section 523.

*** END OF ORDER***

2

Order Approving Stipulation for, and Request for, Order Extending the April 5, 2021 Deadline under Bankruptcy Rules 4004(a) and 4007(c) to File Complaint to Determine Dischargeability of Debt and to Deny Discharge to May 5, 2021

Case: 21-50028   Doc# 69   Filed: 03/22/21   Entered: 03/22/21 14:27:37   Page 2 of 3

COURT SERVICE LIST

All ECF participants

3

Order Approving Stipulation for, and Request for, Order Extending the April 5, 2021 Deadline under Bankruptcy Rules 4004(a) and 4007(c) to File Complaint to Determine Dischargeability of Debt and to Deny Discharge to May 5, 2021

Case: 21-50028   Doc# 69   Filed: 03/22/21   Entered: 03/22/21 14:27:37   Page 3 of 3