FILED
MAR 23 2021
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Evander Frank Kane<br><br>Debtor(s). | Case No. 21-50028<br>Chapter 7<br><br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Jeremy L. Retherford__, an active member in good standing of the bar of __Alabama__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Lone Shark__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Christopher O. Rivas, Reed Smith
   355 South Grand Avenue, Suite 2900
   Los Angeles, CA, 90071 (213) 457-8000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 9, 2021

Jeremy L. Retherford

## UNITED STATES DISTRICT COURT
### Northern District of Alabama



Sharon N. Harris
Clerk of Court

Joe Musso
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **Jeremy Lowery Retherford** duly admitted to practice in said Court on **October 22, 2003** and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on **February 3, 2021.**

SHARON N. HARRIS, CLERK
By: _Pamela Cook_
Pamela R. Cook, Deputy Clerk

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

# 50102393 - TP

March 23, 2021
10:07:35

PRO HAC VICE FEE
21-50028-SLJ7
Debtor.: EVANDER FRANK KANE
Trustee: Fred Hjelmeset
Amount.:
Check#.: 74500            $317.00 CH


Total-> $317.00



FROM: NORTHERN CALIFORNIA LEGAL SUPP
      ORT SERVICES, INC.
```

# BANKRUPTCY COURT

**Name:** In Re: Evander Frank Kane, debtor

**Case #:** 21-BK-50028 SLJ