

Jeremy L. Retherford (ASB-6222269-R67R)
Balch & Bingham LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203
Telephone: (205) 226-3468
Facsimile: (205) 488-5642
jretherford@balch.com

The following constitutes the order of the Court.
Signed: March 24, 2021

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **EVANDER FRANK KANE**

Debtor(s).

Case No. **21-50028**

Chapter  701 South 32nd Street

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Jeremy L. Retherford**, whose business address and telephone number is Balch & Bingham LLP, 1901 Sixth Avenue North, Suite 1500, Birmingham, AL 35203 (205) 226-3479, jretherford@balch.com

and who is an active member in good standing of the bar of **Alabama** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Lone Shark**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**\*\*END OF ORDER\*\***