```
 1  Stephen G. Opperwall (SBN 100057)
    LAW OFFICES OF STEPHEN G. OPPERWALL
 2  4900 Hopyard Road, Suite 100
    Pleasanton, California 94588
 3  Telephone: (925) 417-0300
    Facsimile: (925) 417-0301
 4  E-mail: steve.opperwall@comcast.net

 5  Attorneys for Creditor
    Professional Bank
 6

 7

 8                  UNITED STATES BANKRUPTCY COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  In Re:                          )  No. 21-50028 SLJ 7
                                    )
13  Evander Frank Kane,             )  Chapter 7
                                    )
14                                  )
                                    )
15       Debtor,                    )
                                    )
16                                  )
                                    )
17                                  )
                                    )
18                                  )
                                    )
19  _____)

20

21        OBJECTIONS BY PROFESSIONAL BANK TO DEBTOR'S

22        PURPORTED CLAIMED EXEMPTION FOR MONEY OWED TO

23        DEBTOR BY THE SAN JOSE SHARKS

24

25     Creditor Professional Bank hereby objects to Debtor Kane's

26  purported claim that the $29,000,000+ of money owed to him by the

27  San Jose Sharks is exempt.

28        Although Debtor Kane has not officially stated in Schedule C
```

1

Objections by Professional Bank to Debtor's purported claimed exemption
for money owed to Debtor by the San Jose Sharks

Case: 21-50028   Doc# 80   Filed: 03/25/21   Entered: 03/25/21 16:28:46   Page 1 of 3

that he claims that the $29,000,000+ of money owed to him by the San Jose Sharks is exempt, he has effectively made that argument in other ways and in other places.

Approximately 18 months before his bankruptcy filing, Debtor Kane borrowed $15.1 million from Professional Bank and several other banks, and the loans were based on being repaid through a security interest in the amounts that Kane would receive from the San Jose Sharks over the balance of his 7 year contract for $49,000,000. The amount remaining on his contract is approximately $29,000,000.

The loans to Debtor Kane from Professional Bank and other banks were conditioned on automatic direct payments of debt service payments from amounts owed to Kane by the San Jose Sharks.

Kane received that money from the banks on those terms, which included Security Agreements, Promissory Notes, UCC-1 filings, garnishment waivers, etc.

Within a few months after Kane received the money, he blocked the automatic payments, and did not make any manual payments of the debt service.

Now, Debtor and his counsel contend that the amounts owed to Kane by the San Jose Sharks are exempt and are not available as collateral to enforce the repayment of the loans.

Professional Bank contends that the amounts from the San Jose Sharks to Kane in the next 3-4 years in the amount of approximately $29,000,000 are not exempt but are fully enforceable terms under which Kane borrowed more than $15,000,000 approximately 18 months before he declared bankruptcy.

This objection is asserted now out of an abundance of caution

Objections by Professional Bank to Debtor's purported claimed exemption for money owed to Debtor by the San Jose Sharks

Case: 21-50028    Doc# 80    Filed: 03/25/21    Entered: 03/25/21 16:28:46    Page 2 of 3

even though the exemption argued by Debtor and Debtor's counsel is not officially stated as a claimed exemption in the Schedules or other pleadings filed to date, because the date set for objecting is now and Professional Bank is putting that objection on the record.

Dated: March 25, 2021                     LAW OFFICES OF
                                          STEPHEN G. OPPERWALL

                                          /s/ Stephen G. Opperwall
                                          _____
                                          STEPHEN G. OPPERWALL
                                          Attorneys for Creditor
                                          Professional Bank

objections by PB re exemption income.doc.wpd

Objections by Professional Bank to Debtor's purported claimed exemption for money owed to Debtor by the San Jose Sharks