Stephen G. Opperwall (SBN 100057)
LAW OFFICES OF STEPHEN G. OPPERWALL
4900 Hopyard Road, Suite 100
Pleasanton, California 94588
Telephone: (925) 417-0300
Facsimile: (925) 417-0301
E-mail: steve.opperwall@comcast.net

Attorneys for Creditor
Professional Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re: | No. 21-50028 SLJ 7 |
| Evander Frank Kane, | Chapter 7 |
|     Debtor, | |

OPPOSITION BY PROFESSIONAL BANK TO TRUSTEE'S MOTION TO CONVEY EQUITY IN REAL PROPERTY [ECF #43]

Professional Bank opposes the Chapter 7 trustee's motion [ECF # 43] regarding equity in the real property that Debtor Kane identifies as his house in San Jose.

Professional Bank contends that there is no homestead

1

exemption at all, and certainly not one for $600,000, and the amount of equity in the property is therefore not as the trustee's motion assumes, and the equity should be used to pay the creditors of the Debtor.

See the "Objections by Professional Bank to Debtor's claimed homestead exemption" that are being filed on 3/25/21. As stated there, Professional Bank contends that there should be no homestead exemption for Debtor Kane. Alternatively, Professional Bank contends that any homestead exemption would be far less than $600,000. The trustee's motion is based on the assumption that there is a $600,000 homestead exemption. The trustee's motion does not establish that there should be a $600,000 homestead exemption. If there is no homestead exemption, or if there is no $600,000 homestead exemption, then the trustee's motion is lacking in a fundamental premise. Professional Bank contends that the $600,000 should be paid to creditors.

See also the objections by any other creditors about the claimed homestead exemption.

See also any opposition to the trustee's motion filed by any other creditor.

Dated: March 25, 2021        LAW OFFICES OF
STEPHEN G. OPPERWALL

/s/ Stephen G. Opperwall
_____
STEPHEN G. OPPERWALL
Attorneys for Creditor
Professional Bank

motion.trustee.convey.equity.OPPO.PB.doc.wpd