Stephen G. Opperwall (SBN 100057)
LAW OFFICES OF STEPHEN G. OPPERWALL
4900 Hopyard Road, Suite 100
Pleasanton, California 94588
Telephone: (925) 417-0300
Facsimile: (925) 417-0301
E-mail: steve.opperwall@comcast.net

Attorneys for Creditor
Professional Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>Evander Frank Kane,<br><br><br>    Debtor, | No. 21-50028 SLJ 7<br><br>Chapter 7 |

<u>Joinder by Creditor Professional Bank in Creditor Centennial Bank's Ex Parte Application for Order Shortening Time for Hearing on Centennial Bank's Motion to Dismiss Liquidation [Doc # 92]</u>

    Creditor Professional Bank joins in Creditor Centennial Bank's Ex Parte Application for Order Shortening Time for Hearing on Centennial Bank's Motion to Dismiss Liquidation [Doc # 92].

    It makes sense for the court to consider Centennial Bank's Motion To Dismiss while the court is considering Zions Bancorporation's Motion To Convert Case to Chapter 11 and Appoint

1

Joinder by Creditor Professional Bank in Creditor Centennial Bank's Ex Parte Application for Order Shortening Time for Hearing on Centennial Bank's Motion to Dismiss Liquidation [Doc # 92]

Case: 21-50028   Doc# 94   Filed: 04/09/21   Entered: 04/09/21 11:10:00   Page 1 of 2

Chapter 11 Trustee [Doc # 33].

    Professional Bank believes that the outcome should be to either "dismiss or convert" [by dismissing (as Centennial Bank's motion requests) or converting (as Zions Bancorporation's motion requests)].

Dated: April 9, 2021　　　　　　　　LAW OFFICES OF
　　　　　　　　　　　　　　　　　　STEPHEN G. OPPERWALL

　　　　　　　　　　　　　　　　　　/s/ Stephen G. Opperwall
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　STEPHEN G. OPPERWALL
　　　　　　　　　　　　　　　　　　Attorneys for Creditor
　　　　　　　　　　　　　　　　　　Professional Bank

Joinder by Professional Bank in Centennial Bank's epa for ost re mtd hearing.doc.wpd

Joinder by Creditor Professional Bank in Creditor Centennial Bank's Ex Parte Application for Order Shortening Time for Hearing on Centennial Bank's Motion to Dismiss Liquidation [Doc # 92]

Case: 21-50028　　Doc# 94　　Filed: 04/09/21　　Entered: 04/09/21 11:10:00　　Page 2 of 2