

1  MARTA E. VILLACORTA (NY SBN 4918280)
Assistant United States Trustee

2  United States Department of Justice
Office of the United States Trustee

3  280 South First St., Suite 268
San Jose, CA 95113

4  Telephone: (408) 535-5525
Facsimile: (408) 535-5532

5  Email: Marta.Villacorta@usdoj.gov

6
Attorney for TRACY HOPE DAVIS

7  United States Trustee for Region 17

**The following constitutes the order of the Court.**
**Signed: April 16, 2021**

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

8

9  **UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

10

11  In re:

12

13  EVANDER FRANK KANE,

14  Debtor.

)    Case No. 21-50028 SLJ
)
)    Chapter 7
)
)
)
)
)

15  **ORDER APPROVING SECOND STIPULATION TO ENLARGE TIME PERIODS**

16  **FOR UNITED STATES TRUSTEE TO FILE MOTION TO DISMISS**
**CASE UNDER 11 U.S.C. § 707(b)(3) AND COMPLAINT TO DENY**

17  **DISCHARGE UNDER 11 U.S.C. § 727 TO JUNE 11, 2021**

18
The Court having reviewed the Stipulation, ECF No. 96 between the United States Trustee

19

20  ("U.S. Trustee") and the Debtor to Enlarge Time Periods for the U.S. Trustee to File a Motion to

21  Dismiss Case Under 11 U.S.C. § 707(b)(3) and a Complaint to Deny Discharge Under 11 U.S.C. §

22  727, and good cause appearing,

23  IT IS HEREBY ORDERED that the Stipulation is approved;

24  IT IS HEREBY FURTHER ORDERED that the time period for the U.S. Trustee to file a

25

26  motion to dismiss case under 11 U.S.C. § 707(b)(3) is extended to and including June 11, 2021; and

27  //

28  //

1    IT IS HEREBY FURTHER ORDERED that the time period for the U.S. Trustee to file a

2    complaint to deny discharge under 11 U.S.C. § 727 is extended to and including June 11, 2021.

3

4    Approved: April 15, 2021

5

6    By: */s/ Stephen D. Finestone*

7        Stephen D. Finestone
         Attorney for the Debtor

8

9

10                          ***END OF ORDER***

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COURT SERVICE LIST**

All ECF Participants