ANTHONY & PARTNERS, LLC
JOHN A. ANTHONY (SBN0731013)
    janthony@anthonyandpartners.com
ANDREW J. GHEKAS (SBN 0119169)
aghekas@anthonyandpartners.com
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
Telephone: 813.273.5616
Facsimile: 813.221.4113

COOPER, WHITE & COOPER LLP
PETER C. CALIFANO (SBN 129043)
    pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: 415.433.1900
Facsimile: 415.433.5530

Attorneys for Creditor CENTENNIAL BANK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | CASE NO. 21-50028 SLJ<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON CENTENNIAL BANK'S MOTION TO DISMISS LIQUIDATION [DOC. 83]**<br><br>Date:   May 18, 2021<br>Time:  2:00 PM<br>Place:  Via Zoom Video Conference<br>Judge:  Hon. Stephen L. Johnson |

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that a regularly set hearing will be held on May 18, 2021 at 2:00 PM on Centennial Bank's Motion to Dismiss Liquidation ("Motion"), previously filed by creditor Centennial Bank ("Centennial"), as Docket No. 83 in this case. In the Motion, Centennial seeks an order to dismiss the liquidation case of Chapter 7 debtor, Evander Frank Kane, pursuant to 11 U.S.C. Sections 707(b)(2), 707(b)(3)(B) and 707(b)(3)(A).

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 21-50028    Doc# 98    Filed: 04/16/21    Entered: 04/16/21 15:24:39    Page 1 of 3

PLEASE TAKE FURTHER NOTICE that due to the shelter in place requirements caused by the COVID-19 pandemic, all Bankruptcy Court locations in this District are closed and therefore all appearances at the hearing on the Motion shall be by telephone or Zoom Video Conference, as directed by the Court.

PLEASE TAKE FURTHER NOTICE that **"all interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888.821.7606 or by using the Live Chat feature on the Bankruptcy Court's website"**.

PLEASE TAKE FURTHER NOTICE that additional information about how to file documents and/or appear by phone or video are provided at the Court's website: https://www.canb.uscourts.gov/content/page/court-operations-during-covid-19-outbreak and are contained and further described in the Court's Sixth Amended General Order 38 (dated 3/5/2021): https://www.canb.uscourts.gov/sites/default/files/general-orders/SixthAmendedGO38March521corrected.pdf

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be in writing, setting forth each and every basis for objection. Pursuant to United States Bankruptcy Court, Northern District of California, Bankruptcy Local Rule 9014-(c) (1), such objections must be filed with the Bankruptcy Court no less than fourteen (14) days before the actual scheduled hearing date and served on Centennial Bank's attorneys at the following addresses:

| | |
|---|---|
| Peter C. Califano, Esq.<br>COOPER, WHITE & COOPER LLP<br>201 California Street, 17th Floor<br>San Francisco, California 94111<br>Email: pcalifano@cwclaw.com | ANTHONY & PARTNERS, LLC<br>John A. Anthony<br>Andrew J. Ghekas<br>Anthony & Partners, LLC<br>100 S. Ashley Drive, Suite 1600<br>Tampa, Florida 33602<br>Email: janthony@anthonyandpartners.com<br>aghekas@anthonyandpartners.com |

/ / /

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 21-50028   Doc# 98   Filed: 04/16/21   Entered: 04/16/21 15:24:39   Page 2 of 3

2

**PLEASE TAKE FURTHER NOTICE** that this Motion is based upon this Notice of Hearing on the Motion, Centennial Bank's Motion to Dismiss Liquidation (Dkt. 83), Declaration of Andrew J. Ghekas in Support of Centennial Bank's Motion to Dismiss Liquidation, together will all other papers, pleadings, and records on file in this bankruptcy case.

DATED: April 16, 2021     ANTHONY & PARTNERS, LLC

By: /s/ John A. Anthony
John A. Anthony
Attorneys for Creditor CENTENNIAL BANK

DATED: April 16, 2021     COOPER, WHITE & COOPER LLP

By: /s/ Peter C. Califano
Peter C. Califano
Attorneys for Creditor CENTENNIAL BANK

1502331.1