1 | Stephen G. Opperwall (SBN 100057)
LAW OFFICES OF STEPHEN G. OPPERWALL
2 | 4900 Hopyard Road, Suite 100
Pleasanton, California 94588
3 | Telephone: (925) 417-0300
Facsimile: (925) 417-0301
4 | E-mail: steve.opperwall@comcast.net

5 | Attorneys for Creditor
Professional Bank

6

7

8                     UNITED STATES BANKRUPTCY COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 | In Re:                           )     No. 21-50028 SLJ 7
                             )
13 | Evander Frank Kane,        )     Chapter 7
                             )
14                              )
                             )     Joinder in Centennial Bank's
15 |     Debtor,               )     Motion To Dismiss Liquidation
                             )
16                              )
                             )     Date: May 18, 2021
17                              )     Time: 2:00 PM
                             )     Place: Via Zoom Video Conference
18                              )     Judge: Hon. Stephen L. Johnson
                             )
19 |_____)

20

21         <u>Joinder   by   Creditor   Professional   Bank   in</u>

22         <u>Creditor Centennial Bank's motion to dismiss</u>

23         <u>liquidation [Doc # 83, Doc # 98]</u>

24

25     Creditor Professional Bank joins in Creditor Centennial Bank's

26 | motion to dismiss liquidation [Doc # 83, Doc # 98] which is now

27 | currently set for hearing on May 18, 2021 as set forth above.

28

                                        1

1    Dated: April 17, 2021                    LAW OFFICES OF
                                              STEPHEN G. OPPERWALL
2

3                                             /s/ Stephen G. Opperwall
                                             _____
4                                             STEPHEN G. OPPERWALL
                                              Attorneys for Creditor
5                                             Professional Bank

6    Joinder by Professional Bank in Centennial Bank's motion to dismiss
     liquidation.doc.wpd
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2