ANTHONY & PARTNERS, LLC
JOHN A. ANTHONY (SBN0731013)
  janthony@anthonyandpartners.com
ANDREW J. GHEKAS (SBN 0119169)
  aghekas@anthonyandpartners.com
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
Telephone: 813.273.5616
Facsimile: 813.221.4113

COOPER, WHITE & COOPER LLP
PETER C. CALIFANO (SBN 129043)
  pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: 415.433.1900
Facsimile: 415.433.5530

Attorneys for Creditor Centennial Bank

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| In re | CASE NO. 21-50028 SLJ |
|---|---|
| EVANDER FRANK KANE, | Chapter 7 |
| Debtor. | **CERTIFICATE OF SERVICE** |

  At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 201 California Street, Seventeenth Floor, San Francisco, CA 94111-5002.

  On April 20, 2021, I served true copies of the following document(s) described on the interested parties in this action as follows:

  1. **NOTICE OF HEARING ON CENTENNIAL BANK'S MOTION TO DISMISS LIQUIDATION;**

  2. **CENTENNIAL BANK'S MOTION TO DISMISS LIQUIDATION;** and

  3. **DECLARATION OF ANDREW J. GHEKAS IN SUPPORT OF CENTENNIAL BANK'S MOTION TO DISMISS LIQUIDATION.**

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1502398.1

Case: 21-50028 Doc# 102 Filed: 04/20/21 Entered: 04/20/21 11:56:13 Page 1 of 6

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Cooper, White & Cooper LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

**I served, via U.S. Mail, said documents to the following :**

| | |
|---|---|
| Stephen D. Finestone<br>Finestone Hayes LLP<br>456 Montgomery St. 20th Fl.<br>San Francisco, CA 94104 | Attorney for Debtor |
| Marta E. Villacorta<br>Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | U.S. Trustee |
| Gregg S. Kleiner<br>Rincon Law LLP<br>268 Bush St. #3335<br>San Francisco, CA 94104 | Attorney for Chapter 7 Trustee |
| Fred Hjelmeset<br>P.O. Box 4188<br>Mountain View, CA 94040 | Chapter 7 Trustee |
| Michael Fletcher<br>Frandzel Robins Bloom Csato<br>1000 Wilshire Blvd, 19th Floor<br>Los Angeles, CA 90017-2457 | Attorney for Zions Bancorporation |
| Stephen G. Opperwall<br>4900 Hopyard Road, Suite 100<br>Pleasanton, CA 94588-7101 | Attorney for Professional Bank |
| David Rao<br>Binder & Malter, LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050-600 | Attorney for South River Capital |

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 21-50028    Doc# 102    Filed: 04/20/21    Entered: 04/20/21 11:56:13    Page 2 of 6

1502398.1

2

| | | |
|---|---|---|
| 1 | Robert Kaplan | Attorney for Sure Sports LLC |
| | Thomas M. Geher | |
| 2 | Jeffer Mangels Butler & Mitchell LLP | |
| | 1900 Avenue of the Stars, 7th Fl | |
| 3 | Los Angeles, CA 90067-4308 | |
| | | |
| 4 | Christopher Rivas | Attorney for Loan Shark Holdings |
| | ReedSmith | |
| 5 | 355 South Grand Avenue, Suite 2900 | |
| | Los Angeles, CA, 90071 | |

**Plus, I served the documents on the parties that are listed in the Mailing Matrix List, attached hereto as Exhibit A.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 20, 2021, at San Francisco, California.

_____
Mercedes Stuefen

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 21-50028    Doc# 102    Filed: 04/20/21    Entered: 04/20/21 11:56:13    Page 3 of 6

1502398.1                                    3

# EXHIBIT A

**EXHIBIT A**

| | | |
|---|---|---|
| Professional Bank<br>396 Alhambra Circle, Ste. 255<br>Miami, FL 33134-5022 | Rosenberg Pelino LLC<br>Attn: Brian C. Rosenberg<br>6031 University Blvd., Suite 300<br>Ellicott City, MD 21043-6151 | Samuel J. Capizzi, Esq.<br>Collins & Collins Attorneys LLC<br>267 North Street<br>Buffalo, NY 14201-1396 |
| San Jose Sharks<br>Attn: Doug Wilson<br>525 W. Santa Clara St. San Jose, CA<br>95113-1500 | Scotia Bank<br>8377 Granville St.<br>Vancouver, BC V6P4Z8<br>CANADA | Jeremy L. Retherford<br>Balch and Bingham LLP<br>1901 Sixth Ave. North 1500<br>Birmingham, Al 35203-4642 |
| Kokjer Pierotti Maiocco and Duck<br>333 Pine St., 5th Fl.<br>San Francisco, CA 94104-3319 | Sheri Kane<br>3457 35th Avenue<br>Vancouver, BC V6N2N3<br>CANADA | South River Capital LLC 1 Park Place<br>Suite 540<br>Annapolis, MD 21401-3450 |
| Zions Bancorporation, N.A.<br>c/o Frandzel Robins Bloom, et al.<br>1000 Wilshire Blvd, 19th Floor<br>Los Angeles, CA 90017-2457 | Zions Bancorporation, N.A.<br>c/o Frandzel Robins Bloom et al.<br>1900 Main Street, #200<br>Irvine, CA 92614-7320 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| 1000568 B.C. Ltd.<br>5900 NO. 3 Road, Suite 300<br>Richmond, BC V6X3P7<br>CANADA | American Arbitration Association<br>Attn: Rebecca Storrow<br>100 SE 2nd St, Suite 2300<br>Miami, FL 33131-2151 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 |
| American Express - Wells Fargo<br>Card Services<br>P.O. Box 51193<br>Los Angeles, CA 90051-5493 | Arthur Yallen<br>84 Avenue Rd, 3rd Floor<br>Toronto, Ontario M5R2H2<br>CANADA | Barry Smith<br>Buchalter<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 |
| Brandon Dixon<br>Dixon Law Firm<br>304 Enterprise Dr.<br>Oxford, MS 38655-2762 | Bruce Poltrock<br>Frandzel Robins et al.<br>1000 Wilshire Blvd, Suite 1900<br>Los Angeles, CA 90017-2427 | South River Capital LLC<br>2661 Riva Road, Bldg 1000<br>Suite 1020<br>Annapolis, MD 21401-7166 |
| State of Michigan<br>Michigan Department of Treasury<br>Bankruptcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909-7668 | Corporation Service Company<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703-4261 | Daniel A. Parino<br>Greenberg Glusker<br>2046 Century Park East, Ste. 2600<br>Los Angeles, CA 90067 |
| Darren Heitner<br>215 Hendricks Isle<br>Fort Lauderdale, FL 33301-3706 | Davis Sanchez<br>138 Woodbine Ave.<br>Toronto, Ontario M412A2<br>CANADA | Deanna Kane<br>2301 Richland Ave.<br>San Jose, CA 95125-3644 |
| Erika L. Mansky<br>11845 W. Olympic Blvd.<br>Suite 1000<br>Los Angeles, CA 90064-1149 | Tony Chiricosta<br>Pro Management Resources, Inc.<br>8012 Wiles Rd.<br>Coral Springs, FL 33067-2072 | Franchise Tax Board<br>State of California<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |

Genovese Joblove & Battista, P.A.
100 SE 2 Street #4400
Miami, FL 33131-2118

Hebron Shyng
179 Davie St. Vancouver, BC
V6Z241 CANADA

Hope Parker
c/o Jonathan J. Lewis
3985 University Ave. Fl. 2
Riverside, CA 92501-3256

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James Scime
42 Delaware Ave.
Suite 120
Buffalo, NY 14202-3924

Tony Veltri
16487 25th Ave.
Surrey, BC V3Z 0S2
Canada

John Fiero
Pachulski Stang et al.
150 California St., 15th Floor
San Francisco, CA 94111-4500

Lipsitz Green Scime Cambria LLP
42 Delaware Avenue
Suite 120
Buffalo, NY 14202-3857

Lone Shark Holdings, LLC
Attn: Andrew B. Adams
128-A Courthouse Square
Oxford, MS 38655-4008

Mark S. Hoffman
11845 W. Olympic Blvd.
Suite 1000
Los Angeles, CA 90064-5046

Mercedes Benz of Oakland
2915 Broadway
Oakland, CA 94611-5710

Michigan Department of Treasury
PO Box 30199
Lansing, MI 48909-7699

Mike Lispti
2301 Richland Ave
San Jose, CA 95125-3644

Newport Sports Management, Inc.
201 City Centre Dr., Suite 400
Mississauga, Ontario L5B 2T4
CANADA

Newport Sports Management, Inc. c/o
Ira Steinberg
Greenberg Glusker Fields et al.
2049 Century Park East, Ste. 2600
Los Angeles, CA 90067-3200

Nina Greene
Genoves Joblove & Battista
100 Southeast Second St., 44th Floor
Miami, FL 33131-2100

Office of the U.S. Trustee / SJ U.S.
Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Zions Bancorporation, N.A.
Attn: Michael Toal
1900 Main Street, #200
Irvine, CA 92614-7320

Pacific Private Money
1555 Grant Ave
Novato, CA 94945-3120

Paul Cambria
42 Delaware Ave
Buffalo, NY 14202-3901

Pete Gianakas
2301 Richland Ave
San Jose, CA 95125-3644

Raj Banghu
3082 13th Ave. West Vancouver,
BC V6 2V2 CANADA

Richard L. Pierotti
Kokjer, Pierotti, Maiocco and Duck
333 Pine St. 5th Fl.
San Francisco, CA 94104-3319

Rachel Kuechle
c/o Samuel Capizzi
267 North St.
Buffalo, NY 14201-1306