ANTHONY & PARTNERS, LLC
JOHN A. ANTHONY (SBN0731013)
  janthony@anthonyandpartners.com
ANDREW J. GHEKAS (SBN 0119169)
aghekas@anthonyandpartners.com
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
Telephone: 813.273.5616
Facsimile: 813.221.4113

COOPER, WHITE & COOPER LLP
PETER C. CALIFANO (SBN 129043)
  pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: 415.433.1900
Facsimile: 415.433.5530


Attorneys for Creditor Centennial Bank

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028 SLJ<br><br>Chapter 7<br><br>**AMENDED JOINDER BY CREDITOR CENTENNIAL BANK TO OBJECTION BY PROFESSIONAL BANK TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION**<br><br>Date:      May 4, 2021<br>Time:      2:00 PM<br>Place;     Via Zoom Videoconference<br>Judge :    Hon. Stephen L. Johnson |

Centennial Bank, a creditor in the bankruptcy case of Evander Frank Kane (the "Debtor")

hereby joins in and supports the objection filed by creditor Professional Bank to the Debtor's

claimed homestead exemption (Docket No. 79) and requests that the Court enter an order granting

**COOPER, WHITE
& COOPER LLP**
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 21-50028    Doc# 103    Filed: 04/21/21    Entered: 04/21/21 11:09:21    Page 1 of 3

1501305.2

1    the relief requested therein.[1]

2

3

4    DATED: April 21, 2021               ANTHONY & PARTNERS, LLC

5

6                                        By: _____/s/John A. Anthony_____
7                                             John A. Anthony
8                                             Attorneys for Creditor Centennial Bank

9

10

11   DATED: April 21, 2021               COOPER, WHITE & COOPER LLP

12

13                                       By: _____/s/ Peter C. Califano_____
14                                            Peter C. Califano
                                             Attorneys for Creditor Centennial Bank
15

16

17

18

19

20

21

22

23

24

25

26   _____
     [1] This Amended Joinder by creditor Centennial Bank relates to its Joinder previously filed as
27   Docket No. 82 and continues to join in creditor Professional Bank's (Docket Nos. 85 and 86) and
     relates to creditor Zions Bancorporation's (Docket Nos. 74 and 75) regarding the Objection to the
28   Debtor's Claimed Homestead Objection.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

## CERTIFICATE OF SERVICE

### In re EVANDER FRANK KANE
### 21-50028-SLJ

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 201 California Street, Seventeenth Floor, San Francisco, CA 94111-5002.

On April 21, 2021, I served true copies of the following document(s) described as **AMENDED JOINDER BY CREDITOR CENTENNIAL BANK TO OBJECTION BY PROFESSIONAL BANK TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 21, 2021, at San Francisco, California.

_____
Mercedes Stuefen

1501305.2

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002