Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-672-5991
Fax. 415-680-1712
gkleiner@rinconlawllp.com

Counsel for FRED HJELMESET,
Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: April 23, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

EVANDER FRANK KANE,

Debtor.

Case No. 21-50028 SLJ
Chapter 7
Hon. Stephen L. Johnson

**<u>SECOND</u> ORDER EXTENDING DATE FOR FILING COMPLAINT OBJECTING TO DISCHARGE
(11 U.S.C. SECTION 727)**

Based on the Second Stipulation to Entry of Order Extending Date for Filing Complaint (11 U.S.C. Section 727) (the "Stipulation") entered into by and between Fred Hjelmeset, Trustee in Bankruptcy of the Debtor's estate and Debtor Evander Frank Kane, through their respective counsel, electronically filed on April 22, 2021, as Docket No. 104,

IT IS HEREBY ORDERED, as follows:

1.  The Stipulation is approved.

2.  With regard to the Trustee, the current deadline established by Rule 4004 of the Federal Rules of Bankruptcy Procedure to object to the Debtor's discharge is hereby extended through and including June 11, 2021.

*** END OF ORDER ***

*** COURT SERVICE LIST ***

No Court service required.