Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:     (415) 616-0466
Fax:     (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Debtor,
Evander Frank Kane

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028-SLJ<br>Chapter 7<br><br>**DEBTOR'S RESPONSE TO OBJECTION TO HOMESTEAD EXEMPTION FILED BY ZIONS BANCORPORATION, N.A[1]**<br><br>Hearing:<br>Date:   May 4, 2021<br>Time:  2:00 p.m. Pacific Time<br>Place:  Via Zoom videoconference<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

---

[1] Unless specified otherwise, all chapter and code references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532. "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure and "B.L.R." references are to the Bankruptcy Local Rules for the Northern District of California. "ECF" references are to the docket in this proceeding.

RESPONSE TO HOMESTEAD OBJECTION                                                                    1

Evander F. Kane ("Kane"), the debtor in this bankruptcy case, provides the following limited response to the Objection to Homestead Exemption (the "Objection") filed by Zions Bancorporation N.A. ("Zions") to Mr. Kane's asserted homestead exemption. A more substantive response to the Zions' objection may be filed, if required, at a later date.

Zions filed the Objection (ECF 74) on March 25, 2021 and set the matter for hearing on May 4, 2021 (ECF 75). The Objection included a Certificate of Service (ECF 74-2), indicating that the Objection and related documents were served on: Debtor's counsel, the Chapter 7 Trustee and his counsel, the United States Trustee and counsel for creditor Lone Shark.

Bankruptcy Rule 4003(b)(4) requires a party objecting to a claim of exemption to deliver or mail a copy of the objection to the several parties, including the Debtor. Zions did not serve Mr. Kane with the Objection. As such, the objection should be overruled.[2]

Dated April 27, 2021     FINESTONE HAYES LLP

*/s/ Stephen D. Finestone*
Stephen D. Finestone
Attorneys for Debtor,
Evander Frank Kane

---

[2] Professional Bank filed its own objection to Mr. Kane's homestead exemption (ECF 79) and joined in Zions' Objection (ECF 85). Professional Bank did not serve its objection on the Mr. Kane either and it is therefore similarly infirm. Professional Bank also filed a pleading styled as an Objection by Professional Bank to Debtor's Purported Claimed Exemption for Money Owed to Debtor by San Jose Sharks (ECF 80). This objection was not served on Mr. Kane either, but as he has not asserted an exemption in his future wages, he does not intend to respond to this second objection filed by Professional Bank.

RESPONSE TO HOMESTEAD OBJECTION        2