Heinz Binder (SBN 87908)
Wendy Watrous Smith (SBN 133887)
David B. Rao (SBN 103147))
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
T: (408) 295-1700
F: (408) 295-1531
Email: heinz@bindermalter.com
Email: wendy@bindermalter.com
Email: david@bindermalter.com

Attorneys for Appellant South River Capital, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>EVANDER F. KANE,<br><br><br><br><br><br>Debtor. | Case No.   21-50028 SLJ<br><br>Chapter 7 |

## STATEMENT OF ELECTION

Creditor South River Capital, LLC ("Appellant") has simultaneously filed an appeal under 28 U.S.C. §158(a) and Bankruptcy Rule 8003 from the Order Denying Motion to Convert (the "Order") (ECF No. 101) in the above captioned bankruptcy case.  Appellant hereby elects, pursuant to 28 U.S.C. § 158(c)(1)(A), to have this appeal heard by the United States District Court for the Northern District of California.

Dated: May 3, 2021

BINDER & MALTER, LLP

By: /s/ Wendy Watrous Smith
Wendy Watrous Smith, Attorneys for
South River Capital LLC

STATEMENT OF ELECTION