# Notice Recipients

District/Off: 0971−5          User: admin                    Date Created: 5/4/2021
Case: 21−50028               Form ID: pdfnoa                 Total: 13

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| aty | Christopher O. Rivas | crivas@reedsmith.com |
| aty | David B. Rao | David@bindermalter.com |
| aty | Marta Villacorta | marta.villacorta@usdoj.gov |
| aty | Michael Gerard Fletcher | mfletcher@frandzel.com |
| aty | Robert B. Kaplan | rbk@jmbm.com |
| aty | Ryan A. Witthans | rwitthans@fhlawllp.com |
| aty | Stephen D. Finestone | sfinestone@fhlawllp.com |
| aty | Stephen G. Opperwall | steve.opperwall@comcast.net |
| aty | Thomas M. Geher | tmg@jmbm.com |
| aty | Wendy W. Smith | Wendy@bindermalter.com |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| Heinz Binder | BINDER & MALTER, LLP | 2775 Park Avenue | Santa Clara, CA 95050 |
| Jennifer C. Hayes | 456 Montgomery St., Fl. 20 | San Francisco, CA 94104 | |

TOTAL: 2