Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:    (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Debtor,
Evander Frank Kane

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028-SLJ<br>Chapter 7<br><br>**DEBTOR'S EVIDENTIARY OBJECTIONS TO DECLARATION OF ANDREW J. GHEKAS IN SUPPORT OF CENTENNIAL BANK'S MOTION TO DISMISS LIQUIDATION**<br><br>**Date:**  May 18, 2021<br>**Time:**  2:00 p.m.<br>Via Zoom |

Debtor Evander F. Kane hereby makes the following evidentiary objections to the Declaration of Andrew J. Ghekas in Support of Centennial Bank's Motion to Dismiss Liquidation (ECF 99).

1.  Debtor objects to paragraph 3, 4, 7, 8, and 9 as a summary that misstates the testimony of the Debtor.  The declaration should simply have attached the relevant portions of the transcript rather than summarizing the testimony.

2.  Debtor objects to paragraphs 3, 4, 6, 8, 9 and 10 as statements that are argumentative as opposed to presentations of fact.

Debtor requests the Court grant the objections and strike the foregoing portions of the Declaration from the record.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated May 4, 2021 | FINESTONE HAYES LLP |
| 3 | | |
| 4 | | /s/ Stephen D. Finestone |
| | | Stephen D. Finestone |
| | | Attorneys for Debtor |
| 5 | | Evander F. Kane |