

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**May 7, 2021**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Transmittal of Notice of Appeal to District Court:

In re Bankruptcy Case 21-50028, Judge Stephen L. Johnson

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report

Notice of Appeal
Statement of Statement of Election
Order Denying Motion To Convert

**Filing Fee**: ☒ Paid $ 298.00    ☐ Not Paid    ☐ Fee Waived    ☐ Fee Waiver Pending

If you have any questions, please contact me at **707-547-5910**            .

Edward Emmons, Clerk
United States Bankruptcy Court

By: *Katie Andersen*

Katie Andersen, Deputy Clerk

Case: 21-50028    Doc# 127    Filed: 05/07/21    Entered: 05/07/21 14:34:39    Page 1 of 1