

Office of the Clerk
United States Bankruptcy Court, Northern District of California

**FILED**
May 10 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

C21-3493 WHO

**May 7, 2021**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**Re:** Transmittal of Notice of Appeal to District Court:

In re Bankruptcy Case 21-50028, Judge Stephen L. Johnson

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report

Notice of Appeal
Statement of Statement of Election
Order Denying Motion To Convert

**Filing Fee:** ☒ Paid $ 298.00    ☐ Not Paid    ☐ Fee Waived    ☐ Fee Waiver Pending

If you have any questions, please contact me at **707-547-5910** .

Edward Emmons, Clerk
United States Bankruptcy Court

By: *Katie Andersen*

Katie Andersen, Deputy Clerk

Case: 21-50028   Doc# 129   Filed: 05/10/21   Entered: 05/10/21 14:34:39   Page 1 of 1