

Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Reed S. Waddell (State Bar No. 106644)
  rwaddell@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for creditor ZIONS BANCORPORATION, N.A., dba California Bank & Trust

The following constitutes the order of the Court.
Signed: May 18, 2021

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>  Debtor. | Case No. 21-50028<br><br>Chapter 7<br><br>**ORDER APPROVING THIRD STIPULATION EXTENDING DEADLINE UNDER BANKRUPTCY RULES 4004(a) AND 4007(c) TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT AND/OR TO DENY DISCHARGE**<br><br>[No hearing required]<br><br>Hon. Stephen L. Johnson |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

The Court has reviewed and considered the Third Stipulation for Order Extending Deadline to Extend the Deadline Under Bankruptcy Rules 4004(a) and 4007(c) to File Complaint to Determine Dischargeability of Debt and/or to Deny Discharge ("Third Stipulation") (Dkt. *pending*) entered into by and between Zions Bancorporation, N.A., dba California Bank & Trust ("Zions") and the Debtor, Evander Frank Kane ("Kane"). This matter does not require a hearing, and good cause appearing.

IT IS THEREFORE ORDERED that:

1. The Third Stipulation is APPROVED.

2. The deadline for Zions to file a complaint to determine the dischargeability of debt and/or to object to Kane's discharge pursuant to Bankruptcy Rules 4004(a) and 4007(c) is extended through and including June 16, 2021.

**Approved as to Form**:

Dated: May 17, 2021

By: *Stephen D. Finestone*
Stephen D. Finestone
Attorney for the Debtor

***END OF ORDER***

**Court Service List**

All ECF participants.

4232756v1 | 031205-0132