

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**June 4, 2021**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:

**21-cv-03493-WHO**

Re: Transmittal of Record on Appeal to District Court:

**In re Evander Frank Kane, Bankruptcy Case #21-50028, Judge Stephen L. Johnson**

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

- [✓] Docket Report
- [✓] Certificate of Record
- [✓] Appellant's Designation of Items and Statement of Issues
- [ ] Appellee's Designation of Additional Items (if applicable)
- [ ] Cross-Appellant's Designation of Additional Items and Statement of Issues (if applicable)
- [ ] Cross-Appellee's Designation of Additional Items (if applicable)
- [ ] Certificate of No Transcript Requests (if applicable)
- [ ] Statement of Evidence When a Transcript is Unavailable (if applicable)
- [ ] Agreed Statement as the Record on Appeal (if applicable)
- [ ] Other

If you have any questions, please contact me at **707-547-5910** .

Edward Emmons, Clerk
United States Bankruptcy Court

By: *Katie Andersen*

Katie Andersen, Deputy Clerk

Case: 21-50028   Doc# 160   Filed: 06/04/21   Entered: 06/04/21 10:57:43   Page 1 of 1