1  ANTHONY & PARTNERS, LLC
   JOHN A. ANTHONY (FL SBN 0731013)
2    janthony@anthonyandpartners.com
   ANDREW J. GHEKAS (FL SBN 0119169)
3  *Both Appearing Pro Hac Vice*
   aghekas@anthonyandpartners.com
4  100 S. Ashley Drive, Suite 1600
   Tampa, Florida 33602
5  Telephone: 813.273.5616
   Facsimile: 813.221.4113
6
   COOPER, WHITE & COOPER LLP
7  PETER C. CALIFANO (CA SBN 129043)
     pcalifano@cwclaw.com
8  201 California Street, 17th Floor
   San Francisco, California 94111
9  Telephone: 415.433.1900
   Facsimile: 415.433.5530
10
11 Attorneys for Appellant Centennial Bank

12

13              **UNITED STATES BANKRUPTCY COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN JOSE DIVISION**

16

17 In re                                      CASE NO. 21-50028 SLJ

18 EVANDER FRANK KANE,                        Chapter 7

19        Debtor.

20 ─────────────────────────────

   CENTENNIAL BANK, an Arkansas state         District Court Case No. 21-04597-WHO
21 chartered bank,
                                              **STATEMENT OF ISSUES TO BE**
22        Appellant,                          **PRESENTED ON APPEAL BY**
                                              **APPELLANT CENTENNIAL BANK**
23     vs.
                                              Notice of Appeal Filed; June 8, 2021
24 EVANDER FRANK KANE,

25        Appellee.

26 ─────────────────────────────

27        Appellant Centennial Bank, an Arkansas state chartered bank ("Centennial") hereby

28 submits its Statement of Issues to be presented on Appeal regarding Centennial's appeal of the

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 21-50028    Doc# 170    Filed: 06/22/21    Entered: 06/22/21 11:42:43    Page 1 of 3

"Order Denying Motion to Dismiss" (the "Original Dismissal Order") [Dkt 151] entered in this bankruptcy case on May 28, 2021, and the "Amended Order Denying Motion to Dismiss" (the "Amended Dismissal Order") [Dkt 152] entered in this bankruptcy case on June 1, 2021, both of which are referred to herein as the "Dismissal Order," pursuant to Civil Local Rule 16-4 and Rule 8009(a) of the Federal Rule of Bankruptcy Procedure:

## STATEMENT OF ISSUES ON APPEAL

1. Did the Bankruptcy Court err in denying the motion to dismiss the chapter 7 bankruptcy case of Evander Frank Kane (the "Debtor") filed by Centennial on March 29, 2021 (the "Dismissal Motion") [Dkt. 83] pursuant to Bankruptcy Code § 707(b)(1)?

2. Did the Bankruptcy Court err in finding that the Debtor's debt obligations as reflected on his schedules, including the $13,964,000 in claimed liabilities owed to Centennial, Zions Bancorporation, and Professional Bank, that was admittedly utilized by the Debtor to pay off or down preexisting personal liabilities, was primarily non-consumer debt?

3. Did the Bankruptcy Court apply the wrong legal standard when denying the Dismissal Motion and holding that the Debtor's debts are not primarily consumer debts as the term is defined in Bankruptcy Code § 108(a)?

Did the Bankruptcy Court err in holding Centennial to a heightened burden of proof to put forth evidence that the Debtor's debts are primarily consumer debts in light of the fact that the Debtor was unable to provide testimony or information regarding why the Debtor took out these prior loans that were paid off by the Debtor's loan from Centennial, and therefore any lack of evidence was caused by the Debtor?

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

DATED: June 22, 2021

ANTHONY & PARTNERS, LLC

By:     **/s/ John A. Anthony**
        John A. Anthony
        Attorneys for Appellant Centennial Bank

DATED:  June 22, 2021

COOPER, WHITE & COOPER LLP

By:     **/s/ Peter C. Califano**
        Peter C. Califano
        Attorneys for Appellant Centennial Bank

1505731.1

**COOPER, WHITE & COOPER LLP**
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002