ANTHONY & PARTNERS, LLC
JOHN A. ANTHONY (SBN0731013)
  janthony@anthonyandpartners.com
ANDREW J. GHEKAS (SBN 0119169)
  aghekas@anthonyandpartners.com
*Both admitted Pro Hac Vice*
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
Telephone: 813.273.5616
Facsimile: 813.221.4113

COOPER, WHITE & COOPER LLP
PETER C. CALIFANO (SBN 129043)
  pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: 415.433.1900
Facsimile: 415.433.5530

Attorneys for Creditor CENTENNIAL BANK

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | CASE NO. 21-50028 SLJ<br><br>Chapter 7<br><br>**DECLARATION OF ANDREW J. GHEKAS IN SUPPORT OF CENTENNIAL BANK'S MOTION TO DISMISS CASE AS A BAD FAITH FILING PURSUANT TO SECTION 707(a)**<br><br>Date: August 17, 2021<br>Time: 2:00 PM<br>Place: Via Zoom Video Conference<br>Judge: Hon. Stephen L. Johnson |

I, Andrew J. Ghekas, know the following matters to be true of my own, personal knowledge and, if called as a witness, could and would testify competently thereto:

1. I am a member of the State Bar of Florida in good standing and am admitted *pro hac vice* to practice before this Court in this case. I am a partner employed by Anthony & Partners, LLC, counsel of record for creditor Centennial Bank ("Centennial"). This declaration is offered in

support of "Centennial Bank's Motion to Dismiss Case as a Bad Faith Filing Pursuant to Section 707(a)" (the "Dismissal Motion") regarding Debtor Evander Kane's ("Kane") Chapter 7 bankruptcy case (this "Liquidation"), that is being filed contemporaneously with this declaration.

2. Centennial is scheduled as a secured creditor in the amount of $8,360,000 [Doc. 18, Schedule D, Creditor No. 2.3]. Centennial has filed its "Proof of Claim" (the "Centennial Obligation") [POC 5] on March 18, 2021.

3. I am one of the custodians of records related to this matter, including documents which are referred to or attached as exhibits to the Dismissal Motion (collectively, the "Documents"). I have personally worked on each of these Documents or received them by e-mail or other electronic means, and saved and retained them on the Anthony & Partners' servers in the ordinary course of business. I have personal knowledge of the making and/or transmitting of the Documents referenced and/or attached as exhibits to the Dismissal Motion, including files stored electronically. These files were made and/or transmitted at or near the time of the events recorded. And, these files were and have been kept and maintained in the ordinary course of a regularly conducted business activity, at or near the time of the acts, conditions, or events to which they relate. Any such file was made and/or transmitted in the ordinary course of business by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event.

4. On February 3, 2021, I attended and participated in, via telephone, the Debtor's 341 initial meeting of creditors (the "341 Meeting"). I requested that my office obtain a certified copy of the transcript of the 341 Meeting, and on April 21, 2021, my office received a certified copy of the 341 Meeting transcript. True and correct portions of that transcript are attached to the Dismissal Motion as Exhibits F and H.

5. On March 24, 2021, and pursuant to the "Order Approving Stipulation Regarding Centennial Bank Rule 2004 Examination" (the "2004 Examination Stipulation") [Doc. 61], I conducted a Rule 2004 examination (the "2004 Examination") of Kane. During the 2004 Examination, I asked Kane, and Kane answered under oath, a series of questions regarding his bankruptcy filing, schedules, income, expenses, bank statements, business activities, liabilities, and

the Kane's intentions surrounding his professional ice hockey career. The 2004 Examination was attended and transcribed by Melanie Keefe, FPR and Notary Republic for the State of Florida at Large, with Regency Reporting Service, Inc. After the 2004 Examination concluded, I requested that my office obtain a certified copy of the transcript of the same, and on May 8, 2021, I received via e-mail a certified copy of the 2004 Examination transcript. True and correct portions of that transcript are attached to the Dismissal Motion as Exhibits E, G, I, L, and N.

6. Also, in connection with the 2004 Examination Stipulation, the Debtor via counsel produced certain documentation to the undersigned on March 19, 2021. The documents were produced via a DropBox link. On March 22, 2021, I accessed the DropBox link provided by counsel for the Debtor and proceeded to download the documents and save the same onto Anthony & Partners' server. Copies of (i) the bank statements associated with the Debtor's Wells Fargo checking account [attached as Exhibits A and K to the Dismissal Motion], (ii) credit card statements associated with the Debtor's Royal Bank of Canada credit card [attached as Exhibit M to the Dismissal Motion], (iii) paystubs from the San Jose Sharks for the months of January and February 2021 [attached as Exhibit J to the Dismissal Motion], and (iv) the Debtor's unexpired leases with Mercedes Benz of Oakland [attached as Exhibit F to the Dismissal Motion], were all amongst the documents contained on the DropBox link and produced by the Debtor. Each of these documents were also identified by the Debtor at his 2004 Examination.

7. In connection with our firms representation of Centennial in this Liquidation, our firm was provided, inter alia, the documents identified as the "Player's Contract" [Exhibit B to the Dismissal Motion], "Original Security Agreement" [Exhibit C to the Dismissal Motion], and "Garnishment Waiver" [Exhibit D to the Dismissal Motion]. These documents were provided via a share file, and I directed my office to access the same and download and save these documents onto Anthony & Partners' server. Both the Original Security Agreement and Player's Contract were utilized by me during the 2004 Examination, with Kane identifying both documents. True and correct copies of these documents have been attached to the Dismissal Motion as identified in this paragraph.

I declare under penalty of perjury of the laws of the United States that the foregoing is true

and correct, and that this declaration was executed on this 25th day of June, 2021, at Tampa, Florida.

                                                /s/ Andrew J. Ghekas
                                                Andrew J. Ghekas

1505981.1

Case: 21-50028    Doc# 174    Filed: 06/25/21    Entered: 06/25/21 17:51:12    Page 4 of 4

4

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002