Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Debtor,
Evander Frank Kane

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028-SLJ<br>Chapter 7<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION**[1] |

Evander Frank Kane ("Kane," the "Debtor," or the "Appellant"), the debtor in the above-captioned Chapter 7 bankruptcy case, hereby appeals from the Bankruptcy Court's decision finding that Kane's exemption in real property located at 2301 Richland Avenue, San Jose, CA 95125 (the "San Jose Property"), is limited to $170,350.

## I. APPEALED DECISION

The appealed decision is as follows: *Order on Zions Bancorporation's Objection to Debtor's Homestead Exemption*, attached hereto as **Exhibit A** and entered on the docket at ECF 178 on July 9, 2021.

## II. PARTIES TO THE APPEAL

The parties to the appeal are as follows:

//

---

[1] Unless specified otherwise, all chapter and code references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532. "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure and "B.L.R." references are to the Bankruptcy Local Rules for the Northern District of California. "ECF" references are to the docket in the above-captioned proceeding.

NOTICE OF APPEAL AND STATEMENT OF ELECTION 1

Evander Frank Kane (Debtor and Appellant), represented by:

>Stephen D. Finestone (125675)
>Ryan A. Witthans (301432)
>FINESTONE HAYES LLP
>456 Montgomery Street, Floor 20
>San Francisco, CA 94104
>Tel.:   (415) 616-0466
>Fax:   (415) 398-2820
>Email: sfinestone@fhlawllp.com
>Email: rwitthans@fhlawllp.com

Zions Bancorporation, N.A., *dba* California Bank & Trust, represented by:

>Michael Gerard Fletcher (State Bar No. 070849)
>mfletcher@frandzel.com
>Gerrick M. Warrington (State Bar No. 294890)
>gwarrington@frandzel.com
>FRANDZEL ROBINS BLOOM & CSATO, L.C.
>1000 Wilshire Boulevard, Nineteenth Floor
>Los Angeles, California 90017-2427
>Telephone: (323) 852-1000
>Facsimile: (323) 651-2577

Professional Bank (joinder at ECF 85, 86), represented by:

>Stephen G. Opperwall (SBN 100057)
>LAW OFFICES OF STEPHEN G. OPPERWALL
>4900 Hopyard Road, Suite 100
>Pleasanton, California 94588
>Telephone: (925) 417-0300
>Facsimile: (925) 417-0301
>E-mail: steve.opperwall@comcast.net

South River Capital, LLC (joinder at ECF 89), represented by:

>Heinz Binder, Esq. (SBN 87908)
>David B. Rao (SN#103147))
>BINDER & MALTER, LLP
>2775 Park Avenue
>Santa Clara, CA 95050
>T: (408) 295-1700
>F: (408) 295-1531
>Email: heinz@bindermalter.com
>Email: david@bindermalter.com

Centennial Bank (*see* ECF 82, 103, 132),[2] represented by:

---

[2] Centennial Bank did not expressly join Zions' objection which underlies the presently appealed order, but it did join Professional Bank's similar objection to Kane's homestead

ANTHONY & PARTNERS, LLC
JOHN A. ANTHONY (SBN0731013)
janthony@anthonyandpartners.com
ANDREW J. GHEKAS (SBN 0119169)
aghekas@anthonyandpartners.com
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
Telephone: 813.273.5616
Facsimile: 813.221.4113

COOPER, WHITE & COOPER LLP
PETER C. CALIFANO (SBN 129043)
pcalifano@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: 415.433.1900
Facsimile: 415.433.5530

### III. STATEMENT OF ELECTION

Kane elects to have the appeal heard by the Bankruptcy Appellate Panel.

Dated July 23, 2021　　　　　　　　FINESTONE HAYES LLP

　　　　　　　　　　　　　　　　　*/s/ Stephen D. Finestone*
　　　　　　　　　　　　　　　　　Stephen D. Finestone
　　　　　　　　　　　　　　　　　Attorneys for Debtor, Evander Frank Kane

---

exemption. ECF 82, 103, 132. Centennial Bank is listed as a party to this appeal because it appeared at the hearing on Zions' objection. Docket text dated June 9, 2021 ("Hearing Held . . . Peter Califano appearing for Centennial Bank.").

NOTICE OF APPEAL AND STATEMENT OF ELECTION　　　　　　　　　　　　　　　3