Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Debtor,
Evander Frank Kane

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028-SLJ<br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON CENTENNIAL BANK'S MOTION DISMISS TO CASE AS BAD FAITH FILING PURSUANT TO SECTON 707(a)**<br><br>Current Hearing:<br>Date:   August 17, 2021<br>Time:   2:00 p.m.<br>Place:   Tele/Videoconference<br><br>Future Hearing:<br>Date:   October 5, 2021<br>Time:   2:00 p.m. |

Debtor Evander Frank Kane ("Kane") and Creditor Centennial Bank ("Centennial") enter into the following stipulation regarding Centennial's Motion to Dismiss Case for Bad Faith Filing Pursuant to Section 707(a) (the "Motion").

**RECITALS**

Whereas, Centennial the Motion on June 25, 2021, and the Motion is set for hearing before this Court on August 17, 2021.

STIP TO CONTINUE MOTION TO DISMISS                                              1

Whereas, Kane intends to oppose the Motion but his opposition is not yet due;

Whereas, Kane and Centennial wish to continue the hearing date on the Motion and adjust the related briefing dates;

**STIPULATION**

1. The hearing on the Motion shall be continued until October 5, 2021 at 2:00 pm.
2. Any opposition to the Motion shall be filed no later than September 21, 2021.
3. Any reply to the opposition shall be filed no later than September 28, 2021.
4. Kane and Centennial request that the Court enter an order approving this stipulation and continuing the hearing as requested.

Dated July 23, 2021					FINESTONE HAYES LLP

						/s/ Stephen D. Finestone
						Stephen D. Finestone
						Attorneys for Evander Frank Kane,

DATED: July 23, 2021				ANTHONY & PARTNERS, LLC


					By:	/s/ John A. Anthony
						John A. Anthony
						Attorneys for Appellant Centennial Bank


DATED: July 23, 2021				COOPER, WHITE & COOPER LLP


					By:	/s/ Peter C. Califano
						Peter C. Califano
						Attorneys for Appellant Centennial Bank

STIP TO CONTINUE MOTION TO DISMISS					2

Case: 21-50028    Doc# 183    Filed: 07/23/21    Entered: 07/23/21 18:09:00    Page 2 of 2