# Notice Recipients

| District/Off: 0971–5 | User: admin | Date Created: 7/26/2021 |
|---|---|---|
| Case: 21–50028 | Form ID: NTCRFBK | Total: 12 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| aty | Andrew J. Ghekas | aghekas@anthonyandpartners.com |
| aty | David B. Rao | David@bindermalter.com |
| aty | Gerrick Warrington | gwarrington@frandzel.com |
| aty | John A. Anthony | janthony@anthonyandpartners.com |
| aty | Marta Villacorta | marta.villacorta@usdoj.gov |
| aty | Michael Gerard Fletcher | mfletcher@frandzel.com |
| aty | Peter C. Califano | pcalifano@cwclaw.com |
| aty | Ryan A. Witthans | rwitthans@fhlawllp.com |
| aty | Stephen D. Finestone | sfinestone@fhlawllp.com |
| aty | Stephen G. Opperwall | steve.opperwall@comcast.net |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

Heinz Binder, Esq.    Binder & Malter, LLP    2775 Park Avenue    Santa Clara, CA 95050

TOTAL: 1