

1  Stephen D. Finestone (125675)
2  Ryan A. Witthans (301432)
   FINESTONE HAYES LLP
3  456 Montgomery Street, Floor 20
   San Francisco, CA 94104
4  Tel.:  (415) 616-0466
   Fax:  (415) 398-2820
5  Email: sfinestone@fhlawllp.com
   Email: rwitthans@fhlawllp.com
6
   Attorneys for Debtor,
7  Evander Frank Kane

The following constitutes the order of the Court.
Signed: July 26, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028-SLJ<br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON CENTENNIAL BANK'S MOTION TO CASE AS BAD FAITH FILING PURSUANT TO SECTON 707(a)**<br><br>Current Hearing:<br>Date:  August 17, 2021<br>Time:  2:00 p.m.<br>Place:  Tele/Videoconference<br><br>Future Hearing:<br>Date:  October 5, 2021<br>Time:  2:00 p.m |

Debtor Evander Frank Kane ("Kane") and Creditor Centennial Bank ("Centennial") having entered into a stipulation regarding Centennial's Motion to Dismiss Case for Bad Faith Filing Pursuant to Section 707(a) (the "Motion") and good cause appearing;

**IT IS ORDERED** that:

1. The hearing on the Motion shall be continued until October 5, 2021 at 2:00 pm.

2. Any opposition to the Motion shall be filed no later than September 21, 2021.

3. Any reply to the opposition shall be filed no later than September 28, 2021.

** END OF ORDER **

Approved as to form:
ANTHONY & PARTNERS, LLC

/s/ John A. Anthony

John A. Anthony
Attorneys for Appellant Centennial Bank

**COURT SERVICE LIST:**

ECF Participants Only