

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-672-5991
Fax. 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
FRED HJELMESET,
Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: July 27, 2021

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028 SLJ<br>Chapter 7<br>Hon. Stephen L. Johnson<br><br>**ORDER AUTHORIZING EMPLOYMENT OF BROKER**<br>**(Intero Real Estate Services – Los Altos)** |

On the Application of Fred Hjelmeset, Trustee in Bankruptcy, and it appearing that Intero Real Estate Services – Los Altos is well qualified to act as broker for the Trustee, that employment of a broker will be in the best interests of the estate, that said broker represents no interest adverse to the estate and that notice herein is not necessary in connection with said Application,

IT IS HEREBY ORDERED THAT:

1. The Trustee be, and hereby is, authorized to employ Intero Real Estate Services – Los Altos as his broker to assist in the marketing and sale of the residential real property commonly known as 2301 Richland Avenue, San Jose, California 95125 (the "Property");

2. At the time of the noticing of the sale of the Property obtained through the use of the services of Intero Real Estate Services – Los Altos or any compromise with the Debtor, the Trustee shall disclose to creditors the commission to be paid to the listing and selling agents under the terms of sale. Under no circumstances shall the commission exceed five percent (5%) of the actual sales price;

3. Alternatively, in the event that (i) the Debtor, a relative, friend or acquaintance of the Debtor purchases the estate's interest in the Property, refinances the Property, enters into a compromise with the Trustee for the Property, or (ii) the Debtor dismisses the case or converts the case to another chapter, compensation shall be a reasonable amount as agreed to by the Trustee (and subject to notice to creditors and Court approval), which could be the greater of: (a) 2.5% of the gross purchase price paid by the Debtor after deducting his allowed homestead exemption, or (b) $15,000.

4. Notwithstanding anything in the listing agreement to the contrary, under no circumstances shall Intero Real Estate Services – Los Altos or any of its agents represent the buyer of the Property. There shall be no dual agency; and

5. All compensation to the broker shall be subject to notice to creditors and Bankruptcy Court approval.

**\*\*END OF ORDER\*\***

**\*\*COURT SERVICE LIST\*\***

**NO MAIL SERVICE REQUIRED**