United States Bankruptcy Court

Northern District of California

In re:  Case No. 21-50028-SLJ
Evander Frank Kane  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-5     User: admin     Page 1 of 2
Date Rcvd: Jul 26, 2021     Form ID: NTCRFBK     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

**Recip ID**     **Recipient Name and Address**
+     Heinz Binder, Esq., Binder & Malter, LLP, 2775 Park Avenue, Santa Clara, CA 95050-6004

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:

**Name**     **Email Address**

Andrew J. Ghekas
    on behalf of Creditor Centennial Bank N.A. aghekas@anthonyandpartners.com, crodriguez@anthonyandpartners.com

Christopher O. Rivas
    on behalf of Creditor Loan Shark Holdings LLC crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

David B. Rao
    on behalf of Plaintiff South River Capital LLC David@bindermalter.com

Fred Hjelmeset
    fhtrustee@gmail.com CA90@ecfcbis.com

Gerrick Warrington
    on behalf of Creditor Zions Bancorporation N.A. gwarrington@frandzel.com, sking@frandzel.com

Gregg S. Kleiner
    on behalf of Trustee Fred Hjelmeset gkleiner@rinconlawllp.com, aworthing@rinconlawllp.com

| | |
|---|---|
| John A. Anthony | on behalf of Creditor Centennial Bank N.A. janthony@anthonyandpartners.com, sdavis@anthonyandpartners.com |
| Jonathan Lewis | on behalf of Plaintiff Hope Parker jonlewis@jlewislaw.com |
| Marta Villacorta | on behalf of U.S. Trustee Office of the U.S. Trustee / SJ marta.villacorta@usdoj.gov |
| Michael Gerard Fletcher | on behalf of Creditor Zions Bancorporation N.A. mfletcher@frandzel.com, sking@frandzel.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| Peter C. Califano | on behalf of Creditor Centennial Bank N.A. pcalifano@cwclaw.com |
| Reed S. Waddell | on behalf of Creditor Zions Bancorporation N.A. rwaddell@frandzel.com, sking@frandzel.com |
| Richard L. Pierotti | Rpierotti@kpmd.com |
| Robert B. Kaplan | on behalf of Creditor Sure Sports LLC rbk@jmbm.com |
| Ryan A. Witthans | on behalf of Debtor Evander Frank Kane rwitthans@fhlawllp.com |
| Stephen D. Finestone | on behalf of Debtor Evander Frank Kane sfinestone@fhlawllp.com |
| Stephen G. Opperwall | on behalf of Creditor Professional Bank steve.opperwall@comcast.net |
| Thomas M. Geher | on behalf of Creditor Sure Sports LLC tmg@jmbm.com, tmg@ecf.inforuptcy.com |
| Wendy W. Smith | on behalf of Requestor South River Capital LLC Wendy@bindermalter.com |

TOTAL: 20

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):**<br><br>Evander Frank Kane | Case No.: 21−50028 SLJ 7<br>Chapter: 7 |

## NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL

**To All Parties:**

You are hereby notified the enclosed Notice of Appeal has been filed by <u>Evander Frank Kane</u> with the Clerk of the Bankruptcy Court. Pursuant to orders of the Judicial Council of the Ninth Circuit and the United States District Court for this district, this appeal is referred to the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: <u>7/26/21</u>

    Edward J. Emmons
    Clerk of Court
    United States Bankruptcy Court

    By: <u>/s/ Lydia Menendez</u>
         Deputy Clerk

**NOTICE FROM CLERK OF 9TH CIRCUIT BAP:** For all cases opened at the BAP beginning February 1, 2015, all excerpts of record must be filed electronically and no paper copies will be necessary. In all other cases effective immediately any attorney or other electronic filer may file the excerpts electronically without submitting paper copies. Please see Rule 3 of the Administrative Order Regarding Electronic Filing in BAP Cases available on the BAP website at www.ca9.uscourts.gov/bap/.