Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:　(415) 616-0466
Fax:　(415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Debtor,
Evander Frank Kane

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re

EVANDER FRANK KANE,

Debtor.

Case No. 21-50028-SLJ

Chapter 7

**APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF RECORD ON APPEAL**[1]

Pursuant to Bankruptcy Rule 8009, Evander Frank Kane ("Kane"), the debtor in the above-captioned Chapter 7 bankruptcy case, submits this *Appellant's Statement of Issues to be Presented and Designation of Record on Appeal*. Zions Bancorporation, N.A. is referred to as "Zions."

On July 9, 2021, the Bankruptcy Court entered its *Order on Zions Bancorporation's Objection to Debtor's Homestead Exemption* (the "Order"). ECF 178. The Order found that Kane's exemption in real property located at 2301 Richland Avenue, San Jose, CA 95125 (the "San Jose Property") was limited to $170,350 by § 522(p).[2] Kane timely appealed the Order on July 23, 2021. ECF 182.

---

[1] Unless specified otherwise, all chapter and code references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532. "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure and "B.L.R." references are to the Bankruptcy Local Rules for the Northern District of California. "ECF" references are to the docket in the above-captioned proceeding.

[2] The Order also found that the Debtor's exemption was not barred by § 522(o).

STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL　　　　1

**I. APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED**

1. Did the Bankruptcy Court err in considering Zions' objection to Kane's homestead exemption even though it was not personally served on Kane within the deadline set by Bankruptcy Rule 4003?

2. Did the Bankruptcy Court err in its determination that Kane's exemption in the San Jose Property was limited to $170,350 by § 522(p)?

**II. APPELLANT'S DESIGNATION OF RECORD ON APPEAL**

Kane designates the items listed below for inclusion in the record on appeal. Each record is intended to include all related exhibits and attachments (*e.g.,* ECF 74 includes attachments filed at ECF 74-1 and -2). Kane reserves the right to amend and/or supplement this designation as and when appropriate.

| No. | Date | ECF | Description/Title |
|---|---|---|---|
| 1 | 1/9/2021 | 1 | Chapter 7 Voluntary Petition |
| 2 | 1/31/2021 | 17 | Amended Schedules A/B |
| 3 | 1/31/2021 | 18 | Amended Schedules D and E/F |
| 4 | 1/31/2021 | 19 | Amended Statement of Financial Affairs |
| 5 | 2/19/2021 | 30 | Amended Schedules A/B, J |
| 6 | 2/26/2021 | 37 | Amended Schedules A/B, C |
| 7 | 3/25/2021 | 74 | Zions' Objection to Homestead Exemption |
| 8 | 3/25/2021 | 75 | Notice of Hearing |
| 9 | 3/29/2021 | 82 | Joinder by Centennial Bank |
| 10 | 3/29/2021 | 85 | Joinder by Professional Bank |
| 11 | 3/29/2021 | 86 | Joinder by Professional Bank |
| 12 | 3/30/2021 | 89 | Joinder by South River Capital, LLC |
| 13 | 4/21/2021 | 103 | First Amended Joinder by Centennial Bank |

| 14 | 4/27/2021 | 106 | Kane's Response to Zions' Objection |
| 15 | 4/28/2021 | 109 | Zions' Motion to Continue Hearing |
| 16 | 4/29/2021 | 110 | Order Granting Zions' Motion to Continue Hearing |
| 17 | 4/29/2021 | 111 | Supplemental Certificate of Service |
| 18 | 5/13/2021 | 132 | Second Amended Joinder by Centennial Bank |
| 19 | 5/26/2021 | 146 | Kane's Opposition to Zions' Objection |
| 20 | 5/26/2021 | 147 | Kane's Supporting Declaration |
| 21 | 6/2/2021 | 153 | Zions' Reply |
| 22 | 6/2/2021 | 154 | Zions' Evidentiary Objections |
| 23 | 6/9/2021 | | **Docket Text:** Hearing Held (related document(s): 74 Objection to Homestead Exemption filed by Zions Bancorporation, N.A.) Stephen Finestone appearing on behalf of the Debtor, Michael Fletcher appearing on behalf of Zions Bancorporation, Gregg Kleiner appearing on behalf of the Ch 7 Trustee, Stephen Opperwall appearing on behalf of Professional Bank, Peter Califano appearing for Centennial Bank. Matter is taken under submission. (al) (Entered: 06/09/2021) |
| 24 | 6/9/2021 | 163 | Transcript Order Form for Hearing Held 6/9/2021 |
| 25 | 6/18/2021 | 168 | Transcript of Hearing Held 6/9/2021 |
| 26 | 7/9/2021 | 178 | Order on Zions' Objection to Homestead Exemption |
| 27 | 7/23/2021 | 182 | Notice of Appeal and Statement of Election |

### III. STATEMENT REGARDING TRANSCRIPT OF PROCEEDINGS

A transcript of the hearing held on June 9, 2021, appears on the docket at ECF 168.

Dated August 6, 2021        FINESTONE HAYES LLP

                            */s/ Stephen D. Finestone*
                            Stephen D. Finestone
                            Attorneys for Debtor, Evander Frank Kane

STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL           3