1  Michael Gerard Fletcher (State Bar No. 070849)
     mfletcher@frandzel.com
2  Gerrick M. Warrington (State Bar No. 294890)
     gwarrington@frandzel.com
3  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   1000 Wilshire Boulevard, Nineteenth Floor
4  Los Angeles, California 90017-2427
   Telephone: (323) 852-1000
5  Facsimile: (323) 651-2577

6  Attorneys for Appellee ZIONS
   BANCORPORATION, N.A., dba
7  California Bank & Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br>EVANDER FRANK KANE,<br>    Debtor. | Case No. 21-50028-SLJ<br>Chapter 7<br>Ninth Circuit BAP No. NC-21-1167 |
| EVANDER FRANK KANE,<br>    Appellant,<br>v.<br>ZIONS BANCORPORATION, N.A., dba<br>California Bank & Trust, et al.<br>    Appellees. | **APPELLEE ZIONS BANCORPORATION, N.A.'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**<br><br>Notice of Appeal Filed: 7/23/2021 |

Pursuant to Federal Rule of Bankruptcy Procedure 8009, Appellee Zions Bancorporation, N.A. ("Zions"), files this *Appellees' Designation of Additional Items to be Included in the Record on Appeal* regarding the Notice of Appeal (Dkt. 182) filed on July 23, 2021, by Evander Frank Kane ("Kane") in the above-captioned chapter 7 bankruptcy case and requests that the Clerk prepare and forward the items listed herein to the United States District Court[1] for inclusion in the record in connection with the Appeal.

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD**

1. Kane filed a Notice of Appeal and Statement of Election (Dkt. 182) on July 23, 2021, appealing the Bankruptcy Court's *Order On Zions Bancorporation's Objection To Debtor's Homestead Exemption* (Dkt. 178). On August 6, 2021, Kane filed a *Statement of Issues to be Presented and Designation of Record on Appeal* (Dkt. 195).

2. Zions respectfully designates the following additional items to be included in the appellate record pursuant to Bankruptcy Rule 8009.[2]

| No. | Date | Docket No. | Description |
|---|---|---|---|
| 1. | 02/23/2021 | N/A | Meeting of Creditors Held and Concluded Debtor appeared. (Hjelmeset, Fred) (Entered: 02/23/2021) |
| 2. | 02/26/2021 | 33 | Motion to Convert Case to Chapter 11 , Fee Amount $922 Filed by Creditor Zions Bancorporation, N.A. (Attachments: # 1 Declaration # 2 Declaration) (Fletcher, Michael) (Entered: 02/26/2021) |

---

[1] Appellee Zions has elected to proceed before the United States District Court on appeal.

[2] Unless otherwise indicated, all designated docket entries include all documents included within a particular docket entry, including both the main document and all attachments (e.g., Docket No. 35 includes sub-entries 35-1, 35-2, etc.).

4328233v1 | 031205-0132

2

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
(323) 852-1000

| No. | Date | Docket No. | Description |
|---|---|---|---|
| 3. | 03/04/2021 | 42 | Application to Compromise Controversy with (Motion for Authority to Convey Estate's Equity in Real Estate and Resolve Dispute Concerning Bank Accounts) Filed by Trustee Fred Hjelmeset (Attachments: # 1 Declaration of Fred Hjelmeset) (Kleiner, Gregg) (Entered: 03/04/2021) |
| 4. | 03/04/2021 | 43 | Notice and Opportunity for Hearing on Motion for Authority to Convey Estate's Equity in Real Estate and Resolve Dispute Concerning Bank Accounts (RE: related document(s)42 Application to Compromise Controversy with (Motion for Authority to Convey Estate's Equity in Real Estate and Resolve Dispute Concerning Bank Accounts) Filed by Trustee Fred Hjelmeset (Attachments: # 1 Declaration of Fred Hjelmeset)). Filed by Trustee Fred Hjelmeset (Kleiner, Gregg) (Entered: 03/04/2021) |
| 5. | 03/25/2021 | 76 | Objection (RE: related document(s)42 Application to Compromise Controversy). Filed by Creditor Zions Bancorporation, N.A. (Attachments: # 1 Declaration # 2 Certificate of Service) (Fletcher, Michael) (Entered: 03/25/2021) |
| 6. | 03/25/2021 | 77 | Reply (RE: related document(s)33 Motion to Convert Case to Chapter 11). Filed by Creditor Zions Bancorporation, N.A. (Attachments: # 1 Declaration # 2 Certificate of Service) (Fletcher, Michael) (Entered: 03/25/2021) |
| 7. | 03/25/2021 | 78 | Reply (Reply by Creditor Professional Bank in Support of the Motion by Creditor Zions Bancorporation to Convert the Case to Chapter 11 and to Appoint a Chapter 11 Trustee) (RE: related document(s)33 Motion to Convert Case to Chapter 11). Filed by Creditor Professional Bank (Opperwall, Stephen) (Entered: 03/25/2021) |

| No. | Date | Docket No. | Description |
|---|---|---|---|
| 8. | 03/25/2021 | 79 | Objection to Homestead Exemption (Objections by Professional Bank to Debtor's claimed homestead exemption) Filed by Creditor Professional Bank (Opperwall, Stephen) (Entered: 03/25/2021) |
| 9. | 03/25/2021 | 80 | Objection to Debtor's Claim of Exemptions (Objections by Professional Bank to Debtor's purported claimed exemption for money owed to Debtor by the San Jose Sharks) Filed by Creditor Professional Bank (Opperwall, Stephen) (Entered: 03/25/2021) |
| 10. | 03/25/2021 | 81 | Brief/Memorandum in Opposition to (Opposition by Professional Bank to Trustee's Motion to Convey Equity in Real Property [ECF #43]) (RE: related document(s)43 Opportunity for Hearing). Filed by Creditor Professional Bank (Opperwall, Stephen) (Entered: 03/25/2021) |
| 11. | 03/29/2021 | 87 | Joinder (Joinder by Creditor Professional Bank in Creditor Zions Bancorporation's objection [Doc # 76] to trustee's motion for authority to convey equity [Doc # 42]) (RE: related document(s)76 Objection). Filed by Creditor Professional Bank (Opperwall, Stephen) (Entered: 03/29/2021) |

# RESERVATION OF RIGHTS

Zions expressly reserves its right to amend or supplement this Designation and/or to object, or otherwise supplement or move to strike or modify, some or all of any designation filed by any other party to this appeal. This filing is made expressly subject to, and without waiver, of any and all rights, remedies, challenges, and objections.

DATED: August 19, 2021

FRANDZEL ROBINS BLOOM & CSATO, L.C.
MICHAEL GERARD FLETCHER
GERRICK M. WARRINGTON

By: /s/ Michael Gerard Fletcher
MICHAEL GERARD FLETCHER
Attorneys for Appellee ZIONS BANCORPORATION, N.A., dba California Bank & Trust

4328233v1 | 031205-0132

5

# CERTIFICATE OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On August 19, 2021, I served true copy(ies) of the:

**APPELLEE ZIONS BANCORPORATION, N.A.'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

to the party(ies) on the attached service list.

## SEE ATTACHED SERVICE LIST

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 19, 2021, at Los Angeles, California.

                                                /s/ David T. Moore
                                                David T. Moore
                                                dmoore@frandzel.com

# CERTIFICATE OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On August 19, 2021, I served true copy(ies) of the:

**APPELLEE ZIONS BANCORPORATION, N.A.'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

to the party(ies) on the attached service list.

## SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I placed the envelope for collection and mailing at Los Angeles, California. The envelope was mailed with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 19, 2021, at Los Angeles, California.

/s/ Michelle Campbell
Michelle Campbell
mcampbell@frandzel.com

# SERVICE LIST

**(Kane v. Zions Bancorporation, N.A.) In re Evander Frank Kane**

| | |
|---|---|
| Stephen D. Finestone<br>Ryan A. Witthans<br>Finestone Hayes LLP<br>456 Montgomery St. 20th Fl.<br>San Francisco, CA 94104 | Attorney for Debtor / Appellant |
| Evander Frank Kane<br>2301 Richland Ave.<br>San Jose, CA 95125 | Debtor / Appellant |
| Gregg Steven Kleiner<br>Rincon Law LLP<br>268 Bush Street, Suite 3335<br>San Francisco, CA 94104 | Attorney for Chapter 7 Trustee |
| Marta Elena Villacorta<br>United States Department of Justice<br>Office of the U.S. Trustee<br>450 Golden Gate Avenue<br>Suite 05-0153<br>San Francisco, CA 94102 | Office of the U.S. Trustee |
| David B. Rao<br>Wendy W. Smith<br>Binder & Malter, LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050<br>Tel: 408-295-1700 | Attorneys for South River Capital, LLC |
| Stephen G. Opperwall<br>Law Offices of Stephen G. Opperwall<br>Suite 100<br>4900 Hopyard Road<br>Pleasanton, CA 94588<br>Tel: 925-417-0300 | Attorneys for Professional Bank |
| Peter C. Califano<br>COOPER, WHITE & COOPER LLP<br>17th Floor<br>201 California Street<br>San Francisco, CA 94111<br>Tel: 415-433-1900 | Attorneys for Centennial Bank |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000