# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**In Re:** EVANDER FRANK KANE               **BAP No.:** NC-21-1167

**Bk. Ct. No.:** 21-50028                    **ADV. NO.:**

**NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT**

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to District Court, San Jose.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Susan M Spraul, BAP Clerk

By: Cecil Lizandro Silva, Deputy Clerk
Date: August 23, 2021

Please acknowledge receipt of
the case file listed above.
Dated:_____

Signed:_____
          District Court Deputy

Assigned District Court No.

_____

cc: Bankruptcy Court
    All Parties