Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:  (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Debtor,
Evander Frank Kane

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028-SLJ<br>Chapter 7<br><br>**APPELLANT'S SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL**[1] |

On August 6, 2021, Evander Frank Kane ("Kane"), the debtor in the above-captioned Chapter 7 case, submitted his *Appellant's Statement of Issues to be Presented and Designation of Record on Appeal* pursuant to Bankruptcy Rule 8009(a)(1). ECF 195.

On August 19, 2021, Zions Bancorporation, N.A. ("Zions") submitted its *Appellee Zions Bancorporation, N.A.'s Designation of Additional Items to be Included in the Record on Appeal.* ECF 200.

By way of this filing, Kane designates additional documents for inclusion in the record on appeal pursuant to Bankruptcy Rule 8009(e)(2)(B). Kane reserves the right to amend and/or supplement this designation as and when appropriate.

---

[1] Unless specified otherwise, all chapter and code references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532. "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure. "ECF" references are to the docket in the above-captioned proceeding.

APPELLANT'S SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL 1

# I. APPELLANT'S DESIGNATION OF ADDITIONAL RECORD ON APPEAL

Kane designates the items listed below for inclusion in the record on appeal. Each record is intended to include all related exhibits and attachments (*e.g.,* ECF 65 includes attachments filed at ECF 65-1 through -3).

| No. | Date | ECF | Description/Title |
|---|---|---|---|
| 1 | 02/03/2021 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued. Next Meeting of Creditors to be Held on 2/23/2021 at 11:00 AM at San Jose Room 130. Debtor appeared. (Hjelmeset, Fred) (Entered: 02/03/2021) |
| 2 | 03/18/2021 | 65 | Brief/Memorandum in Opposition to Motion to Convert Case and Appoint Chapter 11 Trustee (RE: related document(s)33 Motion to Convert Case to Chapter 11). Filed by Debtor Evander Frank Kane (Attachments: # 1 Kane Declaration # 2 Exhibit A to Kane Declaration # 3 Fiero Declaration) (Witthans, Ryan) (Entered: 03/18/2021) |
| 3 | 04/19/2021 | 101 | Order Denying Motion To Convert (Related Doc # 33) (al) (Entered: 04/19/2021) |
| 4 | 05/03/2021 | 113 | Notice Regarding Appeal (RE: related document(s)101 Order Denying Motion To Convert (Related Doc 33) (al)). Filed by Requestor South River Capital LLC (Attachments: # 1 Certificate of Service) (Smith, Wendy) DEFECTIVE ENTRY: Incorrect event code selected and incorrect PDF attached. DEFECTIVE ENTRY: Party Filer to pay required fee due. Modified on 5/4/2021 (rs). (Entered: 05/03/2021) |
| 5 | 08/23/2021 | 202 | Application to Compromise Controversy with (Motion for Authority to Resolve Dispute Concerning Bank Accounts and Canadian Real Property) Filed by Trustee Fred Hjelmeset (Attachments: # 1 Declaration of Fred Hjelmeset) (Kleiner, Gregg) (Entered: 08/23/2021) |

APPELLANT'S SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL       2

Case: 21-50028    Doc# 206    Filed: 08/25/21    Entered: 08/25/21 14:39:23    Page 2 of 3

| 6 | 08/23/2021 | 203 | Notice and Opportunity for Hearing on Motion to Resolve Dispute Concerning Bank Accounts and to Abandon Interest in Canadian Real Property (RE: related document(s)202 Application to Compromise Controversy with (Motion for Authority to Resolve Dispute Concerning Bank Accounts and Canadian Real Property) Filed by Trustee Fred Hjelmeset (Attachments: # 1 Declaration of Fred Hjelmeset)). Filed by Trustee Fred Hjelmeset (Kleiner, Gregg) (Entered: 08/23/2021) |
|---|---|---|---|

Dated August 25, 2021           FINESTONE HAYES LLP

                                         */s/ Stephen D. Finestone*
                                         Stephen D. Finestone
                                         Attorneys for Debtor, Evander Frank Kane

APPELLANT'S SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL     3