Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for FRED HJELMESET,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

EVANDER FRANK KANE,

Debtor.

Case No. 21-50028 SLJ
Chapter 7
Hon. Stephen L. Johnson

**WITHDRAWAL OF DOCKET 42**

[No Hearing Requested]

Fred Hjelmeset, Trustee in Bankruptcy of the estate of the above-named Debtor, hereby withdraws his Motion for Authority to Convey Estate's Equity in Real Estate and Resolve Dispute Concerning Bank Accounts filed March 4, 2021 as Docket 42 ("Motion"). The Motion, and opposition to the Motion, Dockets 76 and 81, are moot following the filing of the Trustee's "Motion for Authority to Resolve Dispute Concerning Bank Accounts and Canadian Real Property" on August 23, 2021, Docket 202.

DATED: August 27, 2021        RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
    GREGG S. KLEINER
    Counsel for FRED HJELMESET,
    Trustee in Bankruptcy