UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>EVANDER FRANK KANE | CASE NO: 21-50028 SLJ<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br>ECF Docket Reference No. 208<br>Judge: Hon. Stephen L. Johnson |

On 8/30/2021, I did cause a copy of the following documents, described below,

Corrected Notice and Opportunity for Hearing on Motion to Resolve Dispute Concerning Bank Accounts and to Abandon Interest in Canadian Real Property ECF Docket Reference No. 208

Notice and Opportunity for Hearing on Motion to: (I) Sell Real Property, Subject to Overbid; (II) Pay Liens, Costs of Sale, Real Estate Commission and Taxes; and (III) Pay Debtor His Homestead Exemption (2301 Richland Avenue, San Jose, CA 95125) 210

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/30/2021

/s/ Gregg S. Kleiner
Gregg S. Kleiner  141311

Rincon Law LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
415 672 5991

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>EVANDER FRANK KANE | CASE NO: 21-50028 SLJ<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 208<br>Judge: Hon. Stephen L. Johnson |

On 8/30/2021, a copy of the following documents, described below,

Corrected Notice and Opportunity for Hearing on Motion to Resolve Dispute Concerning Bank Accounts and to Abandon Interest in Canadian Real Property ECF Docket Reference No. 208

Notice and Opportunity for Hearing on Motion to: (I) Sell Real Property, Subject to Overbid; (II) Pay Liens, Costs of Sale, Real Estate Commission and Taxes; and (III) Pay Debtor His Homestead Exemption (2301 Richland Avenue, San Jose, CA 95125) 210

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/30/2021

_/s/ Jay S. Jump_
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gregg S. Kleiner
Rincon Law LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PROFESSIONAL BANK<br>STEPHEN G. OPPERWALL ESQ.<br>LAW OFFICES OF STEPHEN G. OPPERWALL<br>4900 HOPYARD ROAD SUITE 100<br>PLEASANTON CA 94588 | STATE OF MICHIGAN<br>MICHIGAN DEPARTMENT OF TREASURY<br>BANKRUPTCY UNIT<br>P.O. BOX 30168<br>LANSING MI 48909 | WELLS FARGO BANK N.A.<br>WELLS FARGO CARD SERVICES<br>PO BOX 10438 MAC F8235-02F<br>DES MOINES IA 50306-0438 |
| SOUTH RIVER CAPITAL LLC<br>C/O BINDER & MALTER LLP<br>ATTN: HEINZ BINDER ESQ. AND<br>DAVID B. RAO ESQ.<br>2775 PARK AVENUE<br>SANTA CLARA CA 95051 | CENTENNIAL BANK<br>AN ARKANSAS STATE-CHARTERED BANK<br>JOHN A. ANTHONY ESQ. , ANDREW J. GHEKAS<br>ESQ., ANTHONY & PARTNERS LLC<br>100 SOUTH ASHLEY DRIVE SUITE 1600<br>TAMPA, FL 33602 | CENTENNIAL BANK<br>C/O PETER C. CALIFANO ESQ.<br>COOPER WHITE & COOPER LLP<br>201 CALIFORNIA STREET 17TH FLOOR<br>SAN FRANCISCO CA 94111 |
| CANADA<br>RAJ BHANGU<br>3082 13TH AVE WEST<br>VANCOUVER BC V6K 2V2<br>CANADA | PACHULSKI STANG ZIEHL & JONES LLP<br>150 CALIFORNIA STREET 15TH FLOOR<br>SAN FRANCISCO CA 94111 | ZIONS BANCORPORATION N.A.<br>ATTN: GERRICK M. WARRINGTON ESQ.<br>C/O FRANDZEL ROBINS BLOOM & CSATO L.C.<br>1000 WILSHIRE BOULEVARD 19TH FLOOR<br>LOS ANGELES CA 90017 |
| ZIONS BANCORPORATION N.A.<br>ATTN: REED S. WADDELL ESQ.<br>C/O FRANDZEL ROBINS BLOOM & CSATO L.C.<br>1000 WILSHIRE BOULEVARD 19TH FLOOR<br>LOS ANGELES CA 90017 | ZIONS BANCORPORATION N.A.<br>ATTN: MICHAEL GERARD FLETCHER ESQ.<br>C/O FRANDZEL ROBINS BLOOM & CSATO L.C.<br>1000 WILSHIRE BOULEVARD 19TH FLOOR<br>LOS ANGELES CA 90017 | ZIONS BANCORPORATION N.A.<br>ATTN: MICHAEL TOAL<br>1900 MAIN STREET #200<br>IRVINE CA 92614 |
| RACHEL KUECHLE<br>C/O SAMUEL CAPIZZI<br>267 NORTH ST.<br>BUFFALO NY 14201 | LONE SHARK HOLDINGS LLC<br>ATTN: ANDREW B. ADAMS<br>128-A COURTHOUSE SQUARE<br>OXFORD MS 38655 | JEREMY L. RETHERFORD<br>BALCH & BINGHAM LLP<br>1901 6TH AVENUE NORTH SUITE 1500<br>BIRMINGHAM AL  35203 |
| L. CONRAD ANDERSON IV<br>BALCH & BINGHAM LLP<br>1901 6TH AVENUE NORTH SUITE 1500<br>BIRMINGHAM AL  35203 | HOPE PARKER<br>C/O JONATHAN J. LEWIS<br>3985 UNIVERSITY AVE. FL. 2<br>RIVERSIDE CA 92501 | LIPSITZ GREEN SCIME CAMBRIA LLP<br>42 DELAWARE AVENUE<br>SUITE 120<br>BUFFALO NY 14202 |
| NEWPORT SPORTS MANAGEMENT INC.<br>GREENBERG GLUSKER FIELDS CLAMAN &<br>MACHTINGER LLP<br>C/O IRA STEINBERG<br>2049 CENTURY PARK EAST STE. 2600<br>LOS ANGELES CA 90067 | GENOVESE JOBLOVE & BATTISTA P.A.<br>100 SE 2 STREET #4400<br>MIAMI FL 33131 | MARTA VILLACORTA<br>OFFICE OF THE U. S. TRUSTEE<br>280 SOUTH 1ST STREET SUITE 268<br>SAN JOSE CA 95113 |
| FINESTONE HAYES LLP<br>C/O RYAN A. WITTHANS<br>456 MONTGOMERY STREET FLOOR 20<br>SAN FRANCISCO CA 94104 | SURE SPORTS LLC<br>C/O ROBERT B. KAPLAN ESQ.<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>TWO EMBARCADERO CENTER 5TH FLOOR<br>SAN FRANCISCO CA 94111 | SURE SPORTS LLC<br>C/O THOMAS M. GEHER ESQ.<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>1900 AVENUE OF THE STARS 7TH FLOOR<br>LOS ANGELES CALIFORNIA 90067 |
| DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7316 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | CALIFORNIA DEPT.<br>OF TAX & FEE ADMINISTRATION<br>COLLECTIONS SUPPORT BUREAU MIC:55<br>PO BOX 942879<br>SACRAMENTO CA 94279-0055 |