1    Gregg S. Kleiner, State Bar No. 141311
     RINCON LAW LLP
2    268 Bush Street, Suite 3335
     San Francisco, CA 94104
3    Telephone No.: 415-672-5991
     Facsimile No.: 415-680-1712
4    Email: gkleiner@rinconlawllp.com

5
     Counsel for FRED HJELMESET,
6    Trustee in Bankruptcy

7

8                      UNITED STATES BANKRUPTCY COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11   In re                                    Case No. 21-50028 SLJ
                                               Chapter 7
12        EVANDER FRANK KANE,                  Hon. Stephen L. Johnson

13             Debtor.                         **REQUEST FOR ENTRY OF ORDER
                                               AUTHORIZING TRUSTEE TO:**
14                                             **(I) SELL REAL PROPERTY;**
                                               **(II) PAY LIENS, COSTS OF SALE,**
15                                             **REAL ESTATE COMMISSION**
                                               **AND TAXES; AND**
16                                             **(III) PAY DEBTOR HIS HOMESTEAD**
                                               **EXEMPTION**
17                                             **(2301 Richland Avenue, San Jose, CA  95125)**

18                                             [No Hearing Requested]

19

20

21

22          Fred Hjelmeset, Chapter 7 Trustee in Bankruptcy ("Trustee") of the estate of the above-

23   named Debtor, respectfully represents:

24          1.       On August 30, 2021, the Trustee served on parties on the limited service list [1] a

25   Notice and Opportunity for Hearing on Motion to: (I) Sell Real Property, Subject to Overbid; (II)

26   Pay Liens, Costs of Sale, Real Estate Commission and Taxes; and (III) Pay Debtor His Homestead

27
     _____
     [1] Notice was limited in this case by an order entered July 30, 2021 entitled "Order Pursuant to Bankruptcy Rule 2002(h)
28   Designating Recipients of Notices Required Under 2002(a)," Docket 194

1

Exemption (2301 Richland Avenue, San Jose, CA 95125) [Docket 210] ("Notice"), as evidenced by the Certificate of Service / Declaration of Mailing [Docket 211].

2.    Also on August 30, 2021, the Trustee filed his Motion to: (I) Sell Real Property, Subject to Overbid; (II) Pay Liens, Costs of Sale, Real Estate Commission and Taxes; and (III) Pay Debtor His Homestead Exemption (2301 Richland Avenue, San Jose, CA 95125) [Docket 209].

3.    The time period within which to file objections or requests for hearing has passed. As set forth in the concurrently filed Declaration of Gregg S. Kleiner, this office has not received any objections or requests for hearing, and no objections or requests for hearing have been filed with the Bankruptcy Court.

4.    The Notice provided parties with the opportunity to submit overbids. An overbid was received by the September 3, 2021 deadline. On September 7, 2021, the Trustee held an auction, at which time Iosefa Maria Carmen Maierean and George Chicioreanu (collectively, the "Buyer") submitted an overbid in the amount of $3,430,000. Subject to Court approval, the Trustee accepted the Buyer's offer.

5.    The Trustee has entered into a California Residential Purchase Agreement and Joint Escrow Instructions, along with a Seller's Counter-Offer to Purchase Contract ("Agreement") with the Buyer. True and correct copies of the Agreement are attached as Exhibit A to the Declaration of Gregg S. Kleiner.

WHEREFORE, the Trustee requests the entry of an Order authorizing him to sell the real property commonly referred to as 2301 Richland Avenue, San Jose, CA 95125 to the Buyer for $3,430,000, and otherwise consummate the sale of the Property as provided by the Notice.

DATED:    September 21, 2021          RINCON LAW LLP


By:    /s/ Gregg S. Kleiner
       GREGG S. KLEINER
       Counsel for FRED HJELMESET,
       Trustee in Bankruptcy