**Entered on Docket**
**September 22, 2021**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**




Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-672-5991
Fax. 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
FRED HJELMESET,
Trustee in Bankruptcy

**The following constitutes the order of the Court.**
**Signed: September 21, 2021**

Stephen Johnson

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028 SLJ<br>Chapter 7<br>Hon. Stephen L. Johnson<br><br>**ORDER AUTHORIZING TRUSTEE TO RESOLVE DISPUTE CONCERNING BANK ACCOUNTS AND TO ABANDON INTEREST IN CANADIAN REAL PROPERTY** |

The Court having reviewed and considered: (i) Motion for Authority to Resolve Dispute Concerning Bank Accounts and Canadian Real Property ("Motion") (Docket 202) filed by Fred Hjelmeset, Chapter 7 Trustee ("Trustee") of the above-captioned Debtor; (ii) the Trustee's request for order approving the Motion; and (iii) the declaration of Gregg S. Kleiner in support thereof, notice of the Motion being adequate and proper under the circumstances and other good cause appearing

IT IS HEREBY ORDERED THAT:

1. The Motion is approved in all respects;

2. The Trustee is authorized to enter into an "Agreement Concerning Bank Accounts and Canadian Real Property" ("Agreement") with Debtor Evander Frank Kane, an authentic copy of which is found at Docket 202-1. The Trustee is authorized to take any and all action necessary to consummate the Agreement, including executing any and all documents. Among other things, the

Trustee is authorized to: (i) retain the sum of $16,250 that the Debtor has paid to the estate to resolve a dispute between the Trustee and the Debtor with regard to the estate's interest in certain bank accounts scheduled in the Debtor's bankruptcy case, and (ii) abandon, pursuant to 11 U.S.C. §554, the estate's right, title and interest in real property commonly referred to as 3457 W 35th Ave., Vancouver, British Columbia, Canada and 8447 Isabel Place, Vancouver, British Columbia, Canada.

3. This order is effective upon entry, and the stay imposed by Rule 62(a) of FRCP and/or Bankruptcy Rule 6004(h) shall not apply.

****** END OF ORDER ******



Case: 21-50028 Doc# 225 Filed: 09/21/21 Entered: 09/22/21 08:52:50 Page 2 of 3

****COURT SERVICE LIST****

No Court Service Requested.