FRED HJELMESET
P.O. Box 4188
Mountain View, CA 94040
(650) 386-5634
fhtrustee@gmail.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

KANE, EVANDER FRANK,

              Debtor.

Case No. 21-50028 SLJ

Chapter 7

### TRUSTEE'S REPORT OF TRANSACTION

      COMES NOW, Fred Hjelmeset, trustee of the above-stated bankruptcy estate, and reports that pursuant to the order of this Court, Doc# 225, authorizing the estate to enter into an agreement with the Debtor concerning bank accounts and Canadian real property, the terms of which are described in the Motion filed herein as Doc# 202, the agreement has been completed.

      The amount received by the estate is **$16,250.00**.

DATED:    This 22nd day of September, 2021.

                                                    /s/ Fred Hjelmeset
                                                  Fred Hjelmeset, Chapter 7 Trustee