Case 3:21-cv-04597-WHO   Document 12   Filed 10/07/21   Page 1 of 3

Entered on Docket
October 08, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Appellee,
Evander Frank Kane

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 3:21-cv-4597-WHO<br><br>Bankruptcy Case No. 21-50028-SLJ<br>Chapter 7<br><br>Adversary Proceeding No. 21-5013 |
| CENTENNIAL BANK,<br><br>Appellant,<br><br>v.<br><br>EVANDER FRANK KANE,<br><br>Appellee. | **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE** |

Appellee Evander Frank Kane ("Kane") and Appellant Centennial Bank ("Centennial") enter into the following stipulation to modify the briefing schedule for this appeal as set forth below (the "Stipulation") and request the Court's approval of the revised schedule.

**RECITALS**

1. Centennial filed a notice of appeal in the above-mentioned bankruptcy case regarding an *Order Denying Motion to Dismiss* and elected this Court to resolve the appeal (the "Appeal").

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE                              1

2. Pursuant to this Court's scheduling order, Kane's response brief is due no more than thirty days after service of Centennial's principal brief. ECF 2. Centennial's brief was filed and served on September 21, 2021, placing the original deadline on October 21, 2021. ECF 10.

3. Kane has requested, and Centennial has agreed, to extend the time for Kane to file his responsive brief by three weeks, to November 11, 2021.

4. There has been one previous time modification in this Appeal. Pursuant to this Court's scheduling order, Centennial's principal brief was due no more than thirty days after docketing of notice that the record in this matter had been transmitted or was available electronically on the Court's docket. ECF 2. Such notice was filed on July 10, 2021, placing the original deadline on August 9, 2021. ECF 7. As stipulated by the parties, and as ordered by the Court, the filing deadline for Centennial's principal brief was extended to September 21, 2021. ECF 8–9.

5. Therefore, Kane and Centennial have discussed the matter and propose to modify the briefing schedule in the Appeal as set forth below.

## STIPULATION

1. Kane's responsive brief shall be due no later than November 11, 2021.

2. Except as specifically modified herein, all other deadlines for briefs in the Appeal and other matters set forth in this Court's scheduling order remain unchanged and in effect.

3. Kane and Centennial request that the Court enter an order approving this Stipulation.

Dated October 7, 2021                ANTHONY & PARTNERS, LLC

                                     /s/ Andrew Ghekas
                                     Andrew Ghekas
                                     Attorneys for Appellant Centennial Bank

Dated October 7, 2021                COOPER, WHITE & COOPER LLP

                                     /s/ Peter C. Califano
                                     Peter C. Califano
                                     Attorneys for Appellant Centennial Bank

| | |
|---|---|
| Dated October 7, 2021 | FINESTONE HAYES LLP |
| | */s/ Stephen D. Finestone*<br>Stephen D. Finestone<br>Attorneys for Appellee Evander Frank Kane |

## ORDER

IT IS SO ORDERED.

Dated  10/7/2021

_____
Hon. William H. Orrick
District Judge of the United States District Court for the Northern District of California

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE        3