MACDONALD | FERNANDEZ LLP
Reno F.R. Fernandez III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 392-5544

Attorneys for Creditor,
RACHEL KUECHLE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 21-50028-SLJ-7 |
| **EVANDER FRANK KANE**, | Chapter 7 |
| Debtor. | R.S. No. MF-1 |
| | **RACHEL KUECHLE'S MOTION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY** |
| | Date: November 9, 2021<br>Time: 10:00 a.m.<br>Place: Via Zoom Video Conference |
| | Honorable Stephen L. Johnson |

**COMES NOW** Rachel Kuechle, Creditor herein, moving for limited relief from the automatic stay to prosecute to judgment that certain action before the State of New York Supreme Court, County of Eerie, now pending as *Kuechle v. Kane*, Index No. 807030/2016, but only as to her cause of action for negligent injury, and to receive any insurance proceeds to which she may become entitled thereby, but not to enforce any judgment against the Debtor or the estate, pursuant to Bankruptcy Code §§ 105(a) and 362(d)(1), Rule 4001(a) of the Federal Rules of Bankruptcy Procedure and Bankruptcy Local Rule 4001-1. Pursuant to Bankruptcy Local Rule 4001-1(a), the Debtor is advised to appear at the hearing personally or through counsel. This Motion is supported by the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Samuel J. Capizzi, the accompanying Request for Judicial Notice and such additional evidence, representation and argument as may be offered in connection herewith. For further particulars,

1

reference is made thereto.

**WHEREFORE**, Creditor Rachel Kuechle prays for entry of an order:

1. Granting her relief from the automatic stay to the extent necessary to prosecute her cause of action for negligent injury to judgment before the aforesaid court;

2. Providing that she may receive any insurance proceeds to which she may become entitled thereby;

3. Providing that she may not enforce any resulting judgment against the Debtor or the estate without further order of this Court; and

4. For such other and further relief as is appropriate in the premises.

DATED: October 26, 2021         MACDONALD FERNANDEZ LLP

By: /s/ *Reno F.R. Fernandez III*
    Reno F.R. Fernandez III
    Attorneys for Creditor,
    RACHEL KUECHLE