**MACDONALD | FERNANDEZ LLP**
RENO F.R. FERNANDEZ III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor,
RACHEL KUECHLE

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re

**EVANDER FRANK KANE,**

Debtor.

Case No. 21-50028-SLJ-7

Chapter 7

R.S. No. MF-1

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RACHEL KUECHLE'S MOTION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**

Date: November 9, 2021
Time: 10:00 a.m.
Place: Via Zoom Video Conference

Honorable Stephen L. Johnson

**COMES NOW** Rachel Kuechle, Creditor herein, requesting that the Court take judicial notice of the following pleadings and papers filed in that certain civil action commenced on July 1, 2016, and now pending before the State of New York Supreme Court, County of Eerie, as *Kuechle v. Kane*, Index No. 807030/2016, and the contents thereof, pursuant to Rule 201(b) of the Federal Rules of Evidence:

1. The Summons and Complaint filed on July 1, 2016, a copy of which is attached hereto as Exhibit "A."

2. The Discovery Scheduling Order filed on January 1, 2018, a copy of which is attached hereto as Exhibit "B."

3. The Seventh Amended Discovery Scheduling Order filed on June 22, 2020, a copy of

which is attached hereto as Exhibit "C."

4. A true and correct copy of the docket for *Kuechle v. Kane* (Index No. 807030/2016), a copy of which is attached hereto as Exhibit "D."

This request for judicial notice is supported by the declaration appended below.

**WHEREFORE**, Creditor Rachel Kuechle requests that the Court take judicial notice of the foregoing documents, and the contents thereof, and for such other and further relief as is appropriate in the premises.

DATED: October 26, 2021

MACDONALD FERNANDEZ LLP

By: /s/ *Reno F.R. Fernandez III*
Reno F.R. Fernandez III
Attorneys for Creditor,
RACHEL KUECHLE

**DECLARATION**

I, Samuel J. Capizzi, declare:

1. I am a partner with Collins & Collins Attorneys, LLC, a law firm based in the State of New York and counsel of record for Rachel Kuechle, Plaintiff in that certain civil action commenced on July 1, 2016, and now pending before the State of New York Supreme Court, County of Eerie, as Kuechle v. Kane, Index No. 807030/2016. I am over the age of eighteen. The following facts are true and correct of my own knowledge. If called as a witness, I could and would competently testify as follows.

2. I am familiar with the pleadings and papers that have been filed in the aforesaid action, the procedural status of the action and the causes of action and issues raised in the action.

3. This Declaration is to further authenticate the documents attached as exhibits to the foregoing Request for Judicial Notice.

4. The Summons and Complaint filed on July 1, 2016, attached as Exhibit "A" is an accurate and complete copy of the document as filed in the action.

5. The Discovery Scheduling Order filed on January 1, 2018, attached as Exhibit "B" is an accurate and complete copy of the document as filed in the action.

6. The Seventh Amended Discovery Scheduling Order filed on June 22, 2020, attached as Exhibit "C" is an accurate and complete copy of the document as filed in the action.

7. The docket for the action as Exhibit "D" is an accurate and complete copy of the docket as it appeared on September 20, 2021.

I declare that the foregoing is true and accurate under penalty of perjury under the laws of the United States of America. Executed this 20th day of October, 2021, at Buffalo, New York.

*/s/ Samuel J. Capizzi*
SAMUEL J. CAPIZZI, Esq.

Case: 21-50028 Doc# 242-3 Filed: 10/26/21 Entered: 10/26/21 16:07:34 Page 3 of 17

# EXHIBIT A

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

**RACHEL KUECHLE**
**145 Oehman Boulevard**
**Cheektowaga, New York 14225**

Plaintiff,

**SUMMONS**

v.

**Index No.**

**EVANDER KANE**
**95 Main Street**
**Buffalo, New York 14203**

Defendant.

**TO THE ABOVE-NAMED DEFENDANTS:**

**YOU ARE HEREBY SUMMONED AND REQUIRED** to serve upon Plaintiff's attorneys, at the address stated below, a written Answer to the attached Complaint.

If this Summons is served upon you within the State of New York by personal service, you must respond within twenty (20) days after service, not counting the day of service. If this Summons is not personally delivered to you within the State of New York, you must respond within thirty (30) days after service is completed, as provided by law.

If you do not respond to the attached Complaint within the applicable time limitation stated above, a Judgment will be entered against you by default for the relief demanded in the Complaint without further notice to you.

This action is brought within the County of Erie and the State of New York because of the residence of the Plaintiff in Erie County.

DATED: July 1, 2016
Buffalo, New York

SAMUEL J. CAPIZZI, ESQ.
COLLINS & COLLINS ATTORNEYS, LLC
*Attorneys for Plaintiff*
267 North Street
Buffalo, New York 14201
(716) 885-9700

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

RACHEL KUECHLE,

Plaintiff,

v.

EVANDER KANE,

Defendant.

**COMPLAINT**

Index No:

The Plaintiff, RACHEL KUECHLE, by and through her attorneys, COLLINS & COLLINS ATTORNEYS, LLC, as and for her Complaint against the Defendant, EVANDER KANE, alleges:

1. Plaintiff, RACHEL KUECHLE, was and still is a resident of the Town of Cheektowaga, County of Erie, State of New York.

2. Upon information and belief, the Defendant, EVANDER KANE, was and still is a resident of the County of Erie, residing at the Buffalo Marriott Harborcenter, Buffalo, New York.

3. On December 26, 2015, the Plaintiff, RACHEL KUECHLE, visited Encore Restaurant located at 492 Pearl Street, Buffalo, New York 14202.

4. At some point during the evening of December 26-27, 2015, the Plaintiff, RACHEL KUECHLE, met the Defendant, EVANDER KANE, at Encore Restaurant.

5. While at Encore Restaurant, the Defendant, EVANDER KANE, provided the Plaintiff, RACHEL KUECHLE, with alcoholic beverages.

6. On the morning of December 27, 2015, The Defendant, EVANDER KANE, invited the Plaintiff, RACHEL KUECHLE, back to the Buffalo Marriott

Harborcenter, located at 95 Main Street, Buffalo, NY 14203, under the false pretext of attending a party at the Defendant's hotel room.

7. Upon information and belief, the Defendant, EVANDER KANE, sent a message to his personal driver to instruct the driver to drive the Defendant and the Plaintiff to the Buffalo Marriott Harborcenter.

8. Upon information and belief, a hotel room at the Buffalo Marriott Harborcenter was serving as the Defendant's personal residence at the time.

9. The Defendant and the Plaintiff were then driven to the Buffalo Marriott Harborcenter by the Defendant's personal driver.

10. The Defendant, EVANDER KANE, led the Plaintiff, RACHEL KUECHLE, through the employee entrance of the hotel in order to take the Plaintiff to his hotel room.

**AS AND FOR A FIRST CAUSE OF ACTION AGAINST THE DEFENDANT, EVANDER KANE, THE PLAINTIFF, RACHEL KUEHCLE, ALLEGES:**

11. The Plaintiff repeats and realleges paragraphs "1" through "10" as if fully set forth herein.

12. While in the Defendant's hotel room on December 27, 2015, the Defendant, EVANDER KANE, inflicted a battery upon the Plaintiff, RACHEL KUECHLE.

13. The physical battery inflicted upon the Plaintiff, RACHEL KUECHLE, by the Defendant, EVANDER KANE, was unconsented to.

14. The physical battery inflicted upon the Plaintiff, RACHEL KUECHLE, by the Defendant, EVANDER KANE, was violent, and offensive in nature.

15. As a direct and proximate result of the unwanted, unconsented to, violent, and offensive in nature physical battery inflicted upon the Plaintiff, the Plaintiff was caused to suffer bodily injury including lacerations, extensive bleeding requiring multiple surgeries and blood transfusions, and serious emotional trauma, all to her detriment.

16. As a result of the Defendant's unwanted, and unconsented to, violent, and offensive physical battery upon the Plaintiff, the Plaintiff, RACHEL KUECHLE, suffered serious, permanent and painful personal injuries by reason of which the Plaintiff will suffer damage in excess of the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

17. The Plaintiff demands a trial by jury.

**<u>AS AND FOR A SECOND CAUSE OF ACTION AGAINST THE DEFENDANT, EVANDER KANE, THE PLAINTIFF, RACHEL KUEHCLE, ALLEGES</u>:**

18. Plaintiff repeats and reallages paragraphs "1" through "17" as if fully set forth herein.

19. On December 27, 2015, the Defendant, EVANDER KANE, intentionally and/or recklessly engaged in extreme and outrageous conduct towards the Plaintiff, RACHEL KUECHLE, in a manner so shocking and outrageous that it exceeded all reasonable bounds of decency.

20. On December 27, 2015, the Defendant, EVANDER KANE, had intent to cause to severe emotional distress, or disregarded a substantial probability of causing severe emotional distress to the Plaintiff, RACHEL KUECHLE, through his conduct towards the Plaintiff which was so shocking and outrageous that it exceeded all reasonable bounds of decency.

21. As a direct and proximate result of the Defendant, EVANDER KANE's, shocking and outrageous conduct towards the Plaintiff on December 27, 2015, the Plaintiff, RACHEL KUECHLE, was caused to suffer severe emotional distress of such an intensity and duration that no reasonable person should be expected to endure it.

22. As a result of the Defendant's extreme and outrageous conduct, the Plaintiff, RACHEL KUECHLE, suffered serious, permanent and painful personal injuries by reason of which the Plaintiff will suffer damage in excess of the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

23. The Plaintiff demands a trial by jury.

**AS AND FOR A THIRD CAUSE OF ACTION AGAINST THE DEFENDANT, EVANDER KANE, THE PLAINTIFF, RACHEL KUEHCLE, ALLEGES:**

24. Plaintiff repeats and reallages paragraphs "1" through "23" as if fully set forth herein.

25. On December 27, 2015, the Defendant, EVANDER KANE, engaged in conduct unreasonably endangering the Plaintiff, RACHEL KUECHLE's physical safety by causing her to suffer lacerations, bleeding, multiple surgeries and blood transfusions.

26. As a direct and proximate result of the Defendant, EVANDER KANE's, conduct unreasonably endangering the Plaintiff's physical safety, the Plaintiff, RACHEL KUECHLE was caused to suffer severe emotional distress, and serious, permanent and painful personal injuries by reason of which the Plaintiff will suffer damage in excess of the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

27. The Plaintiff demands a trial by jury.

**AS AND FOR A FOURTH CAUSE OF ACTION AGAINST THE DEFENDANT, EVANDER KANE, THE PLAINTIFF, RACHEL KUEHCLE, ALLEGES:**

28. Plaintiff repeats and reallages paragraphs "1" through "27" as if fully set forth herein.

29. On December 27, 2015, the Defendant, EVANDER KANE, negligently caused serious, permanent and painful personal injuries to the Plaintiff, RACHEL KUECHLE.

30. As a direct and proximate result of the negligence of the Defendant, EVANDER KANE, the Plaintiff, RACHEL KUEHCLE was caused to suffer bodily injury including lacerations, extensive bleeding requiring multiple surgeries and blood transfusions, and severe emotional trauma, all to her detriment.

31. As a result of the Defendant, EVANDER KANE's, negligence the Plaintiff, the Plaintiff, RACHEL KUECHLE, suffered serious, permanent and painful personal injuries by reason of which the Plaintiff will suffer damage in excess of the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

32. The Plaintiff demands a trial by jury.

**WHEREFORE**, the Plaintiff, RACHEL KUECHLE, demands judgment against the Defendant as and for her first, second, third, and fourth causes of action together with the costs and disbursements of this action.

DATED: July 1, 2016
Buffalo, New York

SAMUEL J. CAPIZZI, ESQ.
COLLINS & COLLINS
ATTORNEYS, LLC
Attorneys for Plaintiff
267 North Street
Buffalo, New York 14201
(716) 885-9700

# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

RACHEL KUECHLE,
Plaintiff,

v.

EVANDER KANE,
Defendant.

DISCOVERY
SCHEDULING ORDER
Index No. 807030/2016

**WHEREAS**, the above captioned matter having come on before the Court, or its assigned Court Attorney, for a preliminary status conference on January 18, 2018, wherein all parties appeared and were given an opportunity to be heard,

**NOW**, it is hereby

**ORDERED**, that the following schedule is established:

1. All paper discovery to be completed by 3/31/2018
2. All party depositions to be completed by 5/31/2018
3. All non-party depositions to be completed by 7/31/2018
4. All medical examinations to be conducted by 8/31/2018
5. Additional discovery to be completed by ________
6. Note of Issue to be filed by 12/31/2018

And it is further,

**ORDERED**, that a telephone status conference will be held **April 26, 2018 at 10:00 a.m.**, and it is further

**ORDERED**, that any party unable to comply with this Order shall apply to the Court prior to the date scheduled for a resettlement of this Order or shall provide a stipulation of all parties providing for a new date; and it is further

**ORDERED**, that any party aggrieved by a failure to comply herewith may thereafter apply to the Court for an Order of Preclusion.

**GRANTED**: Jan. 18, 2018

E. Jeannette Ogden
Hon. E. Jeannette Ogden, J.S.C.

**Attorneys for the Plaintiff**
Samuel Capizzi, Esq.
Collins and Collins
267 North Street
Buffalo, New York 14201
scapizzi@collinscollins.com

**Attorneys for the Defendant**
James Scime, Esq.
Lipsitz Green Scime Cambria, LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202
jscime@lglaw.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

RACHEL KUECHLE,
Plaintiff,
v.

EVANDER KANE,
Defendant.

SEVENTH AMENDED DISCOVERY SCHEDULING ORDER
Index No. 807030/2016

**WHEREAS**, the above captioned matter having come on before the Court, or its assigned Court Attorney, for a telephone status conference on January 13, 2020 wherein all parties appeared and were given an opportunity to be heard,

**NOW**, it is hereby

**ORDERED**, that the following schedule is established:

1. All paper discovery to be completed by ______________
2. All party depositions to be completed by ______________
3. All non-party depositions to be completed by ______________
4. All medical examinations to be noticed by 8/31/2020
5. Additional discovery to be completed by EBT's of non party Buffalo Police Officers – 8/31/2020
6. Note of Issue to be filed by ______________

And it is further,

**ORDERED**, that a telephone status conference will be held **September 21, 2020 at 9:30 a.m.** and it is further

**ORDERED**, that any party unable to comply with this Order shall apply to the Court prior to the date scheduled for a resettlement of this Order or shall provide a stipulation of all parties providing for a new date; and it is further

**ORDERED**, that non compliance may results in an Order of Preclusion and/or waiver; and it is further

**ORDERED**, that any party aggrieved by a failure to comply herewith may thereafter apply to the Court for an Order of Preclusion.

E. Jeannette Ogden
Hon. E. Jeannette Ogden, J.S.C.

**DATED: June 22, 2020**

**Attorneys for the Plaintiff**
Samuel Capizzi, Esq.
Collins and Collins
267 North Street
Buffalo, New York 14201
scapizzi@collinscollins.com

**Attorneys for the Defendant**
James Scime, Esq.
Lipsitz Green Scime Cambria, LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202
jscime@lglaw.com

# EXHIBIT D







# WebCivil Supreme - eFiled Documents Detail

Court: **Erie Supreme Court**
Index Number: **807030/2016**
Case Name: **Kuechle, Rachel vs. Kane, Evander**
Case Type: **Tort-Other**
Track: **Standard**

**Document List** - Click on the document name to view the document

| Document # | Date Received/Filed | Document | Description | Motion # | Filing User |
|---|---|---|---|---|---|
| 1 | 07/01/2016 | SUMMONS + COMPLAINT | --none-- | | SAMUEL JAMES CAPIZZI |
| 2 | 07/19/2016 | AFFIRMATION/AFFIDAVIT OF SERVICE | --none-- | | SAMUEL JAMES CAPIZZI |
| 3 | 09/16/2016 | ANSWER WITH COUNTER-CLAIM(S) | --none-- | | JAMES THOMAS SCIME |
| 4 | 10/05/2016 | REPLY TO COUNTERCLAIM(S) | --none-- | | SAMUEL JAMES CAPIZZI |
| 5 | 10/13/2017 | RJI -RE: REQUEST FOR PRELIMINARY CONFERENCE | --none-- | | SAMUEL JAMES CAPIZZI |
| 6 | 01/18/2018 | ORDER - OTHER | Discovery Scheduling Order | | Melanie Ruszaj court user |
| 7 | 04/10/2018 | NOTICE OF MOTION | --none-- | 001 | SAMUEL JAMES CAPIZZI |
| 8 | 04/10/2018 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION | --none-- | 001 | SAMUEL JAMES CAPIZZI |
| 9 | 04/10/2018 | EXHIBIT(S) | Summons and Complaint | 001 | SAMUEL JAMES CAPIZZI |
| 10 | 04/10/2018 | EXHIBIT(S) | Answer and Counterclaim | 001 | SAMUEL JAMES CAPIZZI |
| 11 | 04/10/2018 | EXHIBIT(S) | Plaintiff's Reply to Defendant's Counterclaim | 001 | SAMUEL JAMES CAPIZZI |
| 12 | 04/10/2018 | MEMORANDUM OF LAW | --none-- | 001 | SAMUEL JAMES CAPIZZI |
| 13 | 04/10/2018 | AFFIRMATION/AFFIDAVIT OF SERVICE | --none-- | 001 | SAMUEL JAMES CAPIZZI |
| 14 | 05/02/2018 | ORDER - CASE SCHEDULING | Amended Discovery Scheduling Order | | Melanie Ruszaj court user |
| 15 | 05/25/2018 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION | --none-- | 001 | JAMES THOMAS SCIME |
| 16 | 05/31/2018 | AFFIDAVIT OR AFFIRMATION IN REPLY | --none-- | 001 | ALISON KRISTINE HASELEY |
| 17 | 05/31/2018 | AFFIRMATION/AFFIDAVIT OF SERVICE | --none-- | 001 | ALISON KRISTINE HASELEY |
| 18 | 10/18/2018 | ORDER ( PROPOSED ) | --none-- | 001 | SAMUEL JAMES CAPIZZI |
| 19 | 10/18/2018 | EXHIBIT(S) | Transcript of Decision dated, June 5, 2018 | 001 | SAMUEL JAMES CAPIZZI |
| 20 | 10/25/2018 | ORDER - MOTION - LONG FORM | --none-- | 001 | Wendy Haseley court user |
| 21 | 11/13/2018 | NOTICE OF APPEAL | --none-- | 001 | SAMUEL JAMES CAPIZZI |
| 22 | 11/13/2018 | AFFIRMATION/AFFIDAVIT OF SERVICE | --none-- | 001 | SAMUEL JAMES CAPIZZI |
| 23 | 11/19/2018 | NOTICE OF CROSS APPEAL | Notice of Cross Appeal | 001 | JOHN ALBERT COLLINS |
| 24 | 11/19/2018 | AFFIRMATION/AFFIDAVIT OF SERVICE | Proof of Service | 001 | JOHN ALBERT COLLINS |
| 25 | 12/04/2018 | ORDER - CASE SCHEDULING | --none-- | | Wendy Haseley court user |
| 26 | 03/21/2019 | ORDER - CASE SCHEDULING | --none-- | | Wendy Haseley court user |
| 27 | 07/17/2019 | STIPULATION - PARTIAL DISCONTINUANCE (POST RJI) | --none-- | | MELISSA DOROTHY WISCHERATH |

| | | | | | |
|---|---|---|---|---|---|
| 28 | 08/21/2019 | ORDER - CASE SCHEDULING | --none-- | | Wendy Haseley court user |
| 29 | 10/09/2019 | APPELLATE COURT DECISION/ORDER (CERTIFIED COPY) | --none-- | | Melinda Collins court user |
| 30 | 10/08/2019 | RECORD ON APPEAL (COPY) | --none-- | | Melinda Collins court user |
| 31 | 10/30/2019 | ORDER - CASE SCHEDULING | --none-- | | Wendy Haseley court user |
| 32 | 12/31/2019 | AFFIRMATION/AFFIDAVIT OF SERVICE | AOS for Non-Party Witness Subpoena - Turner (1) | | MELISSA DOROTHY WISCHERATH |
| 33 | 12/31/2019 | AFFIRMATION/AFFIDAVIT OF SERVICE | AOS for Non-Party Witness Subpoena - Turner (2) | | MELISSA DOROTHY WISCHERATH |
| 34 | 01/21/2020 | AFFIRMATION/AFFIDAVIT OF SERVICE | AOS for Judicial Subpoena - City of Buffalo Law Department | | MELISSA DOROTHY WISCHERATH |
| 35 | 01/29/2020 | ORDER - CASE SCHEDULING | Sixth Amended Scheduling Order | | Wendy Haseley court user |
| 36 | 06/22/2020 | ORDER - CASE SCHEDULING | SEVENTH AMENDED DISCOVERY SCHEDULING ORDER | | James A Kasprzak court user |
| 37 | 08/05/2020 | AFFIRMATION/AFFIDAVIT OF SERVICE | AOS of NPW Subpoena - Police Officer Baker | | MELISSA DOROTHY WISCHERATH |
| 38 | 08/05/2020 | AFFIRMATION/AFFIDAVIT OF SERVICE | AOS of NPW Subpoena - Police Officer Yeates | | MELISSA DOROTHY WISCHERATH |
| 39 | 08/05/2020 | AFFIRMATION/AFFIDAVIT OF SERVICE | AOS of NPW Subpoena - Detective Neureuther | | MELISSA DOROTHY WISCHERATH |
| 40 | 11/09/2020 | AFFIRMATION/AFFIDAVIT OF SERVICE | of Judicial Subpoena Duces Tecum on Erie County Medical Examiner | | MELISSA DOROTHY WISCHERATH |
| 41 | 11/09/2020 | Document Deleted | | | |

Close