**MACDONALD | FERNANDEZ LLP**
Reno F.R. Fernandez III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 392-5544

Attorneys for Creditor,
RACHEL KUECHLE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 21-50028-SLJ-7 |
| **EVANDER FRANK KANE**, | Chapter 7 |
| Debtor. | R.S. No. MF-1 |
| | **DECLARATION OF SAMUEL J. CAPIZZI IN SUPPORT OF RACHEL KUECHLE'S MOTION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY** |
| | Date: November 9, 2021<br>Time: 10:00 a.m.<br>Place: Via Zoom Video Conference |
| | Honorable Stephen L. Johnson |

I, Samuel J. Capizzi, declare:

1. I am a partner with Collins & Collins Attorneys, LLC, a law firm based in the State of New York and counsel of record for Rachel Kuechle, Plaintiff in that certain civil action commenced on July 1, 2016, and now pending before the State of New York Supreme Court, County of Eerie, as *Kuechle v. Kane*, Index No. 807030/2016 (the "Litigation"). I am over the age of eighteen. The following facts are true and correct of my own knowledge. If called as a witness, I could and would competently testify as follows.

2. I am an attorney duly licensed and admitted to practice before the court of the State of New York, in good standing, since January 12, 1989 (NY SBN 2242741). I am a member of the American Association of Justice, the American Board of Trial Advocates, the Million Dollar

1

Advocates Forum, the Best Lawyers in America, the New York State Trial Lawyers Association, the New York State Bar Association, the New York State Bar Association Pro Bono Appeals Panel and the Erie County Bar Association. I have extensive experience litigating large and complex personal injury cases, including construction accidents, automobile accidents, railroad injuries, premises liability, product liability and commercial claims. I have handled several appeals, including an appeal to the Court of Appeals in Albany, which is the highest court in the State of New York.

3. I am familiar with the pleadings and papers that have been filed in the Litigation, the procedural status of the Litigation and the causes of action and issues raised in the Litigation.

4. All potential witnesses and evidence that I know of are in the State of New York.

5. Without waiving any rights with respect to further discovery, factual discovery in the Litigation is nearly complete. Specifically, all factual and documentary discovery has been completed, and the only potential discovery remaining is updating medical records discovery.

6. Significant motions and other activities have been completed in the Litigation.

7. Aside from possible pretrial motions, the only substantial task remaining in the Litigation is to hold a trial by jury on factual issues.

8. Were it able to proceed on the claim for negligent injury, it is my opinion that the Litigation would be ready for trial in approximately 3 to 6 months.

I declare that the foregoing is true and accurate under penalty of perjury under the laws of the United States of America. Executed this 15th day of October, 2021, at Buffalo, New York.

*/s/ Samuel J. Capizzi*
SAMUEL J. CAPIZZI, Esq.