**MACDONALD | FERNANDEZ LLP**
Reno F.R. Fernandez III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 392-5544

Attorneys for Creditor,
RACHEL KUECHLE

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>**EVANDER FRANK KANE**,<br><br>Debtor. | Case No. 21-50028-SLJ-7<br><br>Chapter 7<br><br>R.S. No. MF-1<br><br>**NOTICE OF HEARING ON RACHEL KUECHLE'S MOTION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: November 9, 2021<br>Time: 10:00 a.m.<br>Place: Via Zoom Video Conference<br><br>Honorable Stephen L. Johnson |

TO: THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY COURT JUDGE AT SAN JOSE, CALIFORNIA, DEBTOR HEREIN, U.S. TRUSTEE AND ITS COUNSEL OF RECORD, ALL PARTIES IN INTEREST, AND ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that a preliminary hearing on the Motion for Limited Relief from the Automatic Stay (the "Motion") of Creditor RACHEL KUECHLE (herein "Movant") praying for entry of an order from limited relief from the automatic stay pursuant to Bankruptcy Code §105(a) and 362(d)(1), Fed. R. Bankr. P. 4001 and Bankr. L. R. 4001-1, will be held on November 9, 2021, at 10:00 a.m. or as soon thereafter as the matter may be heard, before the Honorable Stephen L. Johnson, United States Bankruptcy Judge.

Movant's Motion for Limited Relief from the Automatic Stay will be based upon this Notice of Hearing, the Motion, the Memorandum of Points and Authorities, the Declaration of Samuel

1

Capizzi, and the Request for Judicial Notice, filed concurrently herewith, and any arguments presented to the Court at the hearing hereon. Copies of the Motion and its supporting documents are served herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bankruptcy Court's Seventh Amended General Order No. 38 In re: COVID-19 Public Health Emergency, effective June 28, 2021, and until otherwise ordered, all hearings shall be conducted by video or teleconference. The Courtroom will be closed. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that a Respondent will not be required to, but may, file responsive pleadings, points and authorities, and declarations for any preliminary hearing pursuant to Bankruptcy Local Rule 4001-1(f).

DATED: October 26, 2021    MACDONALD FERNANDEZ LLP

By: /s/ *Reno F.R. Fernandez III*
Reno F.R. Fernandez III
Attorneys for Secured Creditor,
DAKOTA NOTE, LLC

2