**MACDONALD | FERNANDEZ LLP**
Reno F.R. Fernandez III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 392-5544

Attorneys for Creditor,
RACHEL KUECHLE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**EVANDER FRANK KANE**,<br><br>Debtor. | Case No. 21-50028-SLJ-7<br><br>Chapter 7<br><br>R.S. No. MF-1<br><br>**NOTICE OF ERRATA TO NOTICE OF HEARING ON RACHEL KUECHLE'S MOTION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: November 9, 2021<br>Time: 10:00 a.m.<br>Place: Via Zoom Video Conference<br><br>Honorable Stephen L. Johnson |

PLEASE TAKE NOTICE that Rachel Kuechle, Creditor herein, hereby submits this Notice of Errata to her Notice of Hearing on Rachel Kuechle's Motion for Limited Relief from the Automatic Stay (Dckt. No. 243) (herein "Notice") filed on October 26, 2021, and respectfully represents as follows:

The signature line contains a typographical error and states "Attorneys for Secured Creditor, Dakota Note, LLC" (*see Dckt. No. 243, 2: 19-20)*. The signature line should be corrected to "Attorneys for Creditor, Rachel Kuechle." Creditor hereby corrects the aforementioned error.

DATED: October 27, 2021                 MACDONALD FERNANDEZ LLP

                                               By: /s/ *Reno F.R. Fernandez III*
                                                   Reno F.R. Fernandez III
                                                   Attorneys for Creditor,
                                                   RACHEL KUECHLE