```
Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.:  415-672-5991
Facsimile No.:   415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for FRED HJELMESET,
Trustee in Bankruptcy
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028 SLJ<br>Chapter 7<br>Hon. Stephen L. Johnson<br><br>R.S. No. MF-1<br><br>**TRUSTEE'S NON-OPPOSITION TO RACHEL KUECHLE'S MOTION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:  November 9, 2021<br>Time:  10:00 a.m.<br>Place:  AT&T Connect Teleconference or Zoom Video Conference |

**TO THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY JUDGE:**

Fred Hjelmeset, the Chapter 7 Trustee for the bankruptcy estate of Evander Frank Kane, has reviewed the motion for relief from the automatic stay filed by Rachel Kuechle [Docket 242]. The Trustee has no opposition to the Court entering an order granting relief from the automatic stay to pursue the state court litigation; ***provided, however***, as set forth in the motion, any judgment entered in favor of Ms. Kuechle may not be enforced against the Debtor or assets of the Debtor's estate without further order from this Court.

DATED: November 2, 2021	RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for FRED HJELMESET,
Trustee in Bankruptcy