**MACDONALD | FERNANDEZ LLP**
Reno F.R. Fernandez III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 392-5544

Attorneys for Creditor,
RACHEL KUECHLE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**EVANDER FRANK KANE**,<br><br>Debtor. | Case No. 21-50028-SLJ-7<br><br>Chapter 7<br><br>R.S. No. MF-1<br><br>**NOTICE OF ERRATA TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RACHEL KUECHLE'S MOTION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: November 9, 2021<br>Time: 10:00 a.m.<br>Place: Via Zoom Video Conference<br><br>Honorable Stephen L. Johnson |

**NOTICE IS HEREBY GIVEN** that Rachel Kuechle, Creditor herein, hereby withdraws the word "sexually" from the introduction in her Memorandum of Points and Authorities in Support of Motion for Limited Relief from the Automatic Stay filed on October 26, 2021 (Docket No. 242-2). For the purposes of the within motion, Ms. Kuechle makes no representation as to whether her assault was sexual or not. In the event of any inconsistency between the Memorandum and its accompanying documents, on one hand, and the Complaint referenced therein, on the other hand, the words and phrases of the Complaint should control.

DATED: November 8, 2021

MACDONALD FERNANDEZ LLP

By: /s/ *Reno F.R. Fernandez III*
    Reno F.R. Fernandez III
    Attorneys for Creditor,
    RACHEL KUECHLE