

**MACDONALD | FERNANDEZ LLP**
Reno F.R. Fernandez III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 392-5544

Attorneys for Creditor,
Rachel Kuechle

The following constitutes the order of the Court.
Signed: November 10, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

**EVANDER FRANK KANE**,

    Debtor.

Case No. 21-50028-SLJ-7

Chapter 7

R.S. No. MF-1

**ORDER GRANTING RACHEL KUECHLE'S MOTION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**

Date:  November 9, 2021
Time:  10:00 a.m.
Place:  Via Zoom Video Conference

Honorable Stephen L. Johnson

    A hearing on Rachel Kuechle's Motion for Limited Relief from the Automatic Stay (Docket No. 242) was held on November 9, 2021. Reno F.R. Fernandez III appeared for Rachel Kuechle, Movant herein; Ryan A. Witthans appeared for Evander Frank Kane, Debtor herein. The Court, having considered the Motion and all evidence, representation and argument offered in connection therewith, including the Debtor's Statement Regarding Motion for Relief from Stay (Docket No. 247), the Trustee's Non-Opposition to Rachel Kuechle's Motion for Relief from the Automatic Stay (Docket No. 246), and the Movant's Notice of Errata to Memorandum of Points and Authorities (Docket No. 248), for the reasons stated on the record, and good cause appearing,

    **IT IS HEREBY ORDERED** that:

    1.    The Motion is **GRANTED** to the extent provided herein;

2.  The automatic stay provided in Bankruptcy Code § 362(a) is hereby modified such that the movant, namely Rachel Kuechle, may prosecute to judgment that certain action before the State of New York Supreme Court, County of Eerie, now pending as *Kuechle v. Kane*, Index No. 807030/2016, but only as to her fourth cause of action for negligent injury; and

3.  Notwithstanding the foregoing, Ms. Kuechle may not enforce any resulting judgment, award or order against the Debtor or the estate absent further order of this Court.

APPROVED AS TO FORM:

FINESTONE HAYES LLP

By: /s/ Ryan A. Witthans
Ryan A. Witthans
Counsel for Debtor,
Evander Frank Kane

*** END OF ORDER ***

**COURT SERVICE LIST**

All parties required to be served are registered CM/ECF participants who have appeared in this case. B.L.R. 9022-1(a).