1  Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
2  FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
3  San Francisco, CA 94104
Tel.:   (415) 616-0466
4  Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
5  Email: rwitthans@fhlawllp.com

6  Attorneys for Debtor,
Evander Frank Kane
7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  In re                                    Case No. 21-50028-SLJ
                                             Chapter 7
12  EVANDER FRANK KANE,
                                             **FOURTH STIPULATION TO EXTEND**
13  Debtor.                                  **TIME TO ASSUME OR REJECT**
                                             **CONTRACT**
14

15

16        Debtor Evander Kane ("Kane"), Fred Hjelmeset in his capacity as the Chapter 7 Trustee

17  (the "Trustee") and the San Jose Sharks, LLC (the "SJS" and collectively with Kane and the

18  Trustee, the "Parties") by and through their respective attorneys of record enter into the

19  following Stipulation to Extend Time to Assume or Reject Contract (the "Stipulation"):

20        Whereas, the Debtor filed the instant bankruptcy case on January 9, 2021;

21        Whereas, the Trustee is the duly appointed trustee in this matter;

22        Whereas, SJS was and remains Debtor's employer pursuant to a contract entered into on

23  or about May 18, 2018 (the "Contract");

24        Whereas, as part of his bankruptcy filing, Debtor filed Schedule G, which lists executory

25  contracts and unexpired leases, and Debtor included the Contract on Schedule G;

26        Whereas, the Parties previously entered into a Stipulation to Extend Time to Assume or

27  Reject Contract (ECF 50) and the Court entered an order (ECF 51) extending the deadline for the

28  assumption or rejection of the Contract to June 7, 2021, and a Second Stipulation to Extend Time

STIP TO EXTEND TIME                                                              1

1  to Assume or Reject Contract (ECF 157), and the Court entered an order (ECF 159) extending

2  the deadline for the assumption or rejection of the Contract to September 7, 2021, and Third

3  Stipulation to Extend Time to Assume or Reject Contract (ECF 215), and the Court entered an

4  order (ECF 219) extending the deadline for the assumption or rejection of the Contract to

5  December 7, 2021; and,

6      Whereas, the Parties wish to further extend the deadline to assume or reject the Contract,

7  the Parties stipulate as follows:

8      1.    The deadline to assume or reject the Contract is extended to and including March

9  8, 2022.

10      2.    This Stipulation is not intended as an acknowledgment that the Contract is an

11  executory contract governed by Bankruptcy Code Section 365, nor that an assumption of the

12  Contract is required under the Bankruptcy Code for Kane and SJS to continue to comply with the

13  Contract.

14      3.    This Stipulation is without prejudice to some or all of the parties further extending

15  the time to assume or reject the Contract.

16      4.    The Parties request that the Court enter an order approving this Stipulation.

17  Dated: December 7, 2021    FINESTONE HAYES LLP

18

19  /s/ Stephen D. Finestone
    Stephen D. Finestone
    Attorneys Evander Kane

20  Dated: December 7, 2021    RINCON LAW LLP

21

22  /s/ Gregg S. Kleiner
    Gregg S. Kleiner
23      Attorneys for Fred Hjelmeset

24  Dated: December 7, 2021    FOLEY & LARDNER LLP

25

26  /s/ Michael J. Small
    Michael J. Small
27      Lewis Zirogiannis
    Attorneys for San Jose Sharks, LLC

28

STIP TO EXTEND TIME    2