

1  Michael Gerard Fletcher (State Bar No. 070849)
     mfletcher@frandzel.com
2  Reed S. Waddell (State Bar No. 106644)
     rwaddell@frandzel.com
3  Gerrick M. Warrington (State Bar No. 294890)
     gwarrington@frandzel.com
4  FRANDZEL ROBINS BLOOM & CSATO
   1000 Wilshire Boulevard, Nineteenth Floor
5  Los Angeles, California 90017-2427
   Telephone: (323) 852-1000
6  Facsimile: (323) 651-2577

7  Attorneys for creditor ZIONS
   BANCORPORATION, N.A., dba
8  California Bank & Trust

**The following constitutes the order of the Court.**
**Signed: December 6, 2021**

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

9
10              UNITED STATES BANKRUPTCY COURT
11              NORTHERN DISTRICT OF CALIFORNIA
                     SAN JOSE DIVISION
12

13  In re                              Case No. 21-50028

14  EVANDER FRANK KANE,                 Chapter 7

15          Debtor.                     **ORDER APPROVING SEVENTH
                                        STIPULATION FOR ORDER
16                                      EXTENDING DEADLINE UNDER
                                        BANKRUPTCY RULE 4007(c) TO FILE
17                                      COMPLAINT TO DETERMINE
                                        DISCHARGEABILITY OF DEBT**
18
19                                      [No hearing required]

20                                      Hon. Stephen L. Johnson
21
22
23
24
25
26
27
28

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

4262723v1 | 031205-0132   1

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1    The Court has reviewed and considered the Seventh Stipulation for Order Extending

2 deadline under Bankruptcy Rule 4007(c) to File Complaint to Determine Dischargeability of Debt

3 (Dkt. *pending*) entered into by and between Zions Bancorporation, N.A., dba California Bank &

4 Trust ("Zions") and the Debtor, Evander Frank Kane ("Kane"). This matter does not require a

5 hearing, and good cause appearing.

6    IT IS THEREFORE ORDERED that:

7    1.    The Seventh Stipulation is APPROVED.

8    2.    The deadline for Zions to file a complaint to determine the dischargeability of debt

9 pursuant to Bankruptcy Rules 4007(c) is further extended from December 10, 2021, through and

10 including the earlier of (a) March 31, 2022, (b) the date which is 30 calendar days from the date on

11 which Zions' counsel is served with an Order of this Court indicating that the "hold" on § 523(a)

12 actions initially implemented via the Stay Order has been terminated or ended, or (c) the date

13 which is 30 calendar days from the date on which the Debtor's counsel notifies Zion's counsel in

14 writing that said "hold" on § 523(a) actions has been terminated by Court Order.

15

**Approved as to Form**:

16
Dated:  December 6, 2021

17

18  By:  _ *Stephen D. Finestone*

19       Stephen D. Finestone
        Attorney for the Debtor

20

21                    ***END OF ORDER***

22

23

24

25

26

27

28

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1

## Court Service List

2  All ECF participants.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28