

1  Stephen D. Finestone (125675)
2  Jennifer C. Hayes (197252)
   Ryan A. Witthans (301432)
3  FINESTONE HAYES LLP
   456 Montgomery Street, Floor 20
4  San Francisco, CA 94104
   Tel.:   (415) 616-0466
5  Fax:   (415) 398-2820
   Email: sfinestone@fhlawllp.com
6  Email: jhayes@fhlawllp.com
   Email: rwitthans@fhlawllp.com
7  Attorneys for Debtor,
8  Evander Frank Kane

The following constitutes the order of the Court.
Signed: December 8, 2021

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re

EVANDER FRANK KANE,

Debtor.

Case No. 21-50028-SLJ

Chapter 7

**ORDER APPROVING FOURTH STIPULATION TO EXTEND TIME TO ASSUME OR REJECT CONTRACT**

The Debtor, Evander Kane ("Kane"), Fred Hjelmeset in his capacity as the Chapter 7 Trustee (the "Trustee") and the San Jose Sharks, LLC (the "SJS") having entered into a Fourth Stipulation to Extend Time to Assume or Reject Contract (the "Stipulation") and good cause appearing;

**IT IS ORDERED** that:

1. The Stipulation is approved.

2. The deadline to assume or reject the Contract (as defined in the Stipulation) is extended to and including March 8, 2022.

3. This order is not a determination that the Contract is an executory contract governed by Bankruptcy Code Section 365, nor that an assumption of the Contract is required under the Bankruptcy Code for Kane and SJS to continue to comply with the Contract.

4. This order is without prejudice to some or all of the parties further extending the time to assume or reject the Contract.

** END OF ORDER **

Approved as to form:

RINCON LAW LLP

/s/ Gregg S. Kleiner
Gregg S. Kleiner
Attorneys for Fred Hjelmeset

FOLEY & LARDNER LLP

/s/ Michael J. Small
Michael J. Small
Lewis Zirogiannis
Attorneys for San Jose Sharks, LLC

FINESTONE HAYES LLP

/s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys Evander Kane

ORDER TO EXTEND TIME 2

**Court Service List:**

ECF Participants Only