Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for FRED HJELMESET,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

EVANDER FRANK KANE,

Debtor.

Case No. 21-50028 SLJ
Chapter 7
Hon. Stephen L. Johnson

**REQUEST FOR ENTRY OF ORDER AUTHORIZING ABANDONMENT OF ESTATE'S RIGHT, TITLE, AND INTEREST IN STATE COURT LITIGATION COUNTERCLAIM**

[No Hearing Requested]

Fred Hjelmeset, Chapter 7 Trustee in Bankruptcy ("Trustee") of the estate of the above-named Debtor, respectfully represents:

1. On January 19, 2022, the Trustee served on parties on the limited service list[1] a Notice and Opportunity for Hearing on Motion to Abandon Estate's Right, Title, and Interest in State Court Litigation Counterclaim ("Notice") [Docket 259], as evidenced by the Certificate of Service / Declaration of Mailing [Docket 260].

2. Also on January 19, 2022, the Trustee filed his Motion to Abandon Estate's Right, Title, and Interest in State Court Litigation Counterclaim [Docket 258].

---

[1] Notice was limited in this case by an order entered July 30, 2021 entitled "Order Pursuant to Bankruptcy Rule 2002(h) Designating Recipients of Notices Required Under 2002(a)," Docket 194.

3. The time period within which to file objections or requests for hearing has passed.

4. Except as set forth in the Kleiner Declaration, this office has not received any objections or requests for hearing, and no objections or requests for hearing with regard to the relief requested has been filed.

WHEREFORE, the Trustee requests the entry of an Order authorizing him, under 11 U.S.C. § 554, to abandon the estate's counterclaim in that certain litigation entitled *Kuechle v. Kane*, pending in the State of New York Supreme Court, County of Erie, Index No. 807030/2016.

DATED: February 10, 2022  RINCON LAW LLP

By: /s/ Gregg S. Kleiner
GREGG S. KLEINER
Counsel for FRED HJELMESET,
Trustee in Bankruptcy