Entered on Docket
February 11, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-672-5991
Fax. 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
FRED HJELMESET,
Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: February 11, 2022

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028 SLJ<br>Chapter 7<br>Hon. Stephen L. Johnson<br><br>**ORDER AUTHORIZING ABANDONMENT OF ESTATE'S RIGHT, TITLE, AND INTEREST IN STATE COURT LITIGATION COUNTERCLAIM** |

The Court having reviewed and considered: (i) Motion to Abandon Estate's Right, Title, and Interest in State Court Litigation Counterclaim ("Motion") (Docket 258) filed by Fred Hjelmeset, Chapter 7 Trustee ("Trustee") of the above-captioned Debtor; (ii) the Trustee's request for order approving the Motion; and (iii) the declaration of Gregg S. Kleiner in support thereof, notice of the Motion being adequate and proper under the circumstances and other good cause appearing

IT IS HEREBY ORDERED THAT:

1. The Motion is approved in all respects.

2. Pursuant to 11 U.S.C. § 554, the Trustee is authorized to abandon the estate's counterclaim in that certain litigation entitled *Kuechle v. Kane*, pending in the State of New York Supreme Court, County of Erie, Index No. 807030/2016.

*** END OF ORDER ***

**COURT SERVICE LIST**

No Court Service Requested.