| | |
|---|---|
| 1 | Gregg S. Kleiner, State Bar No. 141311 |
| 2 | RINCON LAW LLP |
| | 268 Bush Street, Suite 3335 |
| 3 | San Francisco, CA 94104 |
| | Telephone No.: 415-672-5991 |
| 4 | Facsimile No.: 415-680-1712 |
| | Email: gkleiner@rinconlawllp.com |
| 5 | |
| 6 | Counsel for FRED HJELMESET, |
| | Trustee in Bankruptcy |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028 SLJ<br>Chapter 7<br>Hon. Stephen L. Johnson<br><br>**REQUEST FOR ENTRY OF ORDER AUTHORIZING TRUSTEE TO (I) EMPLOY SPECIAL COUNSEL ON CONTINGENCY FEE BASIS (II) COMPENSATE DEBTOR FOR ASSISTING SPECIAL COUNSEL FROM JUDGMENT AND/OR SETTLEMENT PROCEEDS, AND (III) REIMBURSE DEBTOR FOR EXPENSES DEBTOR HAS ADVANCED (Putterman Yu Wang LLP)**<br><br>[No Hearing Requested] |

    Fred Hjelmeset, Chapter 7 Trustee in Bankruptcy ("Trustee") of the estate of the above-named Debtor, respectfully represents:

    1.    On February 14, 2022, the Trustee served on parties on the limited service list[1] a Notice and Opportunity for Hearing on Application for Authority to (I) Employ Special Counsel on Contingency Fee Basis (II) Compensate Debtor for Assisting Special Counsel From Judgment and/or Settlement Proceeds and (III) Reimburse Debtor for Expenses Debtor Has Advanced

---

[1] Notice was limited in this case by an order entered July 30, 2021 entitled "Order Pursuant to Bankruptcy Rule 2002(h) Designating Recipients of Notices Required Under 2002(a)," Docket 194.

1. ("Notice") [Docket 264], as evidenced by the Certificate of Service / Declaration of Mailing [Docket 265].

2. Also on February 14, 2022, the Trustee filed his Application for Authority to (I) Employ Special Counsel on Contingency Fee Basis (II) Compensate Debtor for Assisting Special Counsel From Judgment and/or Settlement Proceeds, and (III) Reimburse Debtor for Expenses Debtor Has Advanced (Putterman Yu Wang LLP) [Docket 263] and supporting Declaration of George Chikovani in Support of Application for Authority to (I) Employ Special Counsel on Contingency Fee Basis, (II) Compensate Debtor for Assisting Special Counsel From Judgment and/or Settlement Proceeds, and (III) Reimburse Debtor for Expenses Debtor Has Advanced (Putterman Yu Wang LLP) [Docket 263-1], attached to which as Exhibit A was the proposed engagement agreement between the Trustee and Putterman Yu Wang LLP.

3. The time period within which to file objections or requests for hearing has passed.

4. Except as set forth in the Kleiner Declaration, this office has not received any objections or requests for hearing, and no objections or requests for hearing with regard to the relief requested has been filed.

WHEREFORE, the Trustee requests the entry of an Order authorizing him to (i) employ the law firm Putterman Yu Wang LLP on a contingency fee basis under 11 U.S.C. §§ 327(a) and 328(a), for the purposes of pursuing claims against Sure Sports, LLC *fka* Sure Sports Lending, LLC, and (ii) compensate the Debtor in an amount equal to ten percent (10%) of the Net Recovery (as defined in the Notice).

DATED: March 8, 2022   RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for FRED HJELMESET,
Trustee in Bankruptcy