Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-672-5991
Fax. 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
FRED HJELMESET,
Trustee in Bankruptcy

**The following constitutes the order of the Court.**
**Signed: March 9, 2022**

_Stephen Johnson_

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

    EVANDER FRANK KANE,

        Debtor.

Case No. 21-50028 SLJ
Chapter 7
Hon. Stephen L. Johnson

**ORDER AUTHORIZING TRUSTEE TO (I) EMPLOY SPECIAL COUNSEL ON CONTINGENCY FEE BASIS (II) COMPENSATE DEBTOR FOR ASSISTING SPECIAL COUNSEL FROM JUDGMENT AND/OR SETTLEMENT PROCEEDS, AND (III) REIMBURSE DEBTOR FOR EXPENSES DEBTOR HAS ADVANCED**
**(Putterman Yu Wang LLP)**

The Court having reviewed and considered: (i) Application for Authority to (I) Employ Special Counsel on Contingency Fee Basis (II) Compensate Debtor for Assisting Special Counsel From Judgment and/or Settlement Proceeds, and (III) Reimburse Debtor for Expenses Debtor Has Advanced (Putterman Yu Wang LLP) ("Application") (Docket 263) filed by Fred Hjelmeset, Chapter 7 Trustee ("Trustee") of the above-captioned Debtor; (ii) the Trustee's request for order approving the Application; and (iii) the declaration of Gregg S. Kleiner in support thereof, notice of the Application being adequate and proper under the circumstances and other good cause appearing

IT IS HEREBY ORDERED THAT:

1.      The Application is granted in all respects;

2.     As provided in the engagement agreement, a copy of which is attached as Exhibit A to the declaration of George Chikovani (Docket 263-1), the Trustee is authorized to: (i) retain, on a contingency fee basis under 11 U.S.C. §§ 327(a) and 328(a), the law firm of Putterman Yu Wang LLP ("Law Firm") to evaluate, and if appropriate, pursue pre-petition claims against Sure Sports, LLC *fka* Sure Sports Lending, LLC; and (ii) compensate the Law Firm in an amount equal to 45% through settlement or judgment of any "Net Recovery" (as that term is defined in the engagement agreement); and

3.     The Trustee is authorized to: (i) compensate the Debtor in an amount equal to ten percent (10%) of the Net Recovery, received from a judgment and/or settlement; and (ii) reimburse the Debtor from a judgment and/or settlement for up to $15,000 in expenses he advances to the Law Firm.

*** *END OF ORDER* ***

2

1                                      **\*\*COURT SERVICE LIST\*\***

2    No Court Service Requested.