Byron Z. Moldo (SBN 109652)
bmoldo@ecjlaw.com
ERVIN, COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333

Attorneys for Deanna Kane

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 21-BK-50028-SLJ |
| | ) |
| EVANDER FRANK KANE, | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Deanna Kane ("D. Kane"), by and through her counsel, Ervin Cohen & Jessup LLP hereby requests pursuant to Bankruptcy Code § 1009(b) and Bankruptcy Rules 2002, 3017, 4001, and 9007 that notice of all matters which may come before the Court be given as follows:

> Deanna Kane
> c/o Byron Z. Moldo
> Ervin Cohen & Jessup LLP
> 9401 Wilshire Boulevard, 9th Floor
> Beverly Hills, CA 90212

PLEASE TAKE FURTHER NOTICE that D. Kane hereby requests that she be included on the official mailing matrix and all limited notice or service lists authorized by the Court in this Case.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without

limitation, all orders, notices, applications, complaints, demands, replies, answers, hearings, motions, petitions, requests, operating reports, plans of reorganization, disclosure statements, including all amendments of any of the foregoing and any other documents brought before the Court in this case, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, email, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive D. Kane's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which D. Kane is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED: March 28, 2022

ERVIN COHEN & JESSUP LLP

By: /s/ Byron Z. Moldo
Byron Z. Moldo (CA SBN 109652)
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212
Tel: 310.273.6333
Email: bmoldo@ecjlaw.com
Attorneys for Deanna Kane