UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:

EVANDER FRANK KANE,

Debtor.

Case No.: 21-50028 SLJ
Chapter 7

Hon. Stephen L. Johnson

TO CREDITORS, THE UNITED STATES TRUSTEE AND OTHER PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE that, Rachel Kuechle, Creditor, hereby withdraws her Proof of Claim, with prejudice, in the above-entitled proceeding.

DATED: April 14, 2022

By :

Collins & Collins Attorneys, LLC

SAMUEL J. CAPIZZI, ESQ.
Attorney for Creditor, Rachel Kuechle
267 North Street
Buffalo, New York 14201
Phone: (716) 885-9700
Email: scapizzi@collinscollins.com

TO: US Trustee
Debtor's Counsel
All Creditors' Counsel