Jeremy L. Retherford (pro hac vice)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203
Tel.:     (205) 226-3479
Fax:     (205)488-5693
Email: jretherford@balch.com

Attorneys for Creditor
Lone Shark Holdings, LLC

## IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re | § |
| | § Case No. 21-50028-SLJ |
| EVANDER FRANK KANE | § Chapter 7 |
| | § |
| | § |
| Debtor. | § |
| | § |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
## FILED BY LONE SHARK HOLDINGS, LLC

TO CREDITORS, THE UNITED STATES TRUSTEE AND OTHER PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE that Lone Shark Holdings, LLC, Creditor, by and through undersigned counsel and hereby withdraws its Proof of Claim (Claim No. 11) dated April 14, 2021 for the amount of $715,000.00.

Dated: June 7, 2022                    BALCH & BINGHAM LLP


                                       _/s/ Jeremy L. Retherford_____
                                       Jeremy L. Retherford
                                       Attorneys for Lone Shark Holdings, LLC

NOTICE OF WITHDRAWL OF PROOF OF CLAIM FILED BY LONE SHARK HOLDINGS, LLC
15391997.1