UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028 SLJ<br>Chapter 7<br>Hon. Stephen L. Johnson<br><br>**NOTICE OF HEARING ON FIRST INTERIM APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT BY COUNSEL FOR TRUSTEE (Rincon Law LLP)**<br><br>Date: August 16, 2022<br>Time: 1:30 p.m.<br>Place: AT&T Connect Teleconference or Zoom Video Conference |

**TO THE DEBTOR, CREDITORS ON THE LIMITED SERVICE LIST,[1] UNITED STATES TRUSTEE AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on **August 16, 2022** at the hour of **1:30 p.m.** before the Honorable Stephen L. Johnson, United States Bankruptcy Judge, a hearing will be held for the Court to consider the following:

**First Interim Application for Compensation and Expense Reimbursement by Counsel for Trustee (Rincon Law LLP)** [Docket 273]

| Fees | $74,690.00 |
|---|---|
| Expenses | $256.44 |
| **TOTAL** | **$74,946.44** |

As of July 7, 2022, the Trustee has approximately $745,367.13 on hand.[2]

**BE FURTHER ADVISED**, that if you wish to object to the application, the objection should be in writing and filed with the Bankruptcy Clerk at 280 South First Street, Room 3035, San Jose, CA 95113-3099, and served upon Trustee's Counsel at the address set forth below, at least **fourteen (14)** days prior to the hearing. Additional information is set forth in the application, which will be available at the Court, at the Trustee's and Trustee's Counsel's offices. Creditor attendance at the hearing is welcome, but not required. If you have any question, please contact the undersigned.

---

[1] See, Court's Order Pursuant to Bankruptcy Rule 2002(h) Designating Recipients of Notices Required Under 2002(a) entered July 30, 2021 as Docket 194

[2] The sums the Trustee has on hand, $745,367.13, *include* the amount of $429,650 that the Trustee is holding in reserve until such time as the Debtor's appeal of the order reducing his homestead exemption is resolved. The sum of $429,650 represents the balance of his original homestead claim, $600,000, less the sum he was paid, $170,350, after the sale of the SL Residence closed.

**PLEASE TAKE NOTICE THAT** due to the shelter in place requirements caused by the COVID-19 pandemic, all appearances will be by telephone, or, in the Court's sole discretion, by video conference. Instructions on how to file opposition, if any, and how to appear by phone are contained provided at the following link on the Court's website https://www.canb.uscourts.gov/content/page/court-operations-during-covid-19-outbreak and further detailed in the Court's Eighth Amended General Order 38, effective December 1, 2021.

Information regarding Clerk's office Intake Counter hours of public operation, the electronic submission of documents, mailing addresses and the location of drop-boxes is available on the Court's website home page under the banner "Court Operations during the COVID-19 Outbreak Information about Hearings, Filings, and Operations": https://www.canb.uscourts.gov/content/page/court-operations-during-covid-19-outbreak.

ECF Registered Participants must continue to file all documents electronically. All other parties may submit documents for filing by mail, electronically via the Court's website, in designated drop-box locations or at the Clerk's office Intake Counter during the posted hours of public operation. Filing fee payments (no cash) may be submitted electronically, by mail or drop-box, or at the Clerk's office Intake Counter during the posted hours of public operation.

In-person hearings may be held in the sole discretion of the presiding judge and in accordance with practices and procedures adopted by each judge. No judge is required to conduct in-person hearings. Each judge will publish their practices and procedures for in-person hearings on their page on the court's website. All counsel, parties and other interested persons shall consult each judge's practices and procedures for in-person hearings (to be published on each judge's page on the court's website) for information concerning whether a given hearing or calendar will be conducted in-person and for other relevant instructions. All counsel, parties, and other interested persons shall comply with each judge's practices and procedures concerning in person hearings. Any failure to comply with such practices and procedures may result in the imposition of sanctions.

Unless otherwise instructed by the presiding judge in their practices and procedures concerning in-person hearings adopted pursuant to this order, all notices of any motion or application filed with the Court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language: "All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website."

DATED: July 19, 2022          RINCON LAW LLP

                              By: /s/ Gregg S. Kleiner
                                  GREGG S. KLEINER
                                  Counsel for FRED HJELMESET, Chapter 7 Trustee

Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335 San Francisco, CA 94104
Telephone No.: 415-672-5991 / Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com