John A. Anthony (FL SBN 0731013)
janthony@anthonyandpartners.com
Andrew J. Ghekas (FL SBN 0119169)
aghekas@anthonyandpartners.com
*Both Appearing Pro Hac Vice*
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602
Telephone: (813) 273-5616
Facsimile: (813) 221-4113

Peter C. Califano (SBN 129043)
pcalifano@nvlawllp.com
John A. Kelley (SBN 194073)
jkelley@nvlawllp.com
NIESAR & VESTAL LLP
90 New Montgomery St. 9th Floor
San Francisco, CA 94105
Telephone: (415) 882-5300
Facsimile: (415) 882-5400

Attorneys for Creditor Centennial Bank

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

[San Jose Division]

| | |
|---|---|
| In re | Case No: 21-50028-SLJ |
| EVANDER FRANK KANE, | Chapter 7 |
| Debtor. | **SUBSTITUTION OF ATTORNEYS** |

**Niesar & Vestal LLP**
90 New Montgomery St.
9th Floor
San Francisco, CA 94105

1

Substitution of Attorneys

Case: 21-50028   Doc# 283   Filed: 08/29/22   Entered: 08/29/22 13:57:42   Page 1 of 2

PLEASE TAKE NOTICE THAT Creditor CENTENNIAL BANK, an Arkansas state chartered bank, hereby substitutes Peter C. Califano, Esq. of Niesar & Vestal LLP in place and stead of Cooper, White & Cooper, LLP as attorneys of record.

DATED: August 29, 2022

On Behalf of CENTENNIAL BANK, an Arkansas state chartered bank

By: */s/ John A. Anthony*
John A. Anthony, Esq.
Attorneys for Appellant CENTENNIAL BANK, an Arkansas state chartered bank

We consent to this substitution.

DATED: August 29, 2022

COOPER, WHITE & COOPER LLP

By: */s/ Mark P. Schreiber*
Mark P. Schreiber, Esq.
Former Attorneys for Appellant CENTENNIAL BANK, an Arkansas state chartered bank

We consent to this substitution.

DATED: August 29, 2022

NIESAR & VESTAL LLP

By: */s/ Peter C. Califano*
Peter C. Califano, Esq.
Attorneys for Appellant CENTENNIAL BANK, an Arkansas state chartered bank

Case: 21-50028    Doc# 283    Filed: 08/29/22    Entered: 08/29/22 13:57:42    Page 2 of 2