JOHN A. ANTHONY (FL SBN 0731013)
janthony@anthonyandpartners.com
ANDREW J. GHEKAS (FL SBN 0119169)
aghekas@anthonyandpartners.com
*Both Appearing Pro Hac Vice*
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602
Telephone: (813) 273-5616
Facsimile: (813) 221-4113

PETER C. CALIFANO (SBN 129043)
pcalifano@nvlawllp.com
JOHN A. KELLEY (SBN 194073)
jkelley@nvlawllp.com
NIESAR & VESTAL LLP
90 New Montgomery St. 9th Floor
San Francisco, CA 94105
Telephone: (415) 882-5300
Facsimile: (415) 882-5400

Attorneys for Plaintiff CENTENNIAL BANK

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### [San Jose Division]

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No: 21-50028 SLJ<br><br>Chapter 7 |
| CENTENNIAL BANK, an Arkansas state chartered bank,<br><br>Plaintiff,<br>vs.<br><br>EVANDER FRANK KANE,<br><br>Defendant. | Adv. No. 21-05016<br><br>**DECLARATION OF PETER C. CALIFANO IN SUPPORT OF PLAINTIFF CENTENNIAL BANK'S EX PARTE APPLICATION TO SET JANUARY 10, 2023 HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>**[NO HEARING REQUESTED]** |

I, Peter C. Califano, am an attorney authorized to practice in this court and represent Plaintiff Centennial Bank ("Centennial") in this case and adversary proceeding. I know the following matters to be true of my own, personal knowledge and, if called as a witness, could and would testify competently thereto:

1. This enlargement request is due to the fact that there are no hearing dates available in December, 2022 on Court's Open Calendar, no special set hearing dates available in December, 2022 and January 10, 2023 is the Court's next date available for a hearing on a motion in this adversary proceeding.

2. There have been no other requests for a time enlargement on a hearing on Centennial's Motion for Summary Judgment.

3. Centennial believes that even with the requested extended hearing date on its Motion for Summary Judgment, that there is no need to change any other date on the Scheduling Order or the Trial Date. However, if the Court believes a modification of the Scheduling Order is appropriate, Centennial would adjust accordingly and suggests that a status conference would be helpful in deciding any new dates.

4. Stephen D. Finestone, Esq. of the law firm of Finestone Hays, LLP, counsel of record for the Debtor Evander Kane was contacted by me on the afternoon Wednesday, November 16, 2022 to discuss the subject matter of this application. Mr. Finestone stated that he would not stipulate to a January 10, 2023 hearing date on Centennial's Motion for Summary Judgment, nor would he be willing to change any dates in the current Scheduling Order.

I declare under the penalty of perjury that the foregoing is true and correct, and this Declaration was executed on November 17, 2022 at San Francisco, California.

*/s/ Peter C. Califano*
Peter C. Califano

Niesar & Vestal LLP
90 New Montgomery St.
9th Floor
San Francisco, CA 94105