JOHN A. ANTHONY (FL SBN 0731013)
janthony@anthonyandpartners.com
ANDREW J. GHEKAS (FL SBN 0119169)
aghekas@anthonyandpartners.com
*Both Appearing Pro Hac Vice*
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602
Telephone: (813) 273-5616
Facsimile: (813) 221-4113

PETER C. CALIFANO (SBN 129043)
pcalifano@nvlawllp.com
JOHN A. KELLEY (SBN 194073)
jkelley@nvlawllp.com
NIESAR & VESTAL LLP
90 New Montgomery St. 9th Floor
San Francisco, CA 94105
Telephone:  (415) 882-5300
Facsimile: (415) 882-5400

Attorneys for Plaintiff CENTENNIAL BANK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

[San Jose Division]

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>        Debtor. | Case No:  21-50028 SLJ<br><br>Chapter 7 |
| CENTENNIAL BANK, an Arkansas state chartered bank,<br><br>        Plaintiff,<br>    vs.<br><br>EVANDER FRANK KANE,<br><br>        Defendant. | Adv. No. 21-05016<br><br>**WITHDRAWAL OF PLAINTIFF CENTENNIAL BANK'S EX PARTE APPLICATION TO SET JANUARY 10, 2023 HEARING ON MOTION FOR SUMMARY JUDGMENT FILED IN THE MAIN CASE (NOVEMBER 17, 2022)** |

**Niesar & Vestal LLP**
90 New Montgomery St.
9th Floor
San Francisco, CA 94105

1

Plaintiff CENTENNIAL BANK ("Centennial") requests withdrawal of the following documents filed in the Debtor's Evander Kane's Main Case No. 21-50028 SLJ on November 17, 2022:

(i)     PLAINTIFF CENTENNIAL BANK'S EX PARTE APPLICATION TO SET JANUARY 10, 2023 HEARING ON MOTION FOR SUMMARY JUDGMENT [Doc 290]

(ii)    DECLARATION OF PETER C. CALIFANO IN SUPPORT OF PLAINTIFF CENTENNIAL BANK'S EX PARTE APPLICATION TO SET JANUARY 10, 2023 HEARING ON MOTION FOR SUMMARY JUDGMENT [Doc 290-1]

(iii)   ORDER RE PLAINTIFF CENTENNIAL BANK'S EX PARTE APPLICATION TO SET JANUARY 10, 2023 HEARING ON MOTION FOR SUMMARY JUDGMENT [Doc 290-2]

These documents were initially filed in error in the Main Case No. 21-50028 SLJ, and subsequently correctly filed again in the related Adversary Proceeding Case No. 21-05016.  Only the abovementioned documents filed in the Main Case are withdrawn.

DATED: November 18, 2022          NIESAR & VESTAL LLP


By:   */s/ Peter C. Califano*
      Peter C. Califano, Esq.
      Attorneys for Plaintiff CENTENNIAL BANK,