

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-840-6385
Fax. 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
FRED HJELMESET,
Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: November 13, 2025

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

EVANDER FRANK KANE,

Debtor.

Case No. 21-50028 SLJ
Chapter 7
Hon. Stephen L. Johnson

**ORDER AUTHORIZING COMPROMISE OF CONTROVERSY REGARDING LITIGATION CLAIMS AND COMPENSATION TO SPECIAL COUNSEL AND THE DEBTOR**

The Court having reviewed and considered: (i) Motion to: (1) Enter Into Compromise of Controversy Regarding Litigation Claims; and (2) Compensate Special Counsel and the Debtor ("Motion") (Docket 369) filed by Fred Hjelmeset, Chapter 7 Trustee ("Trustee") of the above-captioned Debtor; (ii) the Trustee's Bankruptcy Local Rule 9014-1 Certification of No Objection Regarding Docket No. 369, notice of the Motion being adequate and proper under the circumstances and other good cause appearing

IT IS HEREBY ORDERED THAT:

1. Pursuant to Federal Rule of Bankruptcy Procedure 9019 as applied by *In re A&C Properties*, 784 F. 2d 1377, 1381 (9th Cir. 1986) the Motion is approved in all respects.

2. The Trustee is authorized to enter into the "Agreement to Settle Litigation and General Release" ("Agreement") with Sure Sports, LLC. A copy of the Agreement is attached to

the Declaration of Fred Hjelmeset filed in support of the Motion (Docket 369-1). The Trustee is authorized to take all actions necessary to consummate the Agreement.

3. The Trustee is authorized to settle the adversary proceeding entitled *Fred Hjelmeset v. Sure Sports LLC, fka Sure Sports Lending LLC*," Adversary Proceeding No. 22-05033 ("Adversary"), in exchange for the payment from Sure Sports, LLC of $452,000 ("Settlement Amount"), and waiver by Sure Sports, LLC of its claim in the amount of the amount of $1,187,950.94 ("Claim"). The Claim shall be deemed withdrawn for all purposes upon entry of this Order.

4. Subject to (i) Sure Sports, LLC's timely delivery of the entire Settlement Amount to the Trustee, (ii) the passage of ninety-two (92) days after the Trustee's receipt of the last Settlement Amount installment, and (iii) Sure Sports not (a) filing a voluntary bankruptcy petition, (b) being the subject of an involuntary bankruptcy petition or (c) being part of any proceeding that could result in any portion of the Settlement Amount being subject to avoidance as a preferential transfer, disgorgement or similar claim, the Trustee shall circulate for execution a stipulation to dismiss the Adversary, with prejudice, and promptly file the fully executed stipulation with the Court.

5. From the Settlement Amount the Trustee is authorized to:

    (i) pay to the estate's special counsel, Putterman Yu Wang LLP the sum of $193,276.38, and reimburse out-of-pocket costs to Putterman Yu Wang LLP in the sum of $17,496.93; and

    (ii) pay to the Debtor the sum of $42,950.31 and reimburse him $5,000 for costs advanced.

6. This order is effective upon entry, and the stay imposed by Rule 62(a) of FRCP and/or Bankruptcy Rule 6004(h) shall not apply.

*** END OF ORDER ***

**COURT SERVICE LIST**

No Court Service Requested.