FRED HJELMESET
P.O. Box 4188
Mountain View, CA 94040
(650) 386-5634
fhtrustee@gmail.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-50028 SLJ |
| KANE, EVANDER FRANK, | Chapter 7 |
| Debtor. | |

## TRUSTEE'S REPORT OF TRANSACTION

COMES NOW, Fred Hjelmeset, trustee of the above-stated bankruptcy estate, and reports that pursuant to the order of this Court, Doc# 373, authorizing the estate to enter into a settlement agreement with Sure Sports LLC, settling the adversary proceeding *Hjelmeset v. Sure Sports LLC*, A.P. No. 22-05033 in exchange for a payment from Sure Sports LLC in the amount of $452,000 and a waiver of its Proof of Claim No. 8 filed in this case, the terms of which agreement are described in the Motion filed herein as Doc# 369, the agreement has been completed.

In accordance with the Court order, Sure Sports LLC has paid the settlement in full, and its claim has been deemed withdrawn. In addition, it has paid the estate $2,500 to compensate for

a late payment of the final installment. Furthermore, from the settlement proceeds the estate has paid its Special Counsel Putterman Yu Wang LLP $193,276.38 in fees and has reimbursed costs in the amount of $17,496.93. Finally, the estate has paid the Debtor $42,950.31 and reimbursed him $5,000 for costs advanced.

Thus, the net amount retained by the estate is **$195,776.38**.

DATED: This 4th day of March, 2026.

/s/ Fred Hjelmeset
Fred Hjelmeset, Chapter 7 Trustee