**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| In re: EVANDER FRANK KANE | § | Case No. 21-50028 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/09/2021. The undersigned trustee was appointed on 01/09/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $ 4,089,428.81

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 2,355,507.87 |
| Administrative expenses | 601,493.53 |
| Bank service fees | 5,476.05 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 170,350.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 956,601.36 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/15/2021 and the deadline for filing governmental claims was 07/08/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $140,822.36. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $140,822.36, for a total compensation of $140,822.36[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $149.02 for total expenses of $149.02[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/28/2026

By: /s/ Fred Hjelmeset
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 21-50028
**Case Name:** EVANDER FRANK KANE

**For Period Ending:** 08/28/2026

**Trustee Name:** (001090) Fred Hjelmeset
**Date Filed (f) or Converted (c):** 01/09/2021 (f)
**§ 341(a) Meeting Date:** 02/03/2021
**Claims Bar Date:** 04/15/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2301 Richland Ave., San Jose, CA<br>Order on objection to $600k HS exemption- exemption limited to $170,350, Doc#178; Debtor appealed order, Doc#182; Order authorizing sale, Doc#227; Report of Sale, Doc#231; District Court affirmed HS exemption; appeal to 9th Circuit dismissed, Doc#294 | 3,000,000.00 | 709,650.00 | | 3,438,718.08 | FA |
| 2 | 3457 W. 35th Ave., Vancouver, BC, Canada<br>Order authorizing abandonment, Doc#225 | 2,860,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 8447 Isabel Place, Vancouver, Canada<br>Order authorizing abandonment, Doc#225 | 2,400,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | Household: couch, table, chairs, beds, silverwear, baby toys, crib | 40,000.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics: TVs, playstation, computer, printer | 12,000.00 | 0.00 | | 0.00 | FA |
| 6 | Firearms: shotguns, hand guns, riffle | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 7 | Clothes | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 8 | One dog | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 2,500.00 | 2,500.00 | | 2,500.00 | FA |
| 10 | Bank of America ck 0171 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Wells Fargo Bank ck 1607<br>Order authorizing agreement concerning bank accounts, Doc#225; Report of Transaction, Doc#226 | 792.65 | 792.65 | | 792.65 | FA |
| 12 | Wells Fargo Bank ck 2824<br>Original amount was $35,000; Third Amended Schedule A/B, Doc#37; exemption reduced under settlement agreement; Order authorizing agreement concerning bank accounts, Doc#225; Report of Transaction, Doc#226 | 25,000.00 | 20,000.00 | | 10,000.00 | FA |
| 13 | Membership interests in Ascher Capital II and III LLC.<br>Investigated; found that membership ineterests have no value. | Unknown | 10,000.00 | | 0.00 | FA |
| 14 | Lions Properties LLC. Entity has no assets, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Estimated tax refund from purchase of tax conservation easement if allowed by IRS Debtor<br>Liens per Sch. D, Doc#1 (unknown if perfected); Negotiations with Debtor, secured lender, and Lone Shark to resolve the potential tax refunds unsuccessful. Debtor decided not to seek the tax refunds in his pre-pet tax returns | 1,800,000.00 | 0.00 | | 0.00 | FA |
| 16 | Refund due for payment of transfer tax on exempt real property transfer | 37,147.00 | 37,147.00 | | 37,110.73 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 21-50028
**Case Name:** EVANDER FRANK KANE
**For Period Ending:** 08/28/2026

**Trustee Name:** (001090) Fred Hjelmeset
**Date Filed (f) or Converted (c):** 01/09/2021 (f)
**§ 341(a) Meeting Date:** 02/03/2021
**Claims Bar Date:** 04/15/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Equitable Life Insurance Whole Life Policy | 9,304.00 | 0.00 | | 0.00 | FA |
| 18 | Claims (and litigation of those claims) against Leon McKenzie and Sure Sports LLC related to business advice and obtaining loans for Debtor<br>Special Counsel employed, Doc#267; Adversary case filed, AP No. 22-05033, Doc#284; Order authorizing compromise, Doc#373; Report of Transaction, Doc#374 | Unknown | 10,000.00 | | 452,000.00 | FA |
| 19 | Counterclaim against Rachel Kuechle in Erie County matter<br>Investigated; claim has no value; Motion to Abandon, Doc#258; Order authorizing abandonment, Doc#262 | Unknown | 0.00 | OA | 0.00 | FA |
| 20 | Scotia Bank ck 5228 (u)<br>First Amended Schedules, Doc#17; Order authorizing agreement concerning bank accounts, Doc#225; Report of Transaction, Doc#226 | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 21 | Royal Bank of Canada ck 5955 (u)<br>First Amended Schedules A/B, Doc#17; exemption claimed Amended Sch. C, Doc#37; exemption reduced pursuant to settlement agreement; Order authorizing agreement concerning bank accounts, Doc#225; Report of Transaction, Doc#226 | 11,103.00 | 3,457.35 | | 3,457.35 | FA |
| 22 | Royal Bank of Canada 0532 (u)<br>First Amended Schedules, Doc#17 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Scotia Bank sv 6287 (u)<br>First Amended Schedules, Doc#17 | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Miscellaneous sports equipment (u)<br>Second Amended Sch. A/B, Doc#30; First Amended Sch. C, Doc#37 | 1,250.00 | 0.00 | | 0.00 | FA |
| 25 | Ownership of EK9 Marketing, LLC (u)<br>First Amended Sch. A/B, Doc#17 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Royal Bank of Canada 5963 (u)<br>Fourth Amended Sch. A/B, Doc#272 | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Restricted shares of ESE Entertainment, Inc. - TSXV:ESE (u)<br>Value of shares dropped substantially; gross value $4,000, less legal fees incurred $7,500, net value zero | 36,600.00 | 10,000.00 | | 0.00 | FA |
| 28 | Homestead proceeds paid to Debtor and not reinvested in new home within 6 months (u)<br>Order granting Motion for turnover, Doc#313; Order approving stipulation re turnover, Doc#346; turnover order appealed by Debtor, Doc#319; order affirmed by District Court; Debtor appealed to 9th Circuit; appeal settled; Order authorizing compromise with Debtor, Doc#360; Report of Transaction, Doc#361 | 170,350.00 | 170,350.00 | | 140,350.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 21-50028
**Case Name:** EVANDER FRANK KANE

**For Period Ending:** 08/28/2026

**Trustee Name:** (001090) Fred Hjelmeset
**Date Filed (f) or Converted (c):** 01/09/2021 (f)
**§ 341(a) Meeting Date:** 02/03/2021
**Claims Bar Date:** 04/15/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 29 | Late fee for Sure Sport's payment of settlement of litigation | 2,500.00 | 2,500.00 | | 2,500.00 | FA |
| **29** | **Assets Totals (Excluding unknown values)** | **$10,438,546.65** | **$1,006,397.00** | | **$4,089,428.81** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 21-50028
**Case Name:** EVANDER FRANK KANE

**For Period Ending:** 08/28/2026

**Trustee Name:** (001090) Fred Hjelmeset
**Date Filed (f) or Converted (c):** 01/09/2021 (f)
**§ 341(a) Meeting Date:** 02/03/2021
**Claims Bar Date:** 04/15/2021

**Major Activities Affecting Case Closing:**

11/13/25 Order authorizing compromise, Doc#373
10/10/25 Trial vacated; Status conference set for 12/11/25
10/7/25 Settlement negotiations
5/22/25 Trial set for 10/14/25 to 10/15/25, Doc#74
5/20/25 Motion granted orally
3/26/25 Motion to modify jury trial order, Doc#69; hearing set for 4/22/25
3/18/25 Motion to amend complaint granted
2/20/25 Hearing on motion to amend complaint set for 3/18/25
1/9/25 Mediation held, unsuccessful. Adversary Proceeding v. Sure Sports to go to trial
1/6/25 Order vacating final decree and reopening case, Doc#365
1/2/25 Case closed in error, Doc#363
11/19/24 Order authorizing compromise with Debtor, Doc#360
10/24/24 New status conference set for 12/12/24
9/26/24 New status conference in AP set for 10/24/24 re trial setting
9/19/24 Sure Sports motion for summary judgment denied
9/12/24 9th Cir. briefing schedule: opening brief due 10/22/24; answering brief due 11/22/24
9/6/24 Debtor files Notice of Appeal with 9th Circuit from Dist. Ct.'s order affirming BK Ct. re Homestead exemption funds turnover
8/12/24 Sure Sports files motion for summary judgment, hearing 9/10/24, Doc#48
8/9/24 District Court affirms BK Court in Debtor's appeal of HS exemption turnover order, Case No. 23-cv-05288-WHO
7/1/24 Expert depositions set for 7/16/24 (Zola) and 7/17/24 (Mitten)
5/21/24 Deposition completed
5/9/24 Sure Sports deposition held; to be completed on 5/13/24
3/29/24 District Court affirms BK Court in Centennial's appeal (discharge); Debtor's appeal (turnover) still pending; reply brief deadline extended to 4/17/24
3/28/24 Deposition of Sure Sports set for 4/3/24; additional depositions possible; document production substantially completed; some further interrogatories and RFAs expected; 30-day discovery deadline extension requested
2/15/24 Sure Sports deposition to be re-scheduled for March
2/14/24 Professional Bank AP dismissed, after stipulation
12/5/23 District Court appeal case (turnover) reassigned to Judge Orrick, Case No. 23-cv-05288-WHO; modified briefing schedule: Appellant's opening brief due 1/22/24; appellee's opening brief due 3/4/24
11/17/23 Order approving stipulation re turnover of HS proceeds pending appeal, Doc#346
11/15/23 Ninth Circuit affirms District Court/BK Court in Centennial's appeal (motion to dismiss) and South River's appeal (motion to convert); remaining pending appeals: Centennial (discharge) in District Court and Debtor (turnover of HS exemption funds) in District Court
11/7/23 Motion for stay pending appeal tentatively denied
11/1/23 Sure Sports AP scheduling order: Discovery done by 4/12/24, SJ motions heard by 5/31/24
10/10/23 Debtor files Motion for Stay Pending Appeal, Doc#325. Hearing set for 11/7/23
10/6/23 Hearing on interim fee applications set for 11/7/23, Doc#323
10/4/23 Notice of election to have appeal heard in District Court, Doc#320
10/3/23 Debtor appeals turnover order to BAP, Doc#319. Other pending appeals: Centennial (motion to dismiss) and South River (motion to convert) in 9th Circuit; Centennial (discharge) in District Court.
9/29/23 Order granting motion for jury trial in SS AP, Doc#43. Next status conference set for 10/26/23
9/21/23 Order granting motion for turnover, Doc#313
9/15/23 Turnover motion granted at hearing
9/13/23 Hearing on oral ruling on turnover motion set for 9/15/23
8/30/23 Scheduling conference in AP continued to 9/28/23, Doc#41
8/29/23 Turnover motion taken under submission
8/1/23 Hearing on motion for turnover of homestead proceeds set for 8/29/23
7/12/23 Status conference continued to 8/31/23
6/22/23 Status conference in SS AP continued to 7/13/23
6/21/23 Order denying Zions' application for adm expenses, Doc#304
6/7/23 Order of discharge, Doc#301
6/1/23 Centennial appeals judgment in AP to District Court

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 21-50028
**Case Name:** EVANDER FRANK KANE

**For Period Ending:** 08/28/2026

**Trustee Name:** (001090) Fred Hjelmeset
**Date Filed (f) or Converted (c):** 01/09/2021 (f)
**§ 341(a) Meeting Date:** 02/03/2021
**Claims Bar Date:** 04/15/2021

5/24/23 Judgment for Debtor in Centennial AP No. 21-5016 - Objection to Discharge
5/23/23 Zion's Application for Administrative Expenses, Doc#296, hearing set for 6/20/23
5/22/23 Status conference in Sure Sports AP continued to 6/22
5/19/23 Two Ninth Circuit appeals still pending: Centennial (motion to dismiss) and South River (motion to convert)
3/20/23 Ninth Circuit appeal Zions v. Kane, 22-16304 (3:21-cv-03765-WHO) (motion to convert) dismissed, Doc#295
3/6/23 Ninth Circuit appeal Kane v. Zions, 22-16674 (3:21-cv-08209-WHO) (HS exemption) dismissed, Doc#294
2/28/23 AP case no. 21-05056 Zions v. Kane closed
2/17/23 Hearing on SS motion challenging jurisdiction set for 5/9/23; continued status conference 5/25/23
1/17/23 Motion to compel arbitration denied at oral ruling hearing
1/9/23 Motion to approve Settlement between Zions and Debtor re appeals, Doc#292; hearing set for 2/7/23
10/25/22 Notice of appeal to 9th Circuit filed by Debtor, Kane v. Zions Bancorp.
10/18/22 Motion to compel arbitration in AP, Hearing set for 11/29/22, Doc#12
9/30/22 District Court affirms BK Court in decision re HS exemption, Doc#287
9/16/22 Scheduling conference in Sure Sports AP set for 11/17/22
9/13/22 AP complaint v. Sure Sports filed, Doc#284, AP No. 22-05033
8/22/22 Zion appeals DCt's ruling to Ninth Circuit. Centennial appeals to Ninth Circuit, Doc#282
8/19/22 South River Bank appeals District Court's ruling to the Ninth Circuit, Doc#281
8/3/22 Debtor's appeal of order on HS exemption still pending in District Court
7/22/22 District Court affirms BK Court in: (a) Centennial's appeal of denial of motion to dismiss (21-CV-4597-WHO), Doc#276, (b) South River's appeal of denial of motion to convert (21-CV-3493 WHO), Doc#277; and (c) Zion's appeal of denial of motion to convert (21-CV-3765 WHO)
7/19/22 Hearing on interim fee application for Rincon set for 8/16/22
6/27/22 Refund received
6/8/22 Lone Shark AP closed
6/7/22 POC-11 withdrawn, Doc#271
5/31/22 Refund to be submitted by 6/13/22
5/5/22 City of SJ says transfer tax refund to be made by 5/27/22
4/19/22 POC-10 withdrawn, Doc#270
4/5/22 Dist Ct order denying motion to dismiss South River appeal
3/9/22 Order authorizing employment of special counsel, Doc#267
2/14/22 Application to employ Special Counsel, Doc#264
1/21/22 Investigate claims against Sure Sports
1/13/22 South River's AP closed
11/10/21 Order granting Kuchle's motion for RFS, Doc#249, to prosecute to judgment 4th cause of action for negligent injury
10/12/21 Order denying Centennial Bank's motion to dismiss, Doc#233
10/11/21 Continuing negotiations with parties re tax refunds
10/5/21 There are currently four pending appeals:
South River's appeal of denial of motion to convert, in District Court (21-CV-3493 WHO);
Zion's appeal of denial of motion to convert, in District Court (21-CV-3765 WHO);
Centennial's appeal of denial of motion to dismiss, in District Court (21-CV-4597-WHO); and
Debtor's appeal of order on HS exemption, in District Court (21-CV-8209-WHO).
9/23/21 Order authorizing sale of real property, Doc#227
9/6/21 Negotiate with affected parties re possible tax refunds
7/27/21 Order authorizing employment of broker, Doc#188
7/26/21 Hearing on dismissal motion moved to 10/5/21, Doc#185
7/23/21 Debtor appeals order on HS exemption, Doc#182
7/19/21 Employ broker and market property for sale
7/9/21 Order on objection to HS exemption- exemption limited to $170,350, Doc#178
6/25/21 Centennial Bank's motion to dismiss case for bad faith, Doc#172, hearing set for 8/17/21
6/8/21 Notice of Appeal of order denying motion to dismiss, Doc#161, filed by Centennial Bank
6/1/21 Amended Order Denying Motion to Dismiss, Doc#152
5/27/21 Extend 727 deadline
5/18/21 Dismissal Motion taken under submission
5/3/21 South River Capital files Notice of Appeal re Order Denying Motion to Convert, Doc#113
4/29/21 Hearing on HS exemption objection moved to 6/9/21, Doc#116

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 21-50028
**Case Name:** EVANDER FRANK KANE

**For Period Ending:** 08/28/2026

**Trustee Name:** (001090) Fred Hjelmeset
**Date Filed (f) or Converted (c):** 01/09/2021 (f)
**§ 341(a) Meeting Date:** 02/03/2021
**Claims Bar Date:** 04/15/2021

4/19/21 Order Denying Motion to Convert, Doc#101
4/16/21 Hearing on Dismissal Motion set for 5/18/21, Doc#98
3/29/21 Centennial Bank's Motion to Dismiss Case, Doc#83
3/29/21 Hearing on Objection to HS exemption set for 5/4/21
3/16/21 Hearing on motion to convert set for 3/30/21
3/2/21 Application to compromise, Doc# 42
2/26/21 Negotiate settlement with Debtor
1/14/21 Investigate assets, real properties, transfers

**Initial Projected Date Of Final Report (TFR):** 07/13/2022 **Current Projected Date Of Final Report (TFR):** 06/09/2026 (Actual)

08/28/2026
Date

/s/Fred Hjelmeset
Fred Hjelmeset

# Form 2
# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 21-50028 | **Trustee Name:** | Fred Hjelmeset (001090) |
| **Case Name:** | EVANDER FRANK KANE | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***2018 | **Account #:** | ******6658 Checking |
| **For Period Ending:** | 08/28/2026 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 03/16/21 | {1} | Evander Kane | WIRE FROM EVANDER F KANE | 1110-000 | 51,000.00 | | 51,000.00 |
| 03/19/21 | {1} | Evander Kane | WIRE FROM EVANDER F KANE | 1110-000 | 4,000.00 | | 55,000.00 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.43 | 54,956.57 |
| 04/08/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -43.43 | 55,000.00 |
| 04/20/21 | {1} | Evander Kane | WIRE FROM EVANDER F KANE | 1110-000 | 50,000.00 | | 105,000.00 |
| 05/17/21 | {1} | Evander Kane | WIRE FROM EVANDER F KANE | 1110-000 | 50,000.00 | | 155,000.00 |
| 06/15/21 | | Evander Kane | WIRE FROM EVANDER F KANE | | 50,000.00 | | 205,000.00 |
| | {11} | | Funds in WFB acct 1607, Asset 11 $792.65 | 1129-000 | | | |
| | {12} | | Funds in WFB acct 2824, Asset 12 $10,000.00 | 1129-000 | | | |
| | {20} | | Funds in Scotia Bank acct 5228, Asset 20 $2,000.00 | 1229-000 | | | |
| | {21} | | Funds in RBC acct 5955, Asset 21 $3,457.35 | 1229-000 | | | |
| | {1} | | Installment payment pursuant to proposed compromise re Asset 1, see Doc#43 $33,750.00 | 1110-000 | | | |
| 08/02/21 | 101 {1} | Finestone Hayes LLP client trust | Return of funds paid by Debtor pursuant to settlement agreement | 1110-000 | -188,750.00 | | 16,250.00 |
| 10/07/21 | | Lawyers Title Company | WIRE FROM LAWYERS TITLE COMPANY | | 692,371.45 | | 708,621.45 |
| | {1} | | Proceeds from sale of real property $3,438,718.08 | 1110-000 | | | |
| | | Intero Real Estate Services | Broker's commission -$85,750.00 | 3510-000 | | | |
| | | Redfin | Broker's commission -$85,750.00 | 3510-000 | | | |
| | | Lawyers Title Company | CALFIRPTA Processing Fee -$45.00 | 2500-000 | | | |
| | | Lawyers Title Company | Escrow Fee -$1,900.00 | 2500-000 | | | |
| | | SignDocs Mobile Notary Service | Notary -$200.00 | 2500-000 | | | |
| | | Lawyers Title Company | Owner's Title Insurance -$4,648.00 | 2500-000 | | | |
| | | Santa Clara County Recorder | Recording Fees -$40.00 | 2500-000 | | | |
| | | Santa Clara County Recorder | San Jose City Conveyance Tax -$5,659.50 | 2820-000 | | | |

**Page Subtotals:** $708,621.45 $0.00

# Form 2
# Cash Receipts And Disbursements Record

**Case No.:** 21-50028
**Case Name:** EVANDER FRANK KANE
**Taxpayer ID #:** **-***2018
**For Period Ending:** 08/28/2026

**Trustee Name:** Fred Hjelmeset (001090)
**Bank Name:** Metropolitan Commercial Bank
**Account #:** ******6658 Checking
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Santa Clara County Recorder | San Jose City Transfer Tax -$12,862.50 | 2820-000 | | | |
| | | Pacific Private Money, Inc. | Payoff of First Mortgage Loan -$2,355,507.87 | 4110-000 | | | |
| | | Santa Clara County Tax Collector | Property Taxes -$18,461.81 | 2820-000 | | | |
| | | Evander Frank Kane | Homestead exemption payment -$170,350.00 | 8100-002 | | | |
| | | JCP-LGS Reports Natural Hazard Disclosures | Natural Hazards Disclosure -$123.95 | 2500-000 | | | |
| | | Andy Buchanan | Reimbursement for expenses -$1,275.00 | 2500-000 | | | |
| | | Santa Clara County Recorder | Santa Clara County Transfer Tax -$3,773.00 | 2820-000 | | | |
| 10/07/21 | | Evander Kane | WIRE FROM EVANDER F KANE | 1280-002 | 110,000.00 | | 818,621.45 |
| 10/08/21 | 102 | Evander Kane | Return of funds to Debtor wired to BK estate in error | 1280-002 | -110,000.00 | | 708,621.45 |
| 01/12/22 | 103 | International Sureties | Bond#016048574 - Term: 1/1/2022 to 1/1/2023 | 2300-000 | | 365.05 | 708,256.40 |
| 03/17/22 | {16} | County of Santa Clara | Refund of transfer tax | 1124-000 | 3,434.20 | | 711,690.60 |
| 06/27/22 | {16} | City of San Jose | Refund of conveyance tax | 1124-000 | 33,676.53 | | 745,367.13 |
| 07/21/22 | {9} | Evander Kane | WIRE FROM EVANDER KANE | 1129-000 | 2,480.00 | | 747,847.13 |
| 08/01/22 | {9} | Finestone Hayes LLP | Nonexempt cash | 1129-000 | 20.00 | | 747,867.13 |
| 08/19/22 | 104 | Rincon Law LLP | Order approving first interim application for compensation and expense reimbursement, Doc#280 | 3210-000 | | 74,690.00 | 673,177.13 |
| 08/19/22 | 105 | Rincon Law LLP | Order approving first interim application for compensation and expense reimbursement, Doc#280 | 3220-000 | | 256.44 | 672,920.69 |
| 11/15/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX6954 | Transition Debit to TriState Capital Bank acct XXXXXX6954 | 9999-000 | | 672,920.69 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **748,232.18** | **748,232.18** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 672,920.69 | |
| **Subtotal** | **748,232.18** | **75,311.49** | |
| Less: Payments to Debtors | | 170,350.00 | |
| **NET Receipts / Disbursements** | **$748,232.18** | **-$95,038.51** | |

# Form 2
# Cash Receipts And Disbursements Record

**Case No.:** 21-50028
**Case Name:** EVANDER FRANK KANE
**Taxpayer ID #:** **-***2018
**For Period Ending:** 08/28/2026

**Trustee Name:** Fred Hjelmeset (001090)
**Bank Name:** TriState Capital Bank
**Account #:** ******6954 Checking Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/15/22 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX6658 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX6658 | 9999-000 | 672,920.69 | | 672,920.69 |
| 01/16/23 | 1000 | International Sureties | Bond # 016048574 Term 1/1/2023 to 1/1/2024 | 2300-000 | | 799.25 | 672,121.44 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,077.23 | 671,044.21 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,039.65 | 670,004.56 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,181.33 | 668,823.23 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,036.21 | 667,787.02 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,141.63 | 666,645.39 |
| 11/08/23 | 1001 | Kokjer Pierotti Maiocco & Duck LLP | Payment pursuant to Order approving application for interim compensation and reimbursement of expenses, Doc#341 | 3410-000 | | 7,700.50 | 658,944.89 |
| 11/08/23 | 1002 | Kokjer Pierotti Maiocco & Duck LLP | Payment pursuant to Order approving application for interim compensation and reimbursement of expenses, Doc#341 | 3420-000 | | 63.96 | 658,880.93 |
| 11/08/23 | 1003 | Rincon Law LLP | Payment pursuant to Order approving application for interim compensation and reimbursement of expenses, Doc#340 | 3210-000 | | 35,935.50 | 622,945.43 |
| 11/08/23 | 1004 | Rincon Law LLP | Payment pursuant to Order approving application for interim compensation and reimbursement of expenses, Doc#340 | 3220-000 | | 22.99 | 622,922.44 |
| 11/29/23 | | Evander Kane | INCOMING WIRE FROM EVANDER F KANE 71032842 | | 30,000.00 | | 652,922.44 |
| | {28} | | Payment #1 on Asset #28 Homestead proceeds paid to Debtor and not reinvested in new home within 6 months $30,000.00 | 1229-000 | | | |
| 01/03/24 | | EVANDER FRANK KANE | INCOMING WIRE FROM EVANDER F K ANE 71994600 | | 30,000.00 | | 682,922.44 |
| | {28} | | Payment #2 on Asset #28 Homestead proceeds paid to Debtor and not reinvested in new home within 6 months $30,000.00 | 1229-000 | | | |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 24.28 | 682,898.16 |
| 02/01/24 | | Evander Kane | INCOMING WIRE FROM EVANDER F KANE 72726969 | | 30,000.00 | | 712,898.16 |
| | {28} | | Payment #3 on Asset #28 Homestead proceeds paid to Debtor and not reinvested in new home within 6 months $30,000.00 | 1229-000 | | | |
| 02/01/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | -24.28 | 712,922.44 |
| 02/21/24 | 1005 | International Sureties | Bond Payment; Bond No. 612419607; Term 1/1/24 to 1/1/25 | 2300-000 | | 574.40 | 712,348.04 |
| | | | | **Page Subtotals:** | $762,920.69 | $50,572.65 | |

# Form 2

# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 21-50028 | **Trustee Name:** | Fred Hjelmeset (001090) |
| **Case Name:** | EVANDER FRANK KANE | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***2018 | **Account #:** | ******6954 Checking Account |
| **For Period Ending:** | 08/28/2026 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 02/23/24 | | EVANDER FRANK KANE | INCOMING WIRE FROM EVANDER F KANE 73293046 | | 30,000.00 | | 742,348.04 |
| | {28} | | Payment #4 on Asset #28 Homestead proceeds paid to Debtor and not reinvested in new home within 6 months $30,000.00 | 1229-000 | | | |
| 04/10/24 | | EVANDER FRANK KANE | INCOMING WIRE FROM EVANDER F KANE 74633172 | | 30,000.00 | | 772,348.04 |
| | {28} | | Payment #5 on Asset #28 Homestead proceeds paid to Debtor and not reinvested in new home within 6 months $30,000.00 | 1229-000 | | | |
| 05/16/24 | | Evander Kane | INCOMING WIRE FROM EVANDER F KANE 75689003 | | 20,000.00 | | 792,348.04 |
| | {28} | | Payment #6 on Asset #28 Homestead proceeds paid to Debtor and not reinvested in new home within 6 months $20,000.00 | 1229-000 | | | |
| 06/24/24 | | Finestone Hayes LLP | Homestead exemption funds | | 350.00 | | 792,698.04 |
| | {28} | | Payment #6 on Asset #28 Homestead proceeds paid to Debtor and not reinvested in new home within 6 months $350.00 | 1229-000 | | | |
| 11/19/24 | 1006 {28} | Finestone Hayes Client Trust | Payment pursuant to Order authorizing compromise with Debtor, Doc#360 | 1229-000 | -30,000.00 | | 762,698.04 |
| 02/04/25 | 1007 | International Sureties | Bond # 612419607 for Term 1/1/25 to 1/1/26 | 2300-000 | | 837.50 | 761,860.54 |
| 11/12/25 | {18} | Sure Sports Lending LLC | INCOMING WIRE FROM SURE SPORTS LENDING LLC 9180092 2 | 1149-000 | 226,000.00 | | 987,860.54 |
| 11/13/25 | 1008 | Putterman Yu Wang LLP | Partial payment of special counsel's fees, pursuant to Court Order Doc#373 | 3210-600 | | 91,576.38 | 896,284.16 |
| 11/13/25 | 1009 | Putterman Yu Wang LLP | Payment of special counsel's costs, pursuant to Court Order Doc#373 | 3220-610 | | 17,496.93 | 878,787.23 |
| 11/13/25 | 1010 | Finestone Hayes LLP | Partial payment to Debtor, pursuant to Court Order, Doc#373 | 2990-000 | | 20,350.31 | 858,436.92 |
| 11/13/25 | 1011 | Finestone Hayes LLP | Reimbursement payment to Debtor, pursuant to Court Order, Doc#373 | 2990-000 | | 5,000.00 | 853,436.92 |
| 01/16/26 | 1012 | International Sureties | Bond # 612419607 - 1/1/26 to 1/1/27 | 2300-000 | | 1,035.56 | 852,401.36 |
| 02/26/26 | {18} | Sure Sports Lending | INCOMING WIRE FROM SURE SPORTS LENDING LLC 9499841 3 | 1149-000 | 200,000.00 | | 1,052,401.36 |
| 02/26/26 | | Sure Sports Lending | INCOMING WIRE FROM SURE SPORTS LENDING LLC 9501530 3 | | 28,500.00 | | 1,080,901.36 |
| | {18} | | Settlement of litigation $26,000.00 | 1149-000 | | | |
| | | | | **Page Subtotals:** | **$504,850.00** | **$136,296.68** | |

# Form 2
# Cash Receipts And Disbursements Record



**Case No.:** 21-50028
**Case Name:** EVANDER FRANK KANE
**Taxpayer ID #:** **-***2018
**For Period Ending:** 08/28/2026

**Trustee Name:** Fred Hjelmeset (001090)
**Bank Name:** TriState Capital Bank
**Account #:** ******6954 Checking Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| | {29} | | Late fee for payment $2,500.00 | 1149-000 | | | |
| 03/03/26 | 1013 | Finestone Hayes LLP | Final payment to Debtor, pursuant to Court Order, Doc#373 | 2990-000 | | 22,600.00 | 1,058,301.36 |
| 03/03/26 | 1014 | Putterman Yu Wang LLP | Final payment of special counsel's fees, pursuant to Court Order Doc#373 | 3210-600 | | 101,700.00 | 956,601.36 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **1,267,770.69** | **311,169.33** | **$956,601.36** |
| Less: Bank Transfers/CDs | 672,920.69 | 0.00 | |
| **Subtotal** | **594,850.00** | **311,169.33** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$594,850.00** | **$311,169.33** | |

# Form 2
# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 21-50028 | **Trustee Name:** | Fred Hjelmeset (001090) |
| **Case Name:** | EVANDER FRANK KANE | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***2018 | **Account #:** | ******6954 Checking Account |
| **For Period Ending:** | 08/28/2026 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $1,343,082.18 |
| Plus Gross Adjustments: | $2,746,346.63 |
| Less Payments to Debtor: | $170,350.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $3,919,078.81 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******6658 Checking | $748,232.18 | -$95,038.51 | $0.00 |
| ******6954 Checking Account | $594,850.00 | $311,169.33 | $956,601.36 |
| | **$1,343,082.18** | **$216,130.82** | **$956,601.36** |

08/28/2026
Date

/s/Fred Hjelmeset
Fred Hjelmeset

# Exhibit C
# Claims Distribution Register

**Case: 21-50028 EVANDER FRANK KANE**

## Admin Ch. 7 Claims:

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | 10/06/23 | 200 | Kokjer Pierotti Maiocco & Duck LLP<br>333 Pine Street, 5th Floor<br>San Francisco, CA 94104<br><3410-00 Accountant for Trustee Fees (Other Firm)><br>First Interim application for compensation, Doc#322; Order approving application, Doc#341 | $ 7,700.50 | $ 7,700.50 | $ 7,700.50 | $ 0.00 | $ 0.00 |
| | 10/06/23 | 200 | Kokjer Pierotti Maiocco & Duck LLP<br>333 Pine Street, 5th Floor<br>San Francisco, CA 94104<br><3420-00 Accountant for Trustee Expenses (Other Firm)><br>First Interim application for compensation, Doc#322; Order approving application, Doc#341 | $ 63.96 | $ 63.96 | $ 63.96 | $ 0.00 | $ 0.00 |
| | 05/04/26 | 200 | Kokjer Pierotti Maiocco & Duck LLP<br>333 Pine Street, 5th Floor<br>San Francisco, CA 94104<br><3410-00 Accountant for Trustee Fees (Other Firm)><br>Second and Final Application for Compensation, Doc#375 | $ 6,980.00 | $ 6,980.00 | $ 0.00 | $ 6,980.00 | $ 6,980.00 |
| | 05/04/26 | 200 | Kokjer Pierotti Maiocco & Duck LLP<br>333 Pine Street, 5th Floor<br>San Francisco, CA 94104<br><3420-00 Accountant for Trustee Expenses (Other Firm)><br>Second and Final Application for Compensation, Doc#375 | $ 220.69 | $ 220.69 | $ 0.00 | $ 220.69 | $ 220.69 |
| | 02/01/22 | 200 | Putterman Yu Wang LLP<br>345 California Street, Suite 1160<br>San Francisco, CA 94104<br><3210-60 Special Counsel for Trustee Fees><br>Order Authorizing Compromise and compensation to Special Counsel, Doc#373 | $ 193,276.38 | $ 193,276.38 | $ 193,276.38 | $ 0.00 | $ 0.00 |
| | 02/01/22 | 200 | Putterman Yu Wang LLP<br>345 California Street, Suite 1160<br>San Francisco, CA 94104<br><3220-61 Special Counsel for Trustee Expenses><br>Order Authorizing Compromise and compensation to Special Counsel, Doc#373 | $ 17,496.93 | $ 17,496.93 | $ 17,496.93 | $ 0.00 | $ 0.00 |
| | 08/11/21 | 200 | Rincon Law LLP<br>268 Bush Street, #3335<br>San Francisco, CA 94105<br><3210-00 Attorney for Trustee Fees (Other Firm)><br>Order approving first interim application for compensation and expense reimbursement, Doc#280 | $ 74,690.00 | $ 74,690.00 | $ 74,690.00 | $ 0.00 | $ 0.00 |
| | 08/11/21 | 200 | Rincon Law LLP<br>268 Bush Street, #3335<br>San Francisco, CA 94105<br><3220-00 Attorney for Trustee Expenses (Other Firm) ><br>Order approving first interim application for compensation and expense reimbursement, Doc#280 | $ 256.44 | $ 256.44 | $ 256.44 | $ 0.00 | $ 0.00 |

# Exhibit C
# Claims Distribution Register

**Case: 21-50028 EVANDER FRANK KANE**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | 05/29/26 | 200 | Rincon Law LLP<br>268 Bush Street, #3335<br>San Francisco, CA 94105<br><3210-00 Attorney for Trustee Fees (Other Firm)><br>Third and Final Application for Compensation, Doc#376 | $ 34,317.00 | $ 34,317.00 | $ 0.00 | $ 34,317.00 | $ 34,317.00 |
| | 05/29/26 | 200 | Rincon Law LLP<br>268 Bush Street, #3335<br>San Francisco, CA 94105<br><3220-00 Attorney for Trustee Expenses (Other Firm) ><br>Third and Final Application for Compensation, Doc#376 | $ 135.29 | $ 135.29 | $ 0.00 | $ 135.29 | $ 135.29 |
| | 10/02/23 | 200 | Rincon Law LLP<br>268 Bush Street, #3335<br>San Francisco, CA 94105<br><3210-00 Attorney for Trustee Fees (Other Firm)><br>Second Interim application for compensation, Doc#318; Order approving application, Doc#340 | $ 35,935.50 | $ 35,935.50 | $ 35,935.50 | $ 0.00 | $ 0.00 |
| | 10/02/23 | 200 | Rincon Law LLP<br>268 Bush Street, #3335<br>San Francisco, CA 94105<br><3220-00 Attorney for Trustee Expenses (Other Firm) ><br>Second Interim application for compensation, Doc#318; Order approving application, Doc#340 | $ 22.99 | $ 22.99 | $ 22.99 | $ 0.00 | $ 0.00 |
| | 06/08/26 | 200 | Fred Hjelmeset<br>P.O. Box 4188<br>Mountain View, CA 94040<br><2100-00 Trustee Compensation> | $ 140,822.36 | $ 140,822.36 | $ 0.00 | $ 140,822.36 | $ 140,822.36 |
| | 06/05/26 | 200 | Fred Hjelmeset<br>P.O. Box 4188<br>Mountain View, CA 94040<br><2200-00 Trustee Expenses> | $ 149.02 | $ 149.02 | $ 0.00 | $ 149.02 | $ 149.02 |
| | | | Total for Priority 200: 100% Paid | $ 512,067.06 | $ 512,067.06 | $ 329,442.70 | $ 182,624.36 | $ 182,624.36 |
| | | | Total for Admin Ch. 7 Claims: | $ 512,067.06 | $ 512,067.06 | $ 329,442.70 | $ 182,624.36 | $ 182,624.36 |

## Secured Claims:

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 11 | 04/14/21 | 100 | Lone Shark Holdings, LLC<br>Andrew B. Adams<br>128-A Courthouse Square<br>Oxford, MS 38655<br><4210-00 Personal Property & Intangibles - Consensual Liens><br>Doc. #271 \| 06/07/2022 \| Withdrawal of Claim: 11 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 100: 0% Paid | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Secured Claims: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

# Exhibit C
# Claims Distribution Register

### Case: 21-50028 EVANDER FRANK KANE

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Priority Claims:** | | | | | | | | |
| 2P-2 | 01/27/21 | 570 | State of Michigan<br>P.O. Box 30455<br>Lansing, MI 48909-7955<br><5800-00 Claims of Governmental Units - § 507(a)(8)><br>Amended 3/1/22 | $ 12,978.42 | $ 12,978.42 | $ 0.00 | $ 12,978.42 | $ 12,978.42 |
| 16-3P | 11/24/21 | 570 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><5800-00 Claims of Governmental Units - § 507(a)(8)><br>Amended 12/2/21; amended 9/21/22 | $ 345,919.75 | $ 345,919.75 | $ 0.00 | $ 345,919.75 | $ 345,919.75 |
| 17P | 11/24/21 | 570 | State of NJ- Division of Taxation<br>Bankruptcy Unit<br>PO Box 245<br>Trenton, NJ 08695-0245<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 9,203.08 | $ 9,203.08 | $ 0.00 | $ 9,203.08 | $ 9,203.08 |
| 18 | 12/07/21 | 570 | ILLINOIS DEPARTMENT OF<br>REVENUE-BANKRUPTCY<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 475.00 | $ 475.00 | $ 0.00 | $ 475.00 | $ 475.00 |
| 19 | 12/10/21 | 570 | Ohio Department of Taxation<br>Collections Enforcement<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 551.00 | $ 551.00 | $ 0.00 | $ 551.00 | $ 551.00 |
| 20 | 12/16/21 | 570 | State of Minnesota<br>Department of Revenue<br>Minnesota Revenue, PO Box 64447 - BKY<br>St Paul, MN 55164-0447<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 5,740.10 | $ 5,740.10 | $ 0.00 | $ 5,740.10 | $ 5,740.10 |
| 21-2 | 12/16/21 | 570 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952<br><5800-00 Claims of Governmental Units - § 507(a)(8)><br>Amended 4/14/22 | $ 171,619.28 | $ 171,619.28 | $ 0.00 | $ 171,619.28 | $ 171,619.28 |
| 22 | 02/24/22 | 570 | Michigan Department of Treasury<br>P.O. Box 30455<br>Lansing, MI 48909-7955<br><5800-00 Claims of Governmental Units - § 507(a)(8)><br>Duplicate of POC-2-2; Withdrawn on 2/26/24, Doc#351 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 570: 100% Paid | $ 546,486.63 | $ 546,486.63 | $ 0.00 | $ 546,486.63 | $ 546,486.63 |

# Exhibit C
# Claims Distribution Register

**Case: 21-50028 EVANDER FRANK KANE**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | | Total for Priority Claims: | $ 546,486.63 | $ 546,486.63 | $ 0.00 | $ 546,486.63 | $ 546,486.63 |

## Unsecured Claims:

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1-2 | 01/17/21 | 610 | Professional Bank<br>4900 Hopyard Road, Suite 100<br>Pleasanton, CA 94588<br><7100-00 General Unsecured - § 726(a)(2)><br>Amended to unsecured on 2/27/24 | $ 1,354,541.79 | $ 1,354,541.79 | $ 0.00 | $ 1,354,541.79 | $ 17,572.45 |
| 3 | 02/12/21 | 610 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 9210<br>Des Moines, IA 50306<br><7100-00 General Unsecured - § 726(a)(2)> | $ 79,393.22 | $ 79,393.22 | $ 0.00 | $ 79,393.22 | $ 1,029.97 |
| 4-2 | 03/11/21 | 610 | South River Capital, LLC<br>1500 Wild Cranberry Drive<br>Crownsville<br>City, MD 21032<br><7100-00 General Unsecured - § 726(a)(2)><br>Amended to general unsecured 3/21/24 | $ 1,101,429.87 | $ 1,101,429.87 | $ 0.00 | $ 1,101,429.87 | $ 14,288.82 |
| 5-3 | 03/18/21 | 610 | Centennial Bank<br>c/o John A. Anthony, Esq. Anthony & Partners<br>100 South Ashley Dr., Ste 1600<br>Tampa, FL 33602<br><7100-00 General Unsecured - § 726(a)(2)><br>Amended to unsecured 3/6/24 | $ 8,435,362.65 | $ 8,435,362.65 | $ 0.00 | $ 8,435,362.65 | $ 109,431.77 |
| 6 | 04/02/21 | 610 | Raj Bhangu<br>3082 13th Ave West<br>Vancouver<br><7100-00 General Unsecured - § 726(a)(2)> | $ 100,000.00 | $ 100,000.00 | $ 0.00 | $ 100,000.00 | $ 1,297.30 |
| 7 | 04/09/21 | 610 | Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111<br><7100-00 General Unsecured - § 726(a)(2)> | $ 80,390.27 | $ 80,390.27 | $ 0.00 | $ 80,390.27 | $ 1,042.90 |
| 8 | 04/12/21 | 610 | Sure Sports LLC<br>Jeffer Mangels Butler & Mitchell LLP, Attn: Thomas M. Geher<br>1900 Avenue of the Stars,7th Fl<br>Los Angeles, CA 90067<br><7100-00 General Unsecured - § 726(a)(2)><br>Claim deemed withdrawn for all purposes pursuant to Court Order, Doc#373 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

# Exhibit C
# Claims Distribution Register

**Case: 21-50028 EVANDER FRANK KANE**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 9-2 | 04/13/21 | 610 | Zions Bancorporation, N.A.<br>Attn. Michael Toal, Vice President<br>1900 Main Street, Suite 150<br>Irvine, CA 92614<br><7100-00 General Unsecured - § 726(a)(2)><br>Amended to unsecured 3/5/24 | $ 3,740,305.15 | $ 3,740,305.15 | $ 0.00 | $ 3,740,305.15 | $ 48,522.89 |
| 10 | 04/14/21 | 610 | Rachel Kuechle<br>c/o Samuel Capizzi<br>267 North St.<br>Buffalo, NY 14201<br><7100-00 General Unsecured - § 726(a)(2)><br>Claim Withdrawn 4/19/22, Doc#270 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 12-2 | 04/14/21 | 610 | Hope Parker<br>c/o Jonathan J. Lewis<br>555 Corporate Drive, Suite 150<br>Ladera Ranch, CA 92694<br><7100-00 General Unsecured - § 726(a)(2)><br>Claim amended 2/4/26 | $ 2,000,000.00 | $ 2,000,000.00 | $ 0.00 | $ 2,000,000.00 | $ 25,945.95 |
| 13-2 | 04/15/21 | 610 | Lipsitz Green Scime Cambria LLP<br>42 Delaware Avenue<br>Suite 120<br>Buffalo, NY 14202<br><7100-00 General Unsecured - § 726(a)(2)><br>Amended 12/9/21 | $ 83,695.25 | $ 83,695.25 | $ 0.00 | $ 83,695.25 | $ 1,085.78 |
| 14 | 04/15/21 | 610 | Newport Sports Management, Inc.<br>Greenberg Glusker Fields Claman & Machtinger LLP<br>c/o Ira Steinberg, 2049 Century Park East, Ste. 2600<br>Los Angeles, CA 90067<br><7100-00 General Unsecured - § 726(a)(2)> | $ 534,400.16 | $ 534,400.16 | $ 0.00 | $ 534,400.16 | $ 6,932.76 |
| 15 | 04/15/21 | 610 | Genovese Joblove & Battista, P.A.<br>100 SE 2 Street #4400<br>Miami, FL 33131<br><7100-00 General Unsecured - § 726(a)(2)> | $ 6,947.80 | $ 6,947.80 | $ 0.00 | $ 6,947.80 | $ 90.13 |
| 16-3U | 11/24/21 | 610 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><7100-00 General Unsecured - § 726(a)(2)><br>Amended 12/2/21; amended 9/21/22 | $ 19,244.05 | $ 19,244.05 | $ 0.00 | $ 19,244.05 | $ 249.65 |
| | | | Total for Priority 610: 1.2973% Paid | $ 17,535,710.21 | $ 17,535,710.21 | $ 0.00 | $ 17,535,710.21 | $ 227,490.37 |

# Exhibit C
# Claims Distribution Register



### Case: 21-50028 EVANDER FRANK KANE

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 17U | 12/01/21 | 620 | State of NJ- Division of Taxation<br>Bankruptcy Unit<br>PO Box 245<br>Trenton, NJ 08695-0245<br><7200-00 Tardy General Unsecured - § 726(a)(3)> | $ 16,848.07 | $ 16,848.07 | $ 0.00 | $ 16,848.07 | $ 0.00 |
| | | | Total for Priority 620: 0% Paid | $ 16,848.07 | $ 16,848.07 | $ 0.00 | $ 16,848.07 | $ 0.00 |
| 2UP-2 | 01/27/21 | 630 | State of Michigan<br>Michigan Department of Treasury/AG<br>P.O. Box 30455<br>Lansing, MI 48909-7955<br><7300-00 Fines, Penalties - § 726(a)(4)><br>Amended 3/1/22 | $ 2,823.76 | $ 2,823.76 | $ 0.00 | $ 2,823.76 | $ 0.00 |
| | | | Total for Priority 630: 0% Paid | $ 2,823.76 | $ 2,823.76 | $ 0.00 | $ 2,823.76 | $ 0.00 |
| | | | Total for Unsecured Claims: | $ 17,555,382.04 | $ 17,555,382.04 | $ 0.00 | $ 17,555,382.04 | $ 227,490.37 |
| | | | Total for Case: | $ 18,613,935.73 | $ 18,613,935.73 | $ 329,442.70 | $ 18,284,493.03 | $ 956,601.36 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 21-50028
Case Name: EVANDER FRANK KANE
Trustee Name: Fred Hjelmeset

**Balance on hand:** $ 956,601.36

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 11 | Lone Shark Holdings, LLC | 0.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 956,601.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Fred Hjelmeset | 140,822.36 | 0.00 | 140,822.36 |
| Trustee, Expenses - Fred Hjelmeset | 149.02 | 0.00 | 149.02 |
| Attorney for Trustee Fees (Other Firm) - Rincon Law LLP | 74,690.00 | 74,690.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Rincon Law LLP | 34,317.00 | 0.00 | 34,317.00 |
| Attorney for Trustee Fees (Other Firm) - Rincon Law LLP | 35,935.50 | 35,935.50 | 0.00 |
| Special Counsel for Trustee Fees - Putterman Yu Wang LLP | 193,276.38 | 193,276.38 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Rincon Law LLP | 256.44 | 256.44 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Rincon Law LLP | 135.29 | 0.00 | 135.29 |
| Attorney for Trustee Expenses (Other Firm) - Rincon Law LLP | 22.99 | 22.99 | 0.00 |
| Special Counsel for Trustee Expenses - Putterman Yu Wang LLP | 17,496.93 | 17,496.93 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Kokjer Pierotti Maiocco & Duck LLP | 7,700.50 | 7,700.50 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Kokjer Pierotti Maiocco & Duck LLP | 6,980.00 | 0.00 | 6,980.00 |
| Accountant for Trustee Expenses (Other Firm) - Kokjer Pierotti Maiocco & Duck LLP | 63.96 | 63.96 | 0.00 |
| Accountant for Trustee Expenses (Other Firm) - Kokjer Pierotti Maiocco & Duck LLP | 220.69 | 0.00 | 220.69 |

Total to be paid for chapter 7 administrative expenses: $ 182,624.36
Remaining balance: $ 773,977.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 773,977.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $546,486.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P-2 | State of Michigan | 12,978.42 | 0.00 | 12,978.42 |
| 16-3P | Internal Revenue Service | 345,919.75 | 0.00 | 345,919.75 |
| 17P | State of NJ- Division of Taxation Bankruptcy Unit | 9,203.08 | 0.00 | 9,203.08 |
| 18 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 475.00 | 0.00 | 475.00 |
| 19 | Ohio Department of Taxation | 551.00 | 0.00 | 551.00 |
| 20 | State of Minnesota | 5,740.10 | 0.00 | 5,740.10 |
| 21-2 | FRANCHISE TAX BOARD | 171,619.28 | 0.00 | 171,619.28 |
| 22 | Michigan Department of Treasury | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 546,486.63
Remaining balance: $ 227,490.37

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $17,535,710.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| **Claim No.** | **Claimant** | **Allowed Amount of Claim** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---|---|---|
| 1-2 | Professional Bank | 1,354,541.79 | 0.00 | 17,572.45 |
| 3 | Wells Fargo Bank, N.A. | 79,393.22 | 0.00 | 1,029.97 |
| 4-2 | South River Capital, LLC | 1,101,429.87 | 0.00 | 14,288.82 |
| 5-3 | Centennial Bank | 8,435,362.65 | 0.00 | 109,431.77 |
| 6 | Raj Bhangu | 100,000.00 | 0.00 | 1,297.30 |
| 7 | Pachulski Stang Ziehl & Jones LLP | 80,390.27 | 0.00 | 1,042.90 |
| 8 | Sure Sports LLC | 0.00 | 0.00 | 0.00 |
| 9-2 | Zions Bancorporation, N.A. | 3,740,305.15 | 0.00 | 48,522.89 |
| 10 | Rachel Kuechle | 0.00 | 0.00 | 0.00 |
| 12-2 | Hope Parker | 2,000,000.00 | 0.00 | 25,945.95 |
| 13-2 | Lipsitz Green Scime Cambria LLP | 83,695.25 | 0.00 | 1,085.78 |
| 14 | Newport Sports Management, Inc. | 534,400.16 | 0.00 | 6,932.76 |
| 15 | Genovese Joblove & Battista, P.A. | 6,947.80 | 0.00 | 90.13 |
| 16-3U | Internal Revenue Service | 19,244.05 | 0.00 | 249.65 |

Total to be paid for timely general unsecured claims: $ 227,490.37
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $16,848.07 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17U | State of NJ- Division of Taxation Bankruptcy Unit | 16,848.07 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $2,823.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| **Claim No.** | **Claimant** | **Allowed Amount of Claim** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---|---|---|
| 2UP-2 | State of Michigan | 2,823.76 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |